**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS**
**SCHEDULED FOR JULY 23, 2019, AT 2:30 P.M. (PREVAILING EASTERN TIME),**
**BEFORE THE HONORABLE KEVIN GROSS BANKRUPTCY JUDGE, AT THE**
**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,**
**LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3,**
**WILMINGTON, DELAWARE 19801[2]**

**This agenda sets forth items in the order they appear in the first day motions binders**
**delivered to the Court.  The status of each is set forth below.**

1.      Voluntary Chapter 11 Petitions:

        A.      PES Holdings, LLC

        B.      North Yard GP, LLC

        C.      North Yard Logistics, L.P.

        D.      PES Administrative Services, LLC

        E.      PES Energy Inc.

        F.      PES Intermediate, LLC

        G.      PES Ultimate Holdings, LLC

        H.      Philadelphia Energy Solutions Refining and Marketing LLC

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

2.     Declaration of Jeffrey S. Stein, Chief Restructuring Officer of PES Holdings, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. [●], To Be Filed].

      **Status:**     The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### First Day Administrative and Procedural Motions

3.     Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2, filed July 22, 2019].

      **Status:**     This matter is going forward.

4.     Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Management Group, Inc. as Claims and Noticing Agent and (II) Granting Related Relief [Docket No. 3, filed July 22, 2019].

      **Status:**     This matter is going forward.

5.     Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (II) Granting Related Relief [Docket No. 4, filed July 22, 2019].

      **Status:**     This matter is going forward.

6.     Debtors' Motion Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs and (III) Granting Related Relief [Docket No. 12, filed July 22, 2019]

      **Status:**     This matter is going forward.

### First Day Motions Pertaining to Business Operations

7.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 5, filed July 22, 2019].

      Related Document:

      A.     Declaration of Jeffrey S. Stein in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 6, filed July 22, 2019].

      **Status:**     This matter is going forward with respect to an interim order.

8.     Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue

DOCS_DE:224591.1 70753/001

Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7, filed July 22, 2019].

> **Status:**    This matter is going forward.

9.    Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 8, filed July 22, 2019].

> **Status:**    This matter is going forward.

10.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9, filed July 22, 2019].

> **Status:**    This matter is going forward with respect to an interim order.

11.   Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 10, filed July 22, 2019].

> **Status:**    This matter is going forward with respect to an interim order.

12.   Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (C) Continue and Renew Their Surety Bond Program and (II) Granting Related Relief [Docket No. 11, filed July 22, 2019].

> **Status:**    This matter is going forward.

### First Day Motion Pertaining to Financing

13.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. [●], To Be Filed]

> **Status:**    This matter is going forward with respect to an interim order.

Dated: July 22, 2019
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (*pro hac vice* pending)
Matthew C. Fagen (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        edward.sassower@kirkland.com
              steven.serajeddini@kirkland.com
              matthew.fagen@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

4

DOCS_DE:224591.1 70753/001