**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**<u>AMENDED</u>[2] NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JULY 23, 2019, AT 2:30 P.M. (PREVAILING EASTERN TIME),
BEFORE THE HONORABLE KEVIN GROSS BANKRUPTCY JUDGE, AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
LOCATED AT 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 3,
WILMINGTON, DELAWARE 19801[3]**

<u>**This agenda sets forth items in the order they appear in the first day motions binders
delivered to the Court.  The status of each is set forth below.**</u>

1.      Voluntary Chapter 11 Petitions:

        A.      PES Holdings, LLC

        B.      North Yard GP, LLC

        C.      North Yard Logistics, L.P.

        D.      PES Administrative Services, LLC

        E.      PES Energy Inc.

        F.      PES Intermediate, LLC

        G.      PES Ultimate Holdings, LLC

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]    **Amended items are noted in bold.**

[3]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

H.      Philadelphia Energy Solutions Refining and Marketing LLC

2.      **Declaration of Jeffrey S. Stein, Chief Restructuring Officer of PES Holdings, LLC, in Support of Chapter 11 Petitions and First Day Motions [Docket No. 32, filed July 22, 2019].**

      <u>**Status:**</u>      The Declaration will be relied upon as evidentiary support for the first day matters listed below.

### <u>First Day Administrative and Procedural Motions</u>

3.      Debtors' Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2, filed July 22, 2019].

      <u>**Status:**</u>      This matter is going forward.

4.      Debtors' Application for Entry of an Order (I) Authorizing and Approving the Appointment of Omni Management Group, Inc. as Claims and Noticing Agent and (II) Granting Related Relief [Docket No. 3, filed July 22, 2019].

      <u>**Status:**</u>      This matter is going forward.

5.      Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (II) Granting Related Relief [Docket No. 4, filed July 22, 2019].

      <u>**Status:**</u>      This matter is going forward.

6.      Debtors' Motion Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs and (III) Granting Related Relief [Docket No. 12, filed July 22, 2019]

      <u>**Status:**</u>      This matter is going forward.

### <u>First Day Motions Pertaining to Business Operations</u>

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 5, filed July 22, 2019].

      <u>Related Document</u>:

      A.      Declaration of Jeffrey S. Stein in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 6, filed July 22, 2019].

      <u>**Status:**</u>      This matter is going forward with respect to an interim order.

8.      Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7, filed July 22, 2019].

      **Status:**      This matter is going forward.

9.      Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 8, filed July 22, 2019].

      **Status:**      This matter is going forward.

10.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 9, filed July 22, 2019].

      **Status:**      This matter is going forward with respect to an interim order.

11.     Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 10, filed July 22, 2019].

      **Status:**      This matter is going forward with respect to an interim order.

12.     Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies, and (C) Continue and Renew Their Surety Bond Program and (II) Granting Related Relief [Docket No. 11, filed July 22, 2019].

      **Status:**      This matter is going forward.

### First Day Motion Pertaining to Financing

13.     **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 37, filed July 22, 2019]**

      **Status:**      This matter is going forward with respect to an interim order.

Dated: July 22, 2019                    */s/ Laura Davis Jones*
Wilmington, Delaware                    Laura Davis Jones (DE Bar No. 2436)
                                        James E. O'Neill (DE Bar No. 4042)
                                        Peter J. Keane (DE Bar No. 5503)
                                        **PACHULSKI STANG ZIEHL & JONES LLP**
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware 19899-8705 (Courier 19801)
                                        Telephone:    (302) 652-4100
                                        Facsimile:    (302) 652-4400
                                        Email:        ljones@pszjlaw.com
                                                      joneill@pszjlaw.com
                                                      pkeane@pszjlaw.com

                                        - and -

                                        Edward O. Sassower, P.C.
                                        Steven N. Serajeddini (*pro hac vice* pending)
                                        Matthew C. Fagen (*pro hac vice* pending)
                                        **KIRKLAND & ELLIS LLP**
                                        **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                        601 Lexington Avenue
                                        New York, New York 10022
                                        Telephone:    (212) 446-4800
                                        Facsimile:    (212) 446-4900
                                        Email:        edward.sassower@kirkland.com
                                                      steven.serajeddini@kirkland.com
                                                      matthew.fagen@kirkland.com

                                        *Proposed Co-Counsel to the Debtors and Debtors in Possession*