# Exhibit 1

## Cash Management System Schematic

### Philadelphia Energy Solutions Refining and Marketing LLC



**Cash Management System Schematic**

<u>North Yard Logistics, L.P.</u>



USD Account

**North Yard Logistics, L.P.
Operating Account
A/C # 4451017842**
TX IDS BK # 101
ABA 111000012 (ACH)
ABA 026009593 (wires)



CDA is manually funded

**North Yard Logistics, L.P.
Controlled Disbursement
Account
A/C # 3359999557**
GA IDS BK # 172
ABA 061000052 (ACH)
ABA 061112788 (checks)