# Exhibit 2

## Bank Accounts

| | Debtor | Bank Name | Last 4 Digits of Account No. | Account Type | Estimated Amount as of Petition Date |
|---|---|---|---|---|---|
| **Cash Management System Accounts** | | | | | |
| 1. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 3480 | Main Concentration Account | $44,607,133.78 |
| 2. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 3503 | Deposit Account | $0 |
| 3. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 3493 | Deposit Account | $0 |
| 4. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 8997 | Controlled Disbursement Account | $0 |
| 5. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 2116 | P-Card Account | $526,076.69 |
| 6. | Philadelphia Energy Solutions Refining and Marketing LLC | Sun Federal Credit Union | 5895 | Gift Cards Account | $5.61 |
| 7. | North Yard Logistics, L.P. | Bank of America Merrill Lynch | 7842 | Operating Account | $414,317.40 |
| 8. | North Yard Logistics, L.P. | Bank of America Merrill Lynch | 9557 | Controlled Disbursement Account | $0 |
| 9. | Philadelphia Energy Solutions Refining and Marketing LLC | Bank of America Merrill Lynch | 2044 | Adequate Assurance Account | $0 |

3