**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| PES Holdings, LLC *et al.* | : | Case No. 19-11626 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.      **Trinity Industries Leasing Company**, Attn: Jim White, 2525 N. Stemmons Freeway, Dallas, TX 75207, Phone: 214-589-6531

2.      **United Steelworkers,** Attn: David Jury, 60 Boulevard of the Allies, Pittsburgh, PA 15222, Phone: 412-562-2549, Fax: 412-562-2574

3.      **CSX Transportation, Inc.,** Attn: Thomas Anderson, 500 Water Street, Jacksonville, FL 32202, Phone: 904-366-4752, Fax: 904-359-3780

4.      **OSG Bulk Ships, Inc. OSG Delaware Bay Lightering, LLC and OSG Ship Management, Inc.,** Attn: Susan Allen, 302 Knights Run Ave, Suite 1200, Tampa, FL 33602, Phone: 813-209-0600, Fax: 813-221-2769

5.      **Baker Hughes Oilfield Operation LLC,** Attn: Christopher Ryan, 2001 Rankin Rd, Houston, TX 77073, Phone: 713-879-1063, Fax: 713-416-0149

6.      **Fisher Tank Company,** Attn: Brian Batten, 3131 W. 4th Street, Chester, PA 19013, Phone: 610-494-7200, Fax: 610-485-0157

7.      **J.J. White, Inc.,** Attn: James White, IV, 5500 Bingham Street, Philadelphia, PA 19120, Phone: 215-722-1000, Fax: 215 742-4914

 

ANDREW R. VARA
Acting United States Trustee, Region 3

 

   /s/ *David Buchbinder* for            
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 5, 2019

Attorney assigned to this Case: David Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis-Jones, Esq., Phone: 302-652-4100, Fax: 302-652-4400