IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11626 (KG) |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of ICBCS Standard Bank Plc ("**ICBCS**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Ray C. Schrock, P.C. | Mark D. Collins |
| David N. Griffiths | Daniel J. DeFranceschi |
| Bryan R. Podzius | Zachary I. Shapiro |
| WEIL, GOTSHAL & MANGES LLP | Brendan J. Schlauch |
| 767 Fifth Avenue | RICHARDS, LAYTON & FINGER, P.A. |
| New York, NY 10153 | One Rodney Square |
| Telephone: (212) 310-8000 | 920 North King Street |
| Facsimile: (212) 310-8007 | Wilmington, DE 19801 |
| Email: ray.schrock@weil.com | Telephone: (302) 651-7700 |
|     david.griffiths@weil.com | Facsimile: (302) 651-7701 |
|     bryan.podzius@weil.com | Email: collins@rlf.com |
| |     defranceschi@rlf.com |
| |     shapiro@rlf.com |
| |     schlauch@rlf.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

RLF1 21854962v.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of ICBCS to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) ICBCS's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) ICBCS's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) ICBCS's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which ICBCS is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments ICBCS expressly reserves.

Dated: August 9, 2019
      Wilmington, Delaware

/s/ *Zachary I. Shapiro*
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email: collins@rlf.com
      defranceschi@rlf.com
      shapiro@rlf.com
      schlauch@rlf.com

- and -

Ray C. Schrock, P.C.
David N. Griffiths
Bryan R. Podzius
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: ray.schrock@weil.com
      david.griffiths@weil.com
      bryan.podzius@weil.com

*Attorneys for ICBCS Standard Bank Plc*