**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PES HOLDINGS, LLC, *et al*, CORTLAND CAPITAL MARKET SERVICES, LLC, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Adv. Pro. No. 19-50282 (KG) |
| v. | ) ) | |
| ICBC STANDARD BANK PLC, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED ON AUGUST 21, 2019, AT 10:00 A.M.
(PREVAILING EASTERN TIME), BEFORE THE HONORABLE
KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**ADJOURNED MATTER:**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/22/19] (Docket No. 37)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to September 12, 2019, at

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

4:00 p.m.

Responses Received:

a. Objection of Nooter Construction Company to the Debtors' Motion for Entry of a Final Order Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) [Filed: 8/14/19] (Docket No. 181)

b. Belcher Roofing Corporations' Objection to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 8/14/19] (Docket No. 179)

c. Kinder Morgan Liquids Terminals LLC's Objection to Debtors' Motion for Post-Petition Debtor in Possession Financing [Filed: 8/9/19] (Docket No. 164)

Related Documents:

a. [Signed] Interim Order (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/23/19] (Docket No. 85 )

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/24/19] (Docket No. 105)

c. Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 8/16/19] (Docket

No. 189)

Status: This matter is being adjourned to the hearing scheduled for September 19, 2019 at 2:00 p.m. (Prevailing Eastern Time).

2. Kinder Morgan Liquids Terminals LLC's Motion for Relief From Stay to Enforce Liens and to Terminate Agreement [Filed: 7/31/19] (Docket No. 127)

Response Deadline: August 14, 2019, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting Kinder Morgan Liquids Terminals LLC's Motion for Relief From Stay to Enforce Liens and to Terminate Agreement [Filed: 7/31/19] (Docket No. 127)

Status: This matter is being adjourned to the hearing scheduled for September 19, 2019 at 2:00 p.m. (Prevailing Eastern Time).

**UNCONTESTED MATTERS UNDER CNO/COC:**

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 7/22/19] (Docket No. 5)

Response Deadline: August 14, 2019, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. Declaration of Jeffrey S. Stein in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 7/22/19] (Docket No. 6)

b. [Signed] Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 7/23/19] (Docket No. 80)

c. [Signed] Supplemental Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 7/23/19] (Docket No. 84)

d. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed:

7/24/19] (Docket No. 99)

e. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Filed: 8/16/19] (Docket No. 199)

Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

4. Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 7/22/19] (Docket No. 7)

Response Deadline: August 14, 2019, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Signed] Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 7/23/19] (Docket No. 75)

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 7/24/19] (Docket No. 100)

c. Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Filed: 8/16/19] (Docket No. 198)

Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

5. Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 7/22/19] (Docket No. 8)

Response Deadline: August 14, 2019, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 7/23/19] (Docket No. 74)

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 7/24/19] (Docket No. 101)

c. Certification of Counsel Regarding Debtors' Motion for Entry of Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief [Filed: 8/19/19] (Docket No. 203)

Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed: 7/22/19] (Docket No. 9)

Response Deadline: August 14, 2019, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Signed] Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed: 7/23/19] (Docket No. 73)

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed: 7/24/19] (Docket No. 102)

c. Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Filed: 8/16/19] (Docket No. 197)

<u>Status</u>: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

7. Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, (V) Approving Notice of Bar Dates, and (VI) Granting Related Relief [Filed: 7/31/19] (Docket No. 128)

    <u>Response Deadline</u>:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee

    <u>Responses Received</u>:  Informal comments from the U.S. Trustee and the Official Committee of Unsecured Creditors

    <u>Related Documents</u>:

    a. Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (III) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (IV) Approving the Form of and Manner for Filing Proofs of Claim, (V) Approving Notice of Bar Dates, and (VI) Granting Related Relief [Filed: 8/19/19] (Docket No. 205)

    <u>Status</u>: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

8. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 130)

    <u>Response Deadline</u>:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee and the Official Committee of Unsecured Creditors

    <u>Responses Received</u>:  Informal comments from the U.S. Trustee

    <u>Related Documents</u>:

    a. Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date [Filed: 8/19/19] (Docket No. 207)

    <u>Status</u>: A revised form of order has been submitted under certification of counsel and

counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

9. Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 131)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee

    Responses Received:  Informal comments from the U.S. Trustee

    Related Documents:

    a. Certification of Counsel Regarding Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 8/19/19] (Docket No. 200)

    Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

10. Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Filed: 7/31/19] (Docket No. 132)

    Response Deadline:  August 14, 2019, at 4:00 p.m.

    Responses Received:  Informal comments from the Official Committee of Unsecured Creditors

    Related Documents:

    a. Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Filed: 8/19/19] (Docket No. 208)

    Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

11. Debtors' Application for Entry of an Order Authorizing and Approving the Employment and Retention of Omni Management Group, Inc. as Administrative Advisor for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 133)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee

    Responses Received:  Informal comments from the U.S. Trustee

    Related Documents:

    a.  Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing and Approving the Employment and Retention of Omni Management Group, Inc. as Administrative Advisor for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition [Filed: 8/19/19] (Docket No. 204)

    Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

12. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 8/7/19] (Docket No. 159)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee

    Responses Received:  Informal comments from the U.S. Trustee and the Official Committee of Unsecured Creditors

    Related Documents:

    a.  Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 8/19/19] (Docket No. 206)

    Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience.  No hearing is necessary on this matter unless the Court has questions.

13. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal and Redact Portions of the Laurel Pipeline Settlement Approval Motion [Filed: 7/31/19] (Docket No. 136)

    Response Deadline:  August 14, 2019, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Authorizing the Debtors to File Under Seal and Redact Portions of the Laurel Pipeline Settlement Approval Motion [Filed: 7/31/19] (Docket No. 136, Exhibit A)

b. Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal and Redact Portions of the Laurel Pipeline Settlement Approval Motion [Filed: 8/19/19] (Docket No. 201)

Status:  A certification of no objection has been filed and counsel respectfully requests entry of the proposed order at the Court's convenience.  No hearing is necessary on this matter unless the Court has questions.

14. [Sealed] Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement By and Between Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Giant Eagle, Inc., Guttman Energy, Inc., Lucknow-Highspire Terminals LLC, Monroe Energy, LLC, Sheetz, Inc., Buckeye Pipe Line Company, L.P., Laurel Pipe Line Company, L.P., and the Bureau of Investigation and Enforcement and (II) Granting Related Relief [Filed: 7/31/19] (Docket No. 135)

Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee and the Official Committee of Unsecured Creditors

Responses Received:  Informal comments from the U.S. Trustee

Related Documents:

a. [Sealed] [Proposed] Order (I) Approving the Settlement Agreement By and Between Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Giant Eagle, Inc., Guttman Energy, Inc., Lucknow-Highspire Terminals LLC, Monroe Energy, LLC, Sheetz, Inc., Buckeye Pipe Line Company, L.P., Laurel Pipe Line Company, L.P., and the Bureau of Investigation and Enforcement and (II) Granting Related Relief [Filed: 7/31/19] (Docket No. 135, Exhibit A)

b. Motion of the Debtors for Entry of an Order Authorizing the Debtors to File Under Seal and Redact Portions of the Laurel Pipeline Settlement Approval Motion [Filed: 7/31/19] (Docket No. 136)

(i) [Proposed] Order Authorizing the Debtors to File Under Seal and Redact Portions of the Laurel Pipeline Settlement Approval Motion [Filed: 7/31/19] (Docket No. 136, Exhibit A)

c. [Redacted] Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement By and Between Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Giant Eagle, Inc., Guttman Energy, Inc., Lucknow-

        Highspire Terminals LLC, Monroe Energy, LLC, Sheetz, Inc., Buckeye Pipe Line Company, L.P., Laurel Pipe Line Company, L.P., and the Bureau of Investigation and Enforcement and (II) Granting Related Relief [Filed: 7/31/19] (Docket No. 137)

    d.    Certification of No Objection Regarding Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreement By and Between Debtor Philadelphia Energy Solutions Refining and Marketing LLC, Giant Eagle, Inc., Guttman Energy, Inc., Lucknow-Highspire Terminals LLC, Monroe Energy, LLC, Sheetz, Inc., Buckeye Pipe Line Company, L.P., Laurel Pipe Line Company, L.P., and the Bureau of Investigation and Enforcement and (II) Granting Related Relief [Filed: 8/19/19] (Docket No. 202)

Status: A certification of no objection has been filed and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

15.    Debtors' Motion for Entry of a Scheduling Order in Connection with the Insurance Proceeds Adversary Proceeding [Filed: 8/7/19] (Adv. Proc. No. 19-50282, Docket No. 5)

Response Deadline: August 17, 2019, at 4:00 p.m.

Responses Received: Informal comments from the Official Committee of Unsecured Creditors, the Debtors' DIP Lenders, and the Debtors' Intermediation Lenders

Related Documents:

    a.    [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with respect to the Debtors' Motion for Entry of a Scheduling Order in Connection with the Insurance Proceeds Adversary Proceeding [Filed: 8/13/19] (Adv. Proc. No. 19-50282, Docket No. 9)

    b.    Notice of Hearing on Debtors' Motion for Entry of a Scheduling Order in Connection with the Insurance Proceeds Adversary Proceeding [Filed: 8/13/19] (Adv. Proc. No. 19-50282, Docket No. 10)

    c.    Certification of Counsel Regarding Revised Agreed Scheduling Order in Connection with the Insurance Proceeds Adversary Proceeding [Filed: 8/19/19] (Adv. Proc. No. 19-50282, Docket No. 14)

Status: A revised form of order has been submitted under certification of counsel and counsel respectfully requests entry of the proposed order at the Court's convenience. No hearing is necessary on this matter unless the Court has questions.

10

DOCS_DE:225014.2 70753/001

**RESOLVED MATTER GOING FORWARD:**

16. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP As Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 134)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at 4:00 p.m. for the U.S. Trustee

    Responses Received:

    a. United States Trustee's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date (D.E. 134, "Application") [Filed : 8/16/19] (Docket No. 194)

    Related Documents:

    a. [Proposed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP As Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 134, Exhibit A)

    b. Declaration of Steven N. Serajeddini in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP As Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 8/1/19] (Docket No. 141)

    c. First Supplemental Declaration of Steven N. Serajeddini In Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Filed: 8/19/19] (Docket No. 209)

    Status: This matter is resolved. The Debtors intend to submit a revised form of order at the hearing.

**CONTESTED MATTERS:**

17. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 129)

    Response Deadline:  August 14, 2019, at 4:00 p.m.  Extended to August 16, 2019, at

4:00 p.m. for the U.S. Trustee

Responses Received:

a.   United States Trustee's Omnibus Limited Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date (D.E. 129, "Application") [Filed: 8/16/19] (Docket No. 195)

Related Documents:

a.   [Proposed] Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code, Effective *Nunc Pro Tunc* to the Petition Date [Filed: 7/31/19] (Docket No. 129, Exhibit A)

Status:  This matter will go forward.

18.  Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 7/22/19] (Docket No. 10)

Response Deadline:  August 14, 2019, at 4:00 p.m.

Responses Received:

a.   Objection of Colonial Energy, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 8/14/19] (Docket No. 180)

b.   Philadelphia Gas Works' Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 8/14/19] (Docket No. 176)

(i)   Praecipe to Withdraw Objection [Filed: 8/16/19] (Docket No. 193)

c.   Objection of Constellation NewEnergy, Inc. and Peco Energy Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors'

Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 8/13/19] (Docket No. 175)

Related Documents:

a. [Proposed] Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 7/22/19] (Docket No. 10, Exhibit B)

b. [Signed] Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 7/23/19] (Docket No. 81)

c. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Filed: 7/24/19] (Docket No. 103)

Status: This matter will go forward.

Dated: August 19, 2019  
Wilmington, Delaware

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:         ljones@pszjlaw.com
                joneill@pszjlaw.com
                pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
steven.serajeddini@kirkland.com
matthew.fagen@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*