## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, et al.,[1] | Case No. 19-11626 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 16, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(B), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1), and 364(E) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(B), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) [Docket No. 189]**

Dated: August 20, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 20th day of August, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# **EXHIBIT A**

AKERMAN LLP
DAVID PARHAM
DAVID.PARHAM@AKERMAN.COM

BAKER BOTTS LLP
OMAR ALANIZ
OMAR.ALANIZ@BAKERBOTTS.COM

BAKER HUGHES
BRIAN WORRELL
BRIAN.WORRELL@BAKERHUGHES.COM

BAKER HUGHES
MARIA CLAUDIA BORRAS
MARIA.BORRAS@BAKERHUGHES.COM

BROWN RUDNICK LLP
MAX D. SCHLAN
MSCHLAN@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ROBERT STARK
RSTARK@BROWNRUDNICK.COM

BROWN RUDNICK LLP
STEVEN POHL
SPOHL@BROWNRUDNICK.COM

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT
BFJ@CHIMICLES.COM

CHIPMAN BROWN CICERO & COLE LLP
MARK D. OLIVERE
OLIVERE@CHIPMANBROWN.COM

CHIPMAN BROWN CICERO & COLE LLP
WILLIAM CHIPMAN
CHIPMAN@CHIPMANBROWN.COM

CITY OF PHILADELPHIA LAW DEPARTMENT
MEGAN N. HARPER
MEGAN.HARPER@PHILA.GOV

COHEN, WEISS AND SIMON LLP
MELISSA WOODS
MWOODS@CWSNY.COM

COHEN, WEISS AND SIMON LLP
RICHARD SELTZER
RSELTZER@CWSNY.COM

CONSTELLATION NEW ENERGY INC
DAVID ELLSWORTH
DAVID.ELLSWORTH@CONSTELLATION.COM

DAVIS POLK & WARDWELL LLP
ARYEH ETHAN FALK
ARYEH.FALK@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAMIAN S. SCHAIBLE
DAMIAN.SCHAIBLE@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAVID B. TOSCANO
DAVID.TOSCANO@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JAMES I. MCCLAMMY
JAMES.MCCLAMMY@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JONAH A. PEPPIATT
JONAH.PEPPIATT@DAVISPOLK.COM

DEPARTMENT OF ENVIRONMENTAL PROTECTION
VERA KANOVA
VERKANOVA@PA.GOV

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

ELLIOTT GREENLEAF, P.C.
JONATHAN STEMERMAN
JMS@ELLIOTTGREENLEAF.COM

ELLIOTT GREENLEAF, P.C.
RAFAEL X. ZAHRALDDIN-ARAVENA
RXZA@ELLIOTTGREENLEAF.COM

EMMET, MARVIN & MARTIN, LLP
THOMAS A. PITTA
TPITTA@EMMETMARVIN.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS, P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

HAYNES AND BOONE, LLP
CHARLES M. JONES
CHARLIE.JONES@HAYNESBOONE.COM

HAYNES AND BOONE, LLP
J. FRASHER MURPHY
FRASHER.MURPHY@HAYNESBOONE.COM

HUSCH BLACKWELL, LLP
LYNN BUTLER
LYNN.BUTLER@HUSCHBLACKWELL.COM

ICBC STANDARD BANK PLC
DAVID.STAAB@HAYNESBOONE.COM

ICBC STANDARD BANK PLC
KENRIC.KATTNER@HAYNESBOONE.COM

JACK SHRUM, PA
J JACKSON SHRUM
JSHRUM@JSHRUMLAW.COM

KIRKLAND & ELLIS LLP
EDWARD SASSOWER
EDWARD.SASSOWER@KIRKLAND.COM;

KIRKLAND & ELLIS LLP
MATTHEW FAGEN
MATTHEW.FAGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEVEN SERAJEDDINI
STEVEN.SERAJEDDINI@KIRKLAND.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
PATRICIA WILLIAMS PREWITT
PWP@PATTIPREWITTLAW.COM

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
SUSAN KAUFMAN
SKAUFMAN@SKAUFMANLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
HOUSTON_BANKRUPTCY@PUBLICANS.COM

MCGUIREWOODS LLP
JOHN MADDOCK
JMADDOCK@MCGUIREWOODS.COM

MCGUIREWOODS LLP
JOSEPH SHEERIN
JSHEERIN@MCGUIREWOODS.COM

MERRILL LYNCH COMMODITIES, INC.
ERIC.MERRILL@LW.COM

MERRILL LYNCH COMMODITIES, INC.
JONATHAN.ROD@LW.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ANDREW R. REMMING
AREMMING@MNAT.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PAIGE N. TOPPER
PTOPPER@MNAT.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ROBERT DEHNEY
RDEHNEY@MNAT.COM

NGL ENERGY PARTNERS, LP
CATTOI@GTLAW.COM

NGL ENERGY PARTNERS, LP
MELOROD@GTLAW.COM

NORTON ROSE FULBRIGHT US LLP
DAVID A. ROSENZWEIG
DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CC

NORTON ROSE FULBRIGHT US LLP
H. STEPHEN CASTRO
STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM

O'KELLY ERNST & JOYCE, LLC
MICHEAL J. JOYCE
MJOYCE@OELEGAL.COM

OFFICE OF THE ATTORNEY GENERAL
ATTORNEY.GENERAL@DELAWARE.GOV

OFFICE OF THE UNITED STATES TRUSTEE
DAVID L. BUCHBINDER
DAVID.L.BUCHBINDER@USDOJ.GOV

OFFICE OF THE UNITED STATES TRUSTEE
RICHARD SCHEPACARTER
RICHARD.SCHEPACARTER@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
JAMES O'NEILL
JONEILL@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
PETER KEANE
PKEANE@PSZJLAW.COM

PROCONEX
DAWN SEIFRIED
DAWN.SEIFRIED@PROCONEXDIRECT.COM

REED SMITH LLP
KIRSTEN S. POLYANSKY
KPOLYANSKY@REEDSMITH.COM

REED SMITH, LLP
JASON D. ANGELO
JANGELO@REEDSMITH.COM

REED SMITH, LLP
KURT F. GWYNNE
KGWYNNE@REEDSMITH.COM

RICHARDS, LAYTON & FINGER, P.A
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
DANIEL J. DEFRANCESCHI
DEFRANCESCHI@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
ZACHARY I. SHAPIRO
SHAPIRO@RLF.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
JIM.WRIGHT@ENERGYTRANSFER.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
TOM.LONG@ENERGYTRANSFER.COM

SUNOCO PARTNERS MARKETING & TERMINAL LP
JOHN.MITCHELL@AKERMAN.COM

SUNOCO PARTNERS MARKETING & TERMINAL LP
KATHERINE.FACKLER@AKERMAN.COM

THOMPSON COBURN LLP
FRANCIS X BUCKLEY
FXBUCKLEYJR@THOMPSONCOBURN.COM

UNITED STEELWORKERS
ANTHONY RESNICK
ARESNICK@USW.ORG

UNITED STEELWORKERS
DAVID JURY
DJURY@USW.ORG

VANE LINE BUNKERING INC
PATRICK POTTER
PPOTTER@VANEBROTHERS.COM

WEIL, GOTHSAL & MANGES, LLP
BRYAN R. PODZIUS
BRYAN.PODZIUS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
DAVID N. GRIFFITHS
DAVID.GRIFFITHS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
RAY C. SCHROCK
RAY.SCHROCK@WEIL.COM

WHITEFORD TAYLOR & PRESTON, LLP
CHIRSTOPHER A. JONES
CAJONES@WTPLAW.COM

WHITEFORD TAYLOR & PRESTON, LLP
RICHARD W. RILEY
RRILEY@WTPLAW.COM

WOMBLE BOND DICKINSON (US) LLP
MATTHEW WARD
MATTHEW.WARD@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
MORGAN L PATTERSON
MORGAN.PATTERSON@WBD-US.COM

Parties Served:  79

## **EXHIBIT B**

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH
ATTN: BENJAMIN JOHNS/A FERICH/ ALEX KASHURBA
ONE HAVERFORD CENTRE
361 W LANCASTER AVE
HARTFORD, PA 19041

CONSTELLATION NEW ENERGY INC
ATTN: JIM MCHUGH
100 CONSTELLATION WAY, STE 500
BALTIMORE, MD 21202-6302

CORTLAND CAPITAL MARKET SERVICES
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

ICBC STANDARD BANK PLC
AS SOA COLLATERAL AGENT
20 GRESHAM ST
LONDON, EC2V 7JE
UNITED KINGDOM

ICBC STANDARD BANK PLC
C/O HAYNES AND BOONE LLP
ATTN: DAVID STAAB/F MURPHY/C JONES
2323 VICTORY AVE, STE 700
DALLAS, TX 75219

ICBC STANDARD BANK PLC
C/O HAYNES AND BOONE LLP
ATTN: KENRIC KATTNER
1221 MCKINNEY ST, STE 2100
HOUSTON, TX 77010

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KINDER MORGAN LIQUIDS TERMINALS, LLC
1000 LOUISIANA, STE 1001
HOUSTON, TX 77002

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER/MATTHEW FAGEN
ATTN: STEVEN SERAJEDDINI
601 LEXINGTON AVE
NEW YORK, NY 10022

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P DILLMAN
P.O. BOX 3064
HOUSTON, TX 77253-3064

MERRILL LYNCH COMMODITIES, INC.
AS SOA COLLATERAL AGENT
20 E GREENWAY PLAZA, STE 700
HOUSTON, TX 77046

MERRILL LYNCH COMMODITIES, INC.
C/O LATHAM & WATKINS LLP
ATTN: ERIC MERRILL
555 11TH ST, NW, STE 1000
WASHINGTON, DC 20004-1304

MERRILL LYNCH COMMODITIES, INC.
C/O LATHAM & WATKINS LLP
ATTN: JONATHAN ROD
885 3RD AVE
NEW YORK, NY 10022-4834

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ATTN: ROBERT J. DEHNEY/ANDREW R. REMMING/P TO
1201 N MARKET ST, 16TH FL
P.O. BOX 1347
WILMINGTON, DE 19899-1347

NGL ENERGY PARTNERS, LP
6120 S YALE AVE, STE 805
TULSA, OK 74136

NGL ENERGY PARTNERS, LP
C/O GREENBERG TRAURIG LLP
ATTN: DENNIS MELORO
THE NEMOURS BUILDING
1007 N ORANGE ST, STE 1200
WILMINGTON, DE 19801

NGL ENERGY PARTNERS, LP
C/O GREENBERG TRAURIG LLP
ATTN: ISKENDER CATTO/RYAN WAGNER
METLIFE BUILDING
200 PARK AVE
NEW YORK, NY 10166

OFFICE OF THE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
DELAWARE DEPT OF JUSTICE
CARVEL STATE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

PROCONEX
ATTN: DAWN SEIFRIED
103 ENTERPRISE DR
ROYERSFORD, PA 19468

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
C/O ENERGY TRANSFER PARTNERS, LP
ATTN: CHIEF FINANCIAL OFFICER
8111 WESTCHESTER DR
DALLAS, TX 75225

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
C/O ENERGY TRANSFER PARTNERS, LP
ATTN: GENERAL COUNSEL
1300 MAIN ST
HOUSTON, TX 77002

SUNOCO PARTNERS MARKETING & TERMINAL LP
ATTN: JOSEPH COLELLA, SENIOR VP
3801 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

SUNOCO PARTNERS MARKETING & TERMINAL LP
C/O AKERMAN LLP
ATTN: JOHN MITCHELL/ DAVID W. PARHAM
2001 ROSS AVE, STE 3600
DALLAS, TX 75201

SUNOCO PARTNERS MARKETING & TERMINAL LP
C/O AKERMAN LLP
ATTN: MARY KATHERINE FACKLER
50 N LAURA ST, #3100
JACKSONVILLE, FL 32202

SUNOCO PARTNERS MARKETING & TERMINAL LP
C/O VINSON & ELKINS LLP
ATTN: KAREN SMITH
666 5TH AVE, 6TH FL
NEW YORK, NY 10103

Parties Served: 26