# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| Debtors. | ) (Jointly Administered) |
| | ) Objection Deadline: September 10, 2019 at 4:00 p.m. |

## DECLARATION OF DISINTERESTEDNESS OF
## JONATHAN R. ROD OF LATHAM & WATKINS LLP
## PURSUANT TO THE ORDER (I) AUTHORIZING THE DEBTORS
## TO RETAIN AND COMPENSATE PROFESSIONALS UTILIZED IN THE
## ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF

I, Jonathan R. Rod, declare under penalty of perjury:

1. I am a partner of Latham & Watkins LLP (the "Firm"), located at 885 Third Avenue, New York, NY 10022-4834.

2. PES Holdings, LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide legal services to the Debtors with respect to certain of the Debtors' existing credit facilities as well as the intermediation agreements through which the Debtors finance their crude oil and gas purchases, and the Firm has consented to provide such services.

3. The Firm currently represents Carlyle PES, L.L.C. and affiliated entities that directly or indirectly hold equity of the Debtors in connection with these chapter 11 cases (the "Carlyle Representation"). In addition, the Firm may have performed services in the past, may

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

currently perform services, and may perform services in the future in matters unrelated to these chapter 11 cases for persons that are parties in interest in the Debtors' chapter 11 cases. However, except for the Carlyle Representation, the Firm does not perform services for any such person in connection with these chapter 11 cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates. Moreover, the Carlyle Representation is not adverse to the Debtors or their estates with respect to the matter on which the Firm is to be employed.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these chapter 11 cases.

5. Neither I nor any principal, partner, director, officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any principal, partner, director, officer, of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

7. The Debtors do not owe the Firm for prepetition services.

8. As of the Petition Date, which was the date on which the Debtors commenced these chapter 11 cases, the Firm was not party to an agreement for indemnification with the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 26, 2019

                                                            Jonathan R. Rod