**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11626 (KG)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Brian W. Bisignani, Esquire, of Post & Schell, P.C. to represent JJ White, Inc. and Anderson Construction Services, Inc., in the above case.

*/s/ David P. Primack*
David P. Primack, Esq. (No. DE4449)
Gary D. Bressler, Esq. (No. DE 5544)
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
300 Delaware Ave., Suite 770
Wilmington, DE 19801
Phone: (302) 300-4515
dprimack@mdmc-law.com
gbressler@mdmc-law.com

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1 I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars in the Commonwealth of Pennsylvania, the State of Maryland, the District of Columbia, and the Commonwealth of Virginia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/31/16, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

Dated: August 26, 2019            */s/ Brian W. Bisignani*
                                  Brian W. Bisignani, Esquire
                                  Post & Schell, P.C.
                                  1869 Charter Lane
                                  P.O. Box 10248
                                  Lancaster, PA 17601-5956
                                  717-612-6041 (Phone)
                                  bbisignani@postschell.com


**ORDER GRANTING ADMISSION *PRO HAC VICE***
IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.