IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11626 (KG)<br><br>(Jointly Administered) |

### NOTICE OF RESCHEDULED HEARING FROM OCTOBER 15, 2019 AT 10:00 A.M. (EASTERN TIME) TO OCTOBER 18, 2019 AT 10:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE KEVIN GROSS

**PLEASE TAKE NOTICE** that all matters scheduled to be heard in the above-captioned cases on October 15, 2019, at 10:00 a.m. (Eastern time) have been rescheduled by the Court, for a hearing on **October 18, 2019, at 10:00 a.m. (Eastern time)**, before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 3, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

| | |
|---|---|
| Dated: August 27, 2019<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:     (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                     joneill@pszjlaw.com<br>                     pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           edward.sassower@kirkland.com<br>                     steven.serajeddini@kirkland.com<br>                     matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |