## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, et al.,[1] | Case No. 19-11626 (KG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

    I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on September 12, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Notice of Filing of Stipulation and Agreed Order Regarding Advance of June 21 PD Insurance Proceeds [Docket No. 345]**

Dated: September 13, 2019

Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                  }ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 13th day of September, 20 19, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

SCOTT M. EWING
Notary Public - California
Los Angeles County
Commission # 2155599
My Comm. Expires Jun 3, 2020

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

## EXHIBIT A

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**                                              Served 9/12/2019

AKERMAN LLP
DAVID PARHAM
DAVID.PARHAM@AKERMAN.COM

BAKER BOTTS LLP
OMAR ALANIZ
OMAR.ALANIZ@BAKERBOTTS.COM

BAKER HUGHES
BRIAN WORRELL
BRIAN.WORRELL@BAKERHUGHES.COM

BAKER HUGHES
MARIA CLAUDIA BORRAS
MARIA.BORRAS@BAKERHUGHES.COM

BMC GROUP, INC
T FEIL
FEIL.BMC@ECFALERTS.COM

BROWN RUDNICK LLP
MAX D. SCHLAN
MSCHLAN@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ROBERT STARK
RSTARK@BROWNRUDNICK.COM

BROWN RUDNICK LLP
STEVEN POHL
SPOHL@BROWNRUDNICK.COM

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT
BFJ@CHIMICLES.COM

CHIPMAN BROWN CICERO & COLE LLP
MARK D. OLIVERE
OLIVERE@CHIPMANBROWN.COM

CHIPMAN BROWN CICERO & COLE LLP
WILLIAM CHIPMAN
CHIPMAN@CHIPMANBROWN.COM

CITY OF PHILADELPHIA LAW DEPARTMENT
MEGAN N. HARPER
MEGAN.HARPER@PHILA.GOV

COHEN, WEISS AND SIMON LLP
MELISSA WOODS
MWOODS@CWSNY.COM

COHEN, WEISS AND SIMON LLP
RICHARD SELTZER
RSELTZER@CWSNY.COM

CONSTELLATION NEW ENERGY INC
DAVID ELLSWORTH
DAVID.ELLSWORTH@CONSTELLATION.COM

DAVIS POLK & WARDWELL LLP
ARYEH ETHAN FALK
ARYEH.FALK@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAMIAN S. SCHAIBLE
DAMIAN.SCHAIBLE@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAVID B. TOSCANO
DAVID.TOSCANO@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JAMES I. MCCLAMMY
JAMES.MCCLAMMY@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JONAH A. PEPPIATT
JONAH.PEPPIATT@DAVISPOLK.COM

DEPARTMENT OF ENVIRONMENTAL PROTECTION
VERA KANOVA
VERKANOVA@PA.GOV

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

ELLIOTT GREENLEAF, P.C.
JONATHAN STEMERMAN
JMS@ELLIOTTGREENLEAF.COM

ELLIOTT GREENLEAF, P.C.
RAFAEL X. ZAHRALDDIN-ARAVENA
RXZA@ELLIOTTGREENLEAF.COM

EMMET, MARVIN & MARTIN, LLP
THOMAS A. PITTA
TPITTA@EMMETMARVIN.COM

GELLERT SCALI BUSENKELL & BROWN, LLC
RONALD S. GELLERT
RGELLERT@GSBBLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS, P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

HAYNES AND BOONE, LLP
CHARLES M. JONES
CHARLIE.JONES@HAYNESBOONE.COM

HAYNES AND BOONE, LLP
J. FRASHER MURPHY
FRASHER.MURPHY@HAYNESBOONE.COM

HOGAN MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HUSCH BLACKWELL, LLP
LYNN BUTLER
LYNN.BUTLER@HUSCHBLACKWELL.COM

ICBC STANDARD BANK PLC
DAVID.STAAB@HAYNESBOONE.COM

ICBC STANDARD BANK PLC
KENRIC.KATTNER@HAYNESBOONE.COM

JACK SHRUM, PA
J JACKSON SHRUM
JSHRUM@JSHRUMLAW.COM

KIRKLAND & ELLIS LLP
EDWARD SASSOWER
EDWARD.SASSOWER@KIRKLAND.COM;

KIRKLAND & ELLIS LLP
MATTHEW FAGEN
MATTHEW.FAGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEVEN SERAJEDDINI
STEVEN.SERAJEDDINI@KIRKLAND.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
PATRICIA WILLIAMS PREWITT
PWP@PATTIPREWITTLAW.COM

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
 SUSAN KAUFMAN
SKAUFMAN@SKAUFMANLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
HOUSTON_BANKRUPTCY@PUBLICANS.COM

MANIER & HEROD
MICHAEL E. COLLINS,
MCOLLINS@MANIERHEROD.COM

MANIER & HEROD
ROBERT W. MILLER,
RMILLER@MANIERHEROD.COM

MANIER & HEROD
SAM H. POTEET
SPOTEET@MANIERHEROD.COM

MCCARTER & ENGLISH, LLP
MATTHEW J. RIFINO
MRIFINO@MCCARTER.COM

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**                                      Served 9/12/2019

| | | |
|---|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM | MERRILL LYNCH COMMODITIES, INC.<br>ERIC.MERRILL@LW.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>JONATHAN.ROD@LW.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>CATTOI@GTLAW.COM | NGL ENERGY PARTNERS, LP<br>MELOROD@GTLAW.COM |
| NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CC | NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHEAL J. JOYCE<br>MJOYCE@OELEGAL.COM |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>RICHARD SCHEPACARTER<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM |
| PEPPER HAMILON LLP<br>EDWARD C. TOOLE<br>TOOLEE@PEPPERLAW.COM | PEPPER HAMILTON LLP<br>DAVID M. FOURNIER<br>FOURNIERD@PEPPERLAW.COM | PROCONEX<br>DAWN SEIFRIED<br>DAWN.SEIFRIED@PROCONEXDIRECT.COM |
| REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM | REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM.WRIGHT@ENERGYTRANSFER.COM |
| SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM.LONG@ENERGYTRANSFER.COM | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>JOHN.MITCHELL@AKERMAN.COM | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>KATHERINE.FACKLER@AKERMAN.COM |
| THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG | UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG |
| VANE LINE BUNKERING INC<br>PATRICK POTTER<br>PPOTTER@VANEBROTHERS.COM | WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM |

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**

Served 9/12/2019

WOMBLE BOND DICKINSON (US) LLP
MATTHEW WARD
MATTHEW.WARD@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
MORGAN L PATTERSON
MORGAN.PATTERSON@WBD-US.COM

Parties Served:  92

# EXHIBIT B

BANK OF AMERICA N.A.
AS REVOLVING COLLATERAL AGENT ACTING
ON BEHALF OF REVOLVING CLAIMHOLDERS
BANK OF AMERICA BUSINESS CAPITAL
901 MAIN STREET
DALLAS TX 75202 USA

CONSTELLATION NEW ENERGY INC
JIM MCHUGH
100 CONSTELLATION WAY, STE 500
BALTIMORE, MD 21202-6302

CORTLAND CAPITAL MARKETS SERVICES LCC
AS ADMINISTRATIVE AGENT
ATTN: MAGGIE WELCH AND LEGAL DEPT.
225 W. WASHINGTON STREET, 9TH FLOOR
CHICAGO, IL  60606

ICBC STANDARD BANK PLC
20 GRESHAM STREET
LONDON EC2V 7JE

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016

JPMORGAN CHASE BANK, N.A.
ATTN: JOHN NGO
1111 FANNIN STREET 10TH FLOOR
HOUSTON TX 77002

KINDER MORGAN LIQUIDS TERMINALS, LLC
1000 LOUISIANA, STE 1001
HOUSTON, TX 77002

MACQUARIE PHYSICAL METALS (USA) INC.
125 WEST 55TH STREET
NEW YORK NY 10019

MERRILL LYNCH COMMODITIES, INC.
20 E. GREENWAY PLAZA, SUITE 700
HOUSTON, TX  77046

NGL ENERGY PARTNERS, LP
3773 CHERRY CREEK NORTH DRIVE
SUITE 1000
DENVER, CO  80209

NGL ENERGY PARTNERS, LP
6120 S YALE AVE, STE 805
TULSA, OK 74136

PNC BANK INSURANCE CENTER
PO BOX 703579
DALLAS TX 75370 USA

PNC BANK, NATIONAL ASSN AND ITS
SUCCESSORS AND ASSIGNS AS ADMINISTRATIVE
AGENT AND COLLATERAL AGENT
PNC FIRSTSIDE CENTER
500 FIRST AVENUE
PITTSBURGH PA 15219

REIT MANAGEMENT & RESEARCH LLC
1735 MARKET STREET
SUITE 3840
PHILADELPHIA PA 19103

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

SUNOCO INC. (R&M)
1818 MARKET STREET
SUITE 1500
PHILADELPHIA PA 19103-3615

SUNOCO LOGISTICS PARTNERS OPERATIONS, L.P.
C/O ENERGY TRANSFER PARTNERS, L.P.
ATTN: CHIEF FINANCIAL OFFICER
8111 WESTCHESTER DRIVE
DALLAS, TX 75225

SUNOCO PARTNERS MARKETING
& REFINING TERMINALS LP
1818 MARKET STREET
SUITE 1500
PHILADELPHIA PA 19103-3615

SUNOCO PARTNERS MARKETING & TERMINAL LP
JOSEPH COLELLA, SENIOR VP
3801 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

VINSON & ELKINS LLP
KAREN SMITH
666 5TH AVE, 6TH FL
NEW YORK, NY 10103

WILLIAMS SCOTSMAN, INC.
8211 TOWN CENTER DRIVE
BALTIMORE MD 21236

Parties Served: 21