**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 19-11626 (KG) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket Nos. 37, 85** |

**NOTICE OF FILING OF PROPOSED
FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) OBTAIN
POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362,
363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) AND 364(e) AND (B) UTILIZE
CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (II) GRANTING
ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT
TO 11 U.S.C. §§ 361, 362, 363, 364 AND 507(b)**

**PLEASE TAKE NOTICE** that on July 22, 2019, the Debtors, filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c)* (the "DIP Motion") [Docket No. 37] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2019, the Bankruptcy Court entered the *Interim Order (I) Authorizing Debtors to (A) Obtain Post-Petition Financing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

:-:..:

*Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c)* (the "Interim DIP Order") [Docket No. 85], scheduling a final hearing on the Motion on **August 21, 2019 at 10:00 a.m. (Eastern time)** (the "Final Hearing") with objections due on or before **August 14, 2019 at 4:00 p.m. (Eastern time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the notice of rescheduled hearing [Docket No. 189], the Objection Deadline was extended until **September 12, 2019 at 4:00 p.m. (Eastern time)** and the Final Hearing was rescheduled to **September 19, 2019 at 2:00 p.m. (Eastern time)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the further notice of rescheduled hearing [Docket No. 336], the Objection Deadline was extended until **September 17, 2019 at 4:00 p.m. (Eastern time)** and the Final Hearing was rescheduled to **September 24, 2019 at 2:00 p.m. (Eastern time)**, before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the proposed *Final Order (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* (the "Proposed Final DIP Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blackline of the Proposed Final DIP Order, showing changes made from the Interim DIP Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Proposed Final DIP Order at the Final Hearing.

| | |
|---|---|
| Dated: September 13, 2019<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    pkeane@pszjlaw.com |

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:           edward.sassower@kirkland.com
                    steven.serajeddini@kirkland.com
                    matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*