# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | Case No. 19-11626 (KG) |
|  | (Jointly Administered) |
| Debtors.[1] |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James W. Stoll of Brown Rudnick LLP to represent the Official Committee of Unsecured Creditors in this action.

Dated: September 13, 2019

**ELLIOTT GREENLEAF, P.C.**

*/s/ Jonathan M. Stemerman*
Rafael X. Zahralddin-Aravena (No. 4166)
Jonathan M. Stemerman (No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
E-mail: rxza@elliottgreenleaf.com
E-mail: jms@elliottgreenleaf.com

*Proposed Counsel to Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  September 13, 2019           */s/ James W. Stoll*
                                                   James W. Stoll
                                                   **BROWN RUDNICK LLP**
                                                   One Financial Center
                                                   Boston, MA  02111
                                                   Telephone: (617) 856-8200
                                                   Email:  jstoll@brownrudnick.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: September 16th, 2019**                                   **KEVIN GROSS**
**Wilmington, Delaware**                                             **UNITED STATES BANKRUPTCY JUDGE**