IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11626 (KG)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on October 11, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. 105, 361, 362, 363(B), 364(C)(1), 364(C)(2), 364(C)(3), 364(d)(1) and 364(E) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. 361, 362, 363, 362 and 507(B) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) [Docket No. 468]**

Dated: October 14, 2019

/s/ Randy Lowry
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     }ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 14th day of October, 2019, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# **EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID PARHAM<br>DAVID.PARHAM@AKERMAN.COM | BAKER BOTTS LLP<br>OMAR ALANIZ<br>OMAR.ALANIZ@BAKERBOTTS.COM | BAKER HUGHES<br>BRIAN WORRELL<br>BRIAN.WORRELL@BHGE.COM |
| BAKER HUGHES<br>MARIA CLAUDIA BORRAS<br>MARIA.BORRAS@BHGE.COM | BMC GROUP, INC<br>T FEIL<br>FEIL.BMC@ECFALERTS.COM | BROWN RUDNICK LLP<br>MAX D. SCHLAN<br>MSCHLAN@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ROBERT STARK<br>RSTARK@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>STEVEN POHL<br>SPOHL@BROWNRUDNICK.COM | CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT<br>BFJ@CHIMICLES.COM |
| CHIPMAN BROWN CICERO & COLE LLP<br>MARK D. OLIVERE<br>OLIVERE@CHIPMANBROWN.COM | CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM CHIPMAN<br>CHIPMAN@CHIPMANBROWN.COM | CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV |
| COHEN, WEISS AND SIMON LLP<br>MELISSA WOODS<br>MWOODS@CWSNY.COM | COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | CONSTELLATION NEW ENERGY INC<br>DAVID ELLSWORTH<br>DAVID.ELLSWORTH@CONSTELLATION.COM |
| DAVIS POLK & WARDWELL LLP<br>ARYEH ETHAN FALK<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAVID B. TOSCANO<br>DAVID.TOSCANO@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>JAMES I. MCCLAMMY<br>JAMES.MCCLAMMY@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERA KANOVA<br>VERKANOVA@PA.GOV |
| DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM | ELLIOTT GREENLEAF, P.C.<br>JONATHAN STEMERMAN<br>JMS@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>RXZA@ELLIOTTGREENLEAF.COM |
| EMMET, MARVIN & MARTIN, LLP<br>THOMAS A. PITTA<br>TPITTA@EMMETMARVIN.COM | GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT<br>RGELLERT@GSBBLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM |
| GIBBONS, P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | HAYNES AND BOONE, LLP<br>CHARLES M. JONES<br>CHARLIE.JONES@HAYNESBOONE.COM | HAYNES AND BOONE, LLP<br>J. FRASHER MURPHY<br>FRASHER.MURPHY@HAYNESBOONE.COM |
| HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HUSCH BLACKWELL, LLP<br>LYNN BUTLER<br>LYNN.BUTLER@HUSCHBLACKWELL.COM | ICBC STANDARD BANK PLC<br>DAVID.STAAB@HAYNESBOONE.COM |
| ICBC STANDARD BANK PLC<br>KENRIC.KATTNER@HAYNESBOONE.COM | JACK SHRUM, PA<br>J JACKSON SHRUM<br>JSHRUM@JSHRUMLAW.COM | KIRKLAND & ELLIS LLP<br>EDWARD SASSOWER<br>EDWARD.SASSOWER@KIRKLAND.COM; |
| KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM |
| MANIER & HEROD<br>ROBERT W. MILLER,<br>RMILLER@MANIERHEROD.COM | MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCCARTER & ENGLISH, LLP<br>MATTHEW J. RIFINO<br>MRIFINO@MCCARTER.COM |

| | | |
|---|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM |
| MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM | MERRILL LYNCH COMMODITIES, INC.<br>ERIC.MERRILL@LW.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>JONATHAN.ROD@LW.COM | MORRIS JAMES LLP<br>BRETT FALLON<br>BFALLON@MORRISJAMES.COM | MORRIS JAMES LLP<br>CARL N. KUNZ<br>CKUNZ@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM |
| NGL ENERGY PARTNERS, LP<br>CATTOI@GTLAW.COM | NGL ENERGY PARTNERS, LP<br>MELOROD@GTLAW.COM | NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO |
| NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHEAL J. JOYCE<br>MJOYCE@OELEGAL.COM | OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | PEPPER HAMILON LLP<br>EDWARD C. TOOLE<br>TOOLEE@PEPPERLAW.COM | PEPPER HAMILTON LLP<br>DAVID M. FOURNIER<br>FOURNIERD@PEPPERLAW.COM |
| POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSHCELL.COM | PROCONEX<br>DAWN SEIFRIED<br>DAWN.SEIFRIED@PROCONEXDIRECT.COM | REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM |
| REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM | RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM |
| SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM |
| SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM.WRIGHT@ENERGYTRANSFER.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM.LONG@ENERGYTRANSFER.COM | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>JOHN.MITCHELL@AKERMAN.COM |
| SUNOCO PARTNERS MARKETING & TERMINAL LP<br>KATHERINE.FACKLER@AKERMAN.COM | THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | UNITED STATES DEPARTMENT OF JUSTICE<br>ALAN S. TENENBAUM<br>ALAN.TENENBAUM@USDOJ.GOV |
| UNITED STATES DEPARTMENT OF JUSTICE<br>JOHN BRODERICK<br>JOHN.BRODERICK@USDOJ.GOV | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG | UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG |

| | | |
|---|---|---|
| VANE LINE BUNKERING INC<br>PATRICK POTTER<br>PPOTTER@VANEBROTHERS.COM | WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM |
| WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM | |

Parties Served: 98

# **EXHIBIT B**

| | | |
|---|---|---|
| AL DEPT OF ENV MGMT<br>P.O. BOX 301463<br>MONTGOMERY, AL 36130-1463 | ALABAMA DEPARTMENT OF REVENUE<br>P.O. BOX 327540<br>MONTGOMERY, AL 36132-7540 | CHARTER BROKERAGE LLC<br>383 MAIN AVE, 5TH FL<br>NORWALK, CT 06851 |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>ATTN: BENJAMIN JOHNS/A FERICH/ ALEX KASHURBA<br>ONE HAVERFORD CENTRE<br>361 W LANCASTER AVE<br>HARTFORD, PA 19041 | CITY OF PHILADELPHIA LAW DEPT<br>ATTN: DIV DEPUTY CITY SOLICITOR, ENV LAW<br>ONE PARKWAY BLDG<br>1515 ARCH ST, 16TH FL<br>PHILADELPHIA, PA 19102 | CO DEPT OF HEALTH AND ENV<br>4300 CHERRY CREEK DR S<br>DENVER, CO 80246 |
| COLORADO DEPARTMENT OF REVENUE SERVICES<br>DENVER, CO 80261-0013 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>110 CARROLL ST<br>ANNAPOLIS, MA 21411-0001 | COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>P.O. BOX 2191<br>ANNAPOLIS, MD 21404-2191 |
| CONSTELLATION NEW ENERGY INC<br>ATTN: JIM MCHUGH<br>100 CONSTELLATION WAY, STE 500<br>BALTIMORE, MD 21202-6302 | CORTLAND CAPITAL MARKET SERVICES<br>225 W WASHINGTON ST, 9TH FL<br>CHICAGO, IL 60606 | CT DEPT OF ENERGY & ENV PROTECTION<br>79 ELM ST<br>HARTFORD, CT 06106-5127 |
| CYPRESS - FAIRBANKS ISD<br>10494 JONES RD, RM 106<br>HOUSTON, TX 77065 | CYPRESS - FAIRBANKS ISD<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253 | DELAWARE DIVISION OF REVENUE<br>CARVEL STATE OFFICE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 |
| DELAWARE MOTOR FUEL TAX ADMINISTRATION<br>P.O. DRAWER E<br>DOVER, DE 19903-1565 | DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>JOHN G. TOWNSEND BLDG<br>401 FEDERAL ST, STE 4<br>DOVER, DE 19901 | DEPARTMENT OF THE TREASURY<br>ATTN: EXCISE UNIT<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999-0009 |
| DEPARTMENT OF THE TREASURY<br>ATTN: M. JAMES<br>1352 MARROWS RD, STE 204<br>NEWARK, DE 19711-5445 | DEPARTMENT OF THE TREASURY<br>C/O INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>CINCINNATI, OH 45999 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVEN<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 | DEPT OF ENV PROTECTION<br>P.O. BOX 8469<br>HARRISBURG, PA 17105 | DIVISION OF UNEMPLOYMENT INS<br>DEPARTMENT OF LABOR<br>4425 N MARKET ST<br>WILMINGTON, DE 19802 |
| FL DEPT OF ENV PROTECTION<br>3900 COMMONWEALTH BLVD<br>TALLAHASSEE, FL 32399 | GEORGIA DEPARTMENT OF REVENUE<br>MOTOR FUEL TAX UNIT/SALES AND USE TAX<br>P.O. BOX 105088<br>ATLANTA, GA 30348-5088 | HARRIS COUNTY, ET AL<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253 |
| HARRIS COUNTY, ET AL<br>P.O. BOX 3547<br>HOUSTON, TX 77253-3547 | ICBC STANDARD BANK PLC<br>AS SOA COLLATERAL AGENT<br>20 GRESHAM ST<br>LONDON, EC2V 7JE<br>UNITED KINGDOM | ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: DAVID STAAB/F MURPHY/C JONES<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 |
| ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: KENRIC KATTNER<br>1221 MCKINNEY ST, STE 2100<br>HOUSTON, TX 77010 | INTERNAL REVENUE SERVICE<br>ATTN: M. JAMES<br>1352 MARROWS RD, STE 204<br>NEWARK, DE 19711-5445 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |

| | | |
|---|---|---|
| KINDER MORGAN LIQUIDS TERMINALS, LLC<br>1000 LOUISIANA, STE 1001<br>HOUSTON, TX 77002 | KIRKLAND & ELLIS LLP<br>ATTN: EDWARD SASSOWER/MATTHEW FAGEN<br>ATTN: STEVEN SERAJEDDINI<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | LA DEPT OF ENV QUALITY<br>602 N 5TH ST<br>BATON ROUGE, LA 70802 |
| LA DEPT OF ENV QUALITY<br>P.O. BOX 4303<br>BATON ROUGE, LA 70821-4303 | LA DEPT OF ENV QUALITY<br>P.O. BOX 4311<br>BATON ROUGE, LA 70821-4311 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 201<br>BATON ROUGE, LA 70821-0201 | MA DEPT OF ENV PROTECTION<br>ONE WINTER ST<br>BOSTON, MA 02108 | MARYLAND OIL FUND<br>P.O. BOX 1417<br>BALTIMORE, MD 21203-1417 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>UNDERGROUND STORAGE TANK<br>P.O. BOX 9563<br>BOSTON, MA 02114-9563 | MD DEPT OF ENV<br>1800 WASHINGTON BLVD<br>BALTIMORE, MD 21230 | MERRILL LYNCH COMMODITIES, INC.<br>AS SOA COLLATERAL AGENT<br>20 E GREENWAY PLAZA, STE 700<br>HOUSTON, TX 77046 |
| MERRILL LYNCH COMMODITIES, INC.<br>C/O LATHAM & WATKINS LLP<br>ATTN: ERIC MERRILL<br>555 11TH ST, NW, STE 1000<br>WASHINGTON, DC 20004-1304 | MERRILL LYNCH COMMODITIES, INC.<br>C/O LATHAM & WATKINS LLP<br>ATTN: JONATHAN ROD<br>885 3RD AVE<br>NEW YORK, NY 10022-4834 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 960<br>JACKSON, MS 39205-0960 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: ROBERT J. DEHNEY/ANDREW R. REMMING/P<br>1201 N MARKET ST, 16TH FL<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 |
| MS DEPT OF ENV QUALITY<br>515 E AMITE ST<br>JACKSON, MS 39201 | NATIONAL OILHEAT RESEARCH ALLIANCE<br>P.O. BOX 826136<br>PHILADELPHIA, PA 19182-6136 | ND DEPT OF ENV QUALITY<br>918 E DIVIDE AVE, STE 2<br>BISMARCK, ND 58501 |
| NEW YORK CITY DEPARTMENT OF FINANCE<br>P.O. BOX 570<br>KINGSTON, NY 12402-5070 | NEW YORK STATE CORPORATION TAX<br>P.O. BOX 15181<br>ALBANY, NY 12212-5181 | NEW YORK STATE DEPARTMENT OF TAXATION & F<br>ATTN: BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205 |
| NEW YORK STATE FILING FEE<br>STATE PROCESSING CENTER<br>P.O. BOX 15150<br>ALBANY, NY 12212-5150 | NEW YORK STATE PARTNERSHIP RETURN<br>STATE PROCESSING CENTER<br>P.O. BOX 4149<br>BINGHAMTON, NY 13902-4149 | NEW YORK STATE TAX DEPARTMENT<br>P.O. BOX 1833<br>ALBANY, NY 12201-1833 |
| NGL ENERGY PARTNERS, LP<br>6120 S YALE AVE, STE 805<br>TULSA, OK 74136 | NGL ENERGY PARTNERS, LP<br>C/O GREENBERG TRAURIG LLP<br>ATTN: DENNIS MELORO<br>THE NEMOURS BUILDING<br>1007 N ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 | NGL ENERGY PARTNERS, LP<br>C/O GREENBERG TRAURIG LLP<br>ATTN: ISKENDER CATTO/RYAN WAGNER<br>METLIFE BUILDING<br>200 PARK AVE<br>NEW YORK, NY 10166 |
| NJ DEPT OF ENV PROTECTION<br>401 E STATE ST, 7TH FL, E WING<br>TRENTON, NJ 08625-0402 | NJ DEPT OF ENV PROTECTION<br>MAIL CODE 401-04L<br>401 E STATE ST<br>P.O. BOX 402<br>TRENTON, NJ 08608 | NORTH DAKOTA<br>OFFICE OF STATE TAX COMMISSIONER<br>P.O. BOX 5623<br>BISMARCK, ND 58506-5623 |

| | | |
|---|---|---|
| NY DEPT OF ENV CONSERVATION<br>625 BROADWAY, 10TH FL<br>ALBANY, NY 12233-5013 | NY DEPT OF ENV CONSERVATION<br>P.O. BOX 3782<br>NEW YORK, NY 10008-3782 | NYS DEPT OF ENV CONSERVATION<br>625 BROADWAY<br>ALBANY, NY 12233-0001 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>P.O. BOX 11549<br>COLUMBIA, SC 29211 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ASHLEY MOODY<br>THE CAPITOL PL-01<br>TALLAHASSEE, FL 32399-1050 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BRIAN E. FROSH<br>200 ST. PAUL PL<br>BALTIMORE, MD 21202 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: BRIDGET HILL<br>KENDRICK BUILDING<br>2320 CAPITOL AVE<br>CHEYENNE, WY 82002 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: CHRIS CARR<br>40 CAPITOL SQ, SW<br>ATLANTA, GA 30334 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: DAVE YOST<br>30 E BROAD ST, 14TH FL<br>COLUMBUS, OH 43215 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: GURBLR S. GREWAL<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST, BOX 080<br>TRENTON, NJ 08625-0080 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 NORTH THIRD ST<br>BATON ROUGE, LA 70802 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>DELAWARE DEPT OF JUSTICE<br>CARVEL STATE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: LETITIA A. JAMES<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MARK R. HERRING<br>202 NORTH NINTH ST<br>RICHMOND, VA 23219 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MAURA HEALEY<br>10 MECHANIC ST, STE 301<br>WORCESTER, MA 01608 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: MIKE HUNTER<br>313 NE 21ST ST<br>OKLAHOMA CITY, OK 73105 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: PHIL WEISER<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FL<br>DENVER, CO 80203 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130-0152 |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTN: WAYNE STENEHJEM<br>600 E BOULEVARD AVE, DEPT 125<br>BISMARCK, ND 58505 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: WILLIAM TONG<br>55 ELM ST<br>HARTFORD, CT 06106 | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>ATTN: JIM HOOD<br>P.O. BOX 220<br>JACKSON, MS 39205 |
| OH ENV PROTECTION AGENCY<br>122 S FRONT ST<br>COLUMBUS, OH 43216 | OH ENV PROTECTION AGENCY<br>LAZARUS GOVERNMENT CTR<br>50 W TOWN ST, STE 700<br>COLUMBUS, OH 43215 | OHIO DEPARTMENT OF TAXATION<br>P.O. BOX 530<br>COLUMBUS, OH 43216-0530 |
| OK DEPT OF ENV QUALITY<br>707 N ROBINSON AVE<br>OKLAHOMA CITY, OK 73102 | OKLAHOMA TAX COMMISSION<br>P.O. BOX 26850<br>OKLAHOMA CITY, OK 73126-0850 | PA DEPT OF ENV PROTECTION<br>ATTN: REGIONAL MGR, AIR QUALITY<br>2 E MAIN ST<br>NORRISTOWN, PA 19401 |
| PA DEPT OF ENV PROTECTION<br>P.O. BOX 8762<br>HARRISBURG, PA 17105-8762 | PA DEPT OF ENV PROTECTION<br>RACHEL CARSON STATE OFFICE BLDG<br>400 MARKET ST<br>HARRISBURG, PA 17101-2301 | PA ENV PROTECTION AGENCY<br>500 ROSS ST, 6TH FL, GOVT OP<br>PITTSBURGH, PA 15262 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BUREAU OF INDIVIDUAL TAXES<br>P.O. BOX 280502<br>HARRISBURG, PA 17128-0502 | PHILADELPHIA DEPARTMENT OF REVENUE<br>ATTN: CHRISTINE T. BAK<br>MUNICIPAL SERVICES BLDG, RM 580<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102 | PHILADELPHIA DEPARTMENT OF REVENUE<br>ATTN: NOREEN SKIRKIE<br>MUNICIPAL SERVICES BLDG, RM 400<br>1401 JFK BLVD<br>PHILADELPHIA, PA 19102 |
| PROCONEX<br>ATTN: DAWN SEIFRIED<br>103 ENTERPRISE DR<br>ROYERSFORD, PA 19468 | PROPANE EDUCATION AND RESEARCH COUNCIL<br>P.O. BOX 826112<br>PHILADELPHIA, PA 19182-6112 | SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 |
| SECRETARY OF THE TREASURY<br>820 SILVER LAKE BLVD, STE 100<br>DOVER, DE 19904 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: ANDREW CALAMARI, REG DIR<br>NEW YORK REGIONAL OFFICE<br>200 VESEY ST, STE 400<br>NEW YORK, NY 10281 | SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC 20549 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE<br>MOTOR FUEL<br>P.O. BOX 125<br>COLUMBIA, SC 29214-0139 | STATE OF CONNECTICUT<br>DEPARTMENT OF REVENUE SERVICES<br>P.O. BOX 5031<br>HARTFORD, CT 06102-5031 | STATE OF DELAWARE<br>DIVISION OF REVENUE<br>820 N FRENCH ST, 8TH FL<br>WILMINGTON, DE 19801-0820 |
| STATE OF FLORIDA<br>FLORIDA DEPT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399-0165 | STATE OF NEW JERSEY<br>CBT<br>P.O. BOX 666<br>TRENTON, NJ 08646-0666 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION - EXCISE TAX<br>REVENUE PROCESSING CENTER<br>P.O. BOX 265<br>TRENTON, NJ 08646-0265 |
| STATE OF NEW JERSEY<br>REVENUE PROCESSING CENTER<br>P.O. BOX 243<br>TRENTON, NJ 08646-0243 | STATE OF PENNSYLVANIA<br>BUREAU OF MOTOR & ALTERNATIVE FUEL TAXES<br>P.O. BOX 280646<br>HARRISBURG, PA 17128-0646 | STATE OF TEXAS<br>COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 149357<br>AUSTIN, TX 78714-9357 |
| STATE OF VIRGINIA DEPARTMENT OF TAXATION<br>VIRGINIA TAX<br>OFFICE OF CUSTOMER SERVICES<br>P.O. BOX 1115<br>RICHMOND, VA 23218-1115 | STATE OF WYOMING DEPARTMENT OF REVENUE<br>EXCISE TAX DIVISION<br>ADMINISTRATIVE OFFICE<br>122 W 25TH ST<br>CHEYENNE, WY 82002-0110 | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>C/O ENERGY TRANSFER PARTNERS, LP<br>ATTN: CHIEF FINANCIAL OFFICER<br>8111 WESTCHESTER DR<br>DALLAS, TX 75225 |
| SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>C/O ENERGY TRANSFER PARTNERS, LP<br>ATTN: GENERAL COUNSEL<br>1300 MAIN ST<br>HOUSTON, TX 77002 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>ATTN: JOSEPH COLELLA, SENIOR VP<br>3801 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>C/O AKERMAN LLP<br>ATTN: JOHN MITCHELL/ DAVID W. PARHAM<br>2001 ROSS AVE, STE 3600<br>DALLAS, TX 75201 |
| SUNOCO PARTNERS MARKETING & TERMINAL LP<br>C/O AKERMAN LLP<br>ATTN: MARY KATHERINE FACKLER<br>50 N LAURA ST, #3100<br>JACKSONVILLE, FL 32202 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>C/O VINSON & ELKINS LLP<br>ATTN: KAREN SMITH<br>666 5TH AVE, 6TH FL<br>NEW YORK, NY 10103 | TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON STATE OFFICE BUILDING<br>500 DEADERICK ST<br>NASHVILLE, TN 37242 |
| TENNESSEE DEPARTMENT OF REVENUE<br>ATTN: DEBORAH MCALISTER<br>500 DEADERICK ST<br>NASHVILLE, TN 37242 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL'S OFFICE<br>P.O. BOX 20207<br>NASHVILLE, TN 37202 | TEXAS COMPTROLLER<br>COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 149348<br>AUSTIN, TX 78714-9348 |
| TN DEPT OF ENV & CONSERVATION<br>312 ROSA L PARKS AVE<br>TENNESSEE TOWER, 2ND FL<br>NASHVILLE, TN 37243 | TX COMMISSION ON ENV QUALITY<br>12100 PARK 35 CIR<br>BLDG C, 3RD FL, MC 163<br>AUSTIN, TX 78753 | TX COMMISSION ON ENV QUALITY<br>P.O. BOX 13087<br>AUSTIN, TX 78711-3087 |

| | | |
|---|---|---|
| TX COMMISSION ON ENV QUALITY<br>P.O. BOX 13089<br>AUSTIN, TX 78711-3089 | U.S. ATTORNEY'S OFFICE<br>1007 ORANGE ST, STE 700<br>WILMINGTON, DE 19801 | U.S. CUSTOMS AND BORDER PROTECTION<br>217 E. REDWOOD ST, 12TH FL<br>BALTIMORE, MD 21202 |
| U.S. CUSTOMS AND BORDER PROTECTION<br>2ND & CHESTNUT STREETS, RM 102<br>PHILADELPHIA, PA 19106 | U.S. ENV PROTECTION AGENCY<br>500 ROSS ST, 6TH FL, GOVT OP<br>PITTSBURGH, PA 15262 | U.S. ENV PROTECTION AGENCY<br>ATTN: ACTING DIRECTOR<br>1200 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20460-0001 |
| U.S. ENV PROTECTION AGENCY<br>REGION 3<br>ATTN: REGIONAL ADMIN<br>1650 ARCH ST<br>PHILADELPHIA, PA 19103 | VA DEPT OF ENV QUALITY<br>1111 E MAIN ST, STE 1400<br>RICHMOND, VA 23219 | WEST VIRGINIA STATE TAX DEPARTMENT<br>P.O. BOX 11425<br>CHARLESTON, WV 25339 |
| WV DEPT OF ENV PROTECTION<br>601 57TH ST SE<br>CHARLESTON, WV 25304 | WY DEPT OF ENV QUALITY<br>200 W 17TH ST<br>CHEYENNE, WY 82001 | |

Parties Served: 143