IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE District of DELAWARE - Wilmington

FILED
2019 OCT 22  AM 8:45
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: PHILADELPHIA ENERGY SOLUTIONS REFINING AND
MARKETING LLC

: Bankruptcy Number: 19-11633

**Debtor**

: Chapter: 11

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Deb Secrest, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 10/16/2019

By: _____ /S/  Deb Secrest _____
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us

UC-666 09-10 (page 1)