# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, et al.,[1] | Case No. 19-11626 (KG) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on October 31, 2019, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Certificate of No Objection Regarding First Monthly Fee Statement of Kirkland & Ellis LLP and Kirkland & Ellis International LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From July 21, 2019 Through August 31, 2019 [Docket No. 529]**

Dated: November 1, 2019

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            }ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 2019 by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

BRITTNEY S. WHITAKER
Notary Public – California
Los Angeles County
Commission # 2225724
My Comm. Expires Dec 17, 2021

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID PARHAM<br>DAVID.PARHAM@AKERMAN.COM | BAKER BOTTS LLP<br>OMAR ALANIZ<br>OMAR.ALANIZ@BAKERBOTTS.COM | BMC GROUP, INC<br>T FEIL<br>FEIL.BMC@ECFALERTS.COM |
| BROWN RUDNICK LLP<br>MAX D. SCHLAN<br>MSCHLAN@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>ROBERT STARK<br>RSTARK@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>STEVEN POHL<br>SPOHL@BROWNRUDNICK.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM | CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT<br>BFJ@CHIMICLES.COM | CHIPMAN BROWN CICERO & COLE LLP<br>MARK D. OLIVERE<br>OLIVERE@CHIPMANBROWN.COM |
| CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM CHIPMAN<br>CHIPMAN@CHIPMANBROWN.COM | CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV | COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P<br>SALLY J. DAUGHERTY<br>SDAUGHERTY@COHENSEGLIAS.COM |
| COHEN, WEISS AND SIMON LLP<br>MELISSA WOODS<br>MWOODS@CWSNY.COM | COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH ETHAN FALK<br>ARYEH.FALK@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAVID B. TOSCANO<br>DAVID.TOSCANO@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JAMES I. MCCLAMMY<br>JAMES.MCCLAMMY@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM | DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERA KANOVA<br>VERKANOVA@PA.GOV | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| ELLIOTT GREENLEAF, P.C.<br>JONATHAN STEMERMAN<br>JMS@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>RXZA@ELLIOTTGREENLEAF.COM | EMMET, MARVIN & MARTIN, LLP<br>THOMAS A. PITTA<br>TPITTA@EMMETMARVIN.COM |
| GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT<br>RGELLERT@GSBBLAW.COM | GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS, P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM |
| HAYNES AND BOONE, LLP<br>CHARLES M. JONES<br>CHARLIE.JONES@HAYNESBOONE.COM | HAYNES AND BOONE, LLP<br>J. FRASHER MURPHY<br>FRASHER.MURPHY@HAYNESBOONE.COM | HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HUSCH BLACKWELL, LLP<br>LYNN BUTLER<br>LYNN.BUTLER@HUSCHBLACKWELL.COM | ICBC STANDARD BANK PLC<br>DAVID.STAAB@HAYNESBOONE.COM | ICBC STANDARD BANK PLC<br>KENRIC.KATTNER@HAYNESBOONE.COM |
| JACK SHRUM, PA<br>J JACKSON SHRUM<br>JSHRUM@JSHRUMLAW.COM | KIRKLAND & ELLIS LLP<br>EDWARD SASSOWER<br>EDWARD.SASSOWER@KIRKLAND.COM; | KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM | MANIER & HEROD<br>ROBERT W. MILLER<br>RMILLER@MANIERHEROD.COM |
| MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCCARTER & ENGLISH, LLP<br>MATTHEW J. RIFINO<br>MRIFINO@MCCARTER.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLF<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM |

| | | |
|---|---|---|
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM |
| MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM |
| NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO | NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHEAL J. JOYCE<br>MJOYCE@OELEGAL.COM |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | PEPPER HAMILON LLP<br>EDWARD C. TOOLE<br>TOOLEE@PEPPERLAW.COM | PEPPER HAMILTON LLP<br>DAVID M. FOURNIER<br>FOURNIERD@PEPPERLAW.COM |
| POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSCHELL.COM | REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM | REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM |
| REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM | RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM | SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM |
| STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM | STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM |
| UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG | UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG | WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM |
| WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM |

Parties Served: 81

# **EXHIBIT B**

**PES Holdings, LLC, et al. - U.S. Mail**  **Served 10/31/2019**

| | | |
|---|---|---|
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>ATTN: BENJAMIN JOHNS/A FERICH/ ALEX KASHURBA<br>ONE HAVERFORD CENTRE<br>361 W LANCASTER AVE<br>HARTFORD, PA 19041 | COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT<br>ATTN: GINA M. THOMAS<br>OFFICE OF CHIEF COUNSEL<br>2 EAST MAIN ST.<br>NORRISTOWN, PA 19401 | ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: DAVID STAAB/F MURPHY/C JONES<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 |
| ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: KENRIC KATTNER<br>1221 MCKINNEY ST, STE 2100<br>HOUSTON, TX 77010 | KIRKLAND & ELLIS LLP<br>ATTN: EDWARD SASSOWER/MATTHEW FAGEN<br>ATTN: STEVEN SERAJEDDINI<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| PES HOLDINGS, LLC<br>ATTN: JOHN B. MCSHANE<br>1735 MARKET STREET<br>PHILADELPHIA, PA 19103 | | |

Parties Served: 7