## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 134, 141, 194, 209** |

### SECOND SUPPLEMENTAL DECLARATION OF STEVEN N. SERAJEDDINI IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, Steven N. Serajeddini, being duly sworn, state the following under penalty of perjury:

1.       I am a partner of the law firm of Kirkland & Ellis LLP ("Kirkland"), located at 601 Lexington Avenue, New York, New York 10022. I am a member in good standing of the Bar of the State of New York and the Bar of the State of Illinois, and I have been admitted *pro hac vice* to practice in the United States Bankruptcy Court for the District of Delaware (this "Court"). There are no disciplinary proceedings pending against me.

2.       On July 21, 2019 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On July 31, 2019, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 134]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

(the "Application") pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Bankruptcy Local Rules for the District of Delaware (the "Bankruptcy Local Rules").

3.    My declaration in support of the Application (the "Original Declaration") was filed on August 1, 2019 [Docket No. 141], and on August 19, 2019, I filed the *First Supplemental Declaration of Steven N. Serajeddini in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 209] (the "First Supplemental Declaration" and, together with the Original Declaration, the "Prior Declarations"). On August 21, 2019, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 230] (the "Retention Order").

4.    I submit this supplemental declaration (the "Second Supplemental Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 134] (the "Application")[2] and to supplement the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order. Except as otherwise indicated herein, all facts stated in this Second Supplemental Declaration are based on my personal knowledge of Kirkland's operations and finances,

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

2

information learned from my review of relevant documents, and information supplied to me by Kirkland's partners or employees. If called upon to testify, I could and would testify on that basis.

### Additional Disclosures

5.      As set forth in the Prior Declarations and herein, Kirkland may in the past have represented, currently may represent, and may in the future represent certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases. None of the representations described herein or set forth on **Schedule 2** and **Schedule 3** are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

6.      Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Prior Declarations. Since the Petition Date, Kirkland has updated those conflicts searches and has searched additional parties as Kirkland has become aware of additional parties in interest in these chapter 11 cases. In addition to the entities searched and disclosed in the Prior Declarations, Kirkland has searched its electronic database for the entities listed on **Schedule 1**, attached hereto. Kirkland will update its disclosures as necessary and when Kirkland becomes aware of material information. The following is a list of the additional categories that Kirkland has searched:[3]

| Schedule | Category |
|----------|----------|
| 1(a) | 2019 Statement Parties |
| 1(b) | Committee Members & Advisors |
| 1(c) | Confidential Sale Process Parties |

---

[3]    Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

1(d)    Notice of Appearance/Pro Hac Vice Parties
1(e)    Ordinary Course Professionals
1(f)    Schedule Parties

7.    I have included the results of Kirkland's conflicts searches of the above-listed

entities on **Schedule 2** to this supplemental declaration.[4]  In addition, Kirkland re-ran searches in

its electronic database for the entities that were previously reviewed in the Application and the

Prior Declarations.  Those entities that were re-run are listed on **Schedule 3**.  All current and prior

representations of the parties identified on **Schedules 2** and **3** are in matters unrelated to the

Debtors and these chapter 11 cases.  Kirkland will update its disclosures as necessary and when

Kirkland becomes aware of material information.

**A.    Confidential Sale Process Parties.**

8.    The Debtors are in discussions with certain parties regarding potential sale

transactions regarding the Debtors and their businesses.  Due to the inherently competitive nature

of this process, it is imperative that the identities of these potential counterparties remain

confidential.  The Debtors will disclose to the U.S. Trustee the identities of the potential

counterparties and Kirkland's connections to such potential counterparties upon request, and

Kirkland believes such disclosure is sufficient and reasonable under the circumstances and at this

time.  Should the Court, however, request disclosure of the identities of the potential

counterparties, the Debtors are prepared to file with the Court under seal a version of this Second

---

[4]    As referenced in Schedules 2 and 3, the term "current" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding September 30, 2019.  As referenced in Schedules 2 and 3, the term "former" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding September 30, 2019.  As referenced in Schedules 2 and 3, the term "closed" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding September 30, 2019, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before September 30, 2019.

4

Supplemental Declaration that contains a schedule of the potential counterparties and Kirkland's connections to such potential counterparties. For the avoidance of doubt, Kirkland will not represent any of the potential counterparties in connection with any matter in these chapter 11 cases.

**B.    Connections to Certain Known Affiliates.**

9.    As set forth in **Schedule 3**, certain of the Debtors' known non-Debtor affiliates and their affiliates are current or closed clients of Kirkland. I do not believe that Kirkland's prior representations of the affiliates, subsidiaries, and entities associated with these entities preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

10.    Energy Transfer Operating, L.P. ("ETO L.P.") is a non-Debtor affiliate of the Debtors. Kirkland currently represents ETO L.P. in matters unrelated to the Debtors or these chapter 11 cases. Kirkland will not represent ETO L.P. in connection with any matter related to the Debtors or these chapter 11 cases. I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.    Connections to Certain Schedule Parties.**

11.    As set forth in **Schedule 2**, certain of the parties or their affiliates listed on the Debtors' schedules of assets and liabilities are current or closed clients of Kirkland. I do not believe that Kirkland's prior representations of the affiliates, subsidiaries, and entities associated with these entities preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

12.    As set forth in **Schedule 2**, the Blackstone Group LP and certain of its affiliates are affiliates of certain Schedule Parties. Specifically, the Blackstone Group LP is a parent of Refinitiv US LLC, which is a contact counterparty with certain of the Debtors. In the twelve-month period ending on September 30, 2019, the Blackstone Group LP and certain of its affiliates represented

more than one percent of Kirkland's fee receipts.   All prior and current representations of the Blackstone Group LP have been in matters unrelated to the Debtors and these chapter 11 cases. I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code but have disclosed the connections out of an abundance of caution.

13.    Based on the conflicts searches conducted to date and described in this Second Supplemental Declaration and the Prior Declarations, to the best of my knowledge and insofar as I have been able to ascertain, neither Kirkland nor any of its partners or associates has any connection with the Debtors or any party in interest in the chapter 11 cases except as disclosed or otherwise described in this Second Supplemental Declaration and in the Prior Declarations.

14.    Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in the Original Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

## Affirmative Statement of Disinterestedness

15.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 6, 2019                          Respectfully submitted,

                                                 */s/ Steven N. Serajeddini*
                                                 Steven N. Serajeddini
                                                 Partner, Kirkland & Ellis LLP

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | 2019 Statement Parties |
| 1(b) | Committee Members & Advisors |
| 1(c) | Confidential Sale Process Parties |
| 1(d) | Notice of Appearance/Pro Hac Vice Parties |
| 1(e) | Ordinary Course Professionals |
| 1(f) | Schedule Parties |

## SCHEDULE 1(a)

### 2019 Statement Parties

Constellation NewEnergy Inc.
PECO Energy Co.

## SCHEDULE 1(b)

### Committee Members & Advisors

Baker Hughes Oilfield Operation LLC
Brown Rudnick LLP
Conway MacKenzie Inc.
CSX Transportation Inc.
Elliott Greenleaf PC
Fisher Tank Co.
J.J. White Inc.
OSG Bulk Ships Inc.
OSG Delaware Bay Lightering LLC
OSG Ship Management Inc.
Stemerman, Jonathan M.
Trinity Industries Leasing Co.
United Steel Paper Forestry Rubber Manufacturing Energy Allied Industrial & Service Workers
    International Union
Zahralddin-Aravena, Rafael X.

## SCHEDULE 1(c)

### Confidential Sale Process Parties

Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party
Confidential Party

## SCHEDULE 1(d)

### Notice of Appearance/Pro Hac Vice Parties

Akerman LLP
Baker Botts LLP
BMC Group Inc.
Brown Rudnick LLP
Chimicles Schwartz Kriner &
    Donaldson-Smith LLP
Chipman Brown Cicero & Cole LLP
Cohen Weiss and Simon LLP
Davis Polk & Wardwell LLP
Duane Morris LLP
Elliot Greenleaf PC
Emmet Marvin & Martin LLP
Gellert Scali Busenkell & Brown LLC
Gibbons PC
Haynes & Boone LLP
Hogan McDaniel
Husch Blackwell LLP
Jack Shrum PA
Law Firm of Russell R. Johnson II plc
Law Office of Patricia Williams Prewitt
Law Office of Susan E. Kaufman LLC
Manier & Herod
McCarter & English LLP
McElroy Deutsch Mulvaney & Carpenter
    LLP
McGuirewoods LLP
Morris Nichols Arsht & Tunnell LLP
Norton Rose Fulbright US LLP
O'Kelly Ernst & Joyce LLC
Pachulski Stang Ziehl & Jones LLP
Pepper Hamilton LLP
Philadelphia Gas Works
Philadelphia, City of (PA), Law Department
Post & Schell PC
Quinn Emanuel Urquhart & Sullivan LLP
Reed Smith LLP
Richards Layton & Finger PA
Smith Katzenstein & Jenkins LLP
Stevens & Lee PC
Thompson Coburn LLP
United States, Government of the,
    Department of Environmental Protection

United Steelworkers
Weil Gotshal & Manges LLP
Whiteford Taylor & Preston LLP
Womble Bond Dickinson (US) LLP

## SCHEDULE 1(e)

### Ordinary Course Professionals

Akin Gump Strauss Hauer & Feld LLP
Baker Engineering & Risk Consultants Inc.
BDO USA LLP
Buchanan Ingersoll & Rooney PC
Cozen O'Connor PC
Drinker Biddle & Reath LLP
Exponent Inc.
Fluor Enterprises Inc.
Hazzouri & Associates
Intertek Asset Integrity Management
Latham & Watkins LLP
Mark L. Farley PC
McKool Smith
McNees Wallace & Nurick LLC
Perkins Coie LLP
Skadden Arps Slate Meagher & Flom LLP
Stradley Ronon Stevens & Young LLP
Tax Advisory Services Group LLC
Weaver & Tidwell LLP

## SCHEDULE 1(f)

### Schedule Parties

ABB Inc.
Accredited Environmental
Ace American Insurance Co.
Aet Inc. Ltd.
Aetna
Aim Mechanical Services LLC
Airgas
Airgas Specialty Products
Allied Universal
Allstate Power Vac Inc.
Altitude Fuel Inc.
Amquip Crane Rental LLC
Amspec LLC
Anderson Construction Services
Aot Energy Americas Inc.
Applied Control Engineering Inc.
Applied Industrial Technologies Inc.
Aqua Drill International LLC
Archer Daniels Midland Co.
Argus Media Inc.
Atlas Copco Rental LLC
Axens North America Inc.
B Boulden Co. Inc.
Babcock & Wilcox Co.
Bafco Inc.
Baker Engineering & Risk Consultants
Baker Hughes
Bakercorp
Bank of America NA
Belcher Roofing Corp.
Bell-Fast Fire Protection Inc.
Bently Nevada Corp.
Beyersdorfer, Jeffrey
Blac Inc.
BNSF Railway Co.
Bolt-Spec LLC
BP Oil Supply
Brand Insulation Services
Brandsafway Services LLC
Brenntag Northeast Inc.
Briggs Co.
Buchanan Ingersoll & Rooney PC

Buckeye Pipe Line Co. LP
Buckeye Terminals LLC
Burlington Electrical Testing Co.
BWC Technologies Inc.
Canaan, Lee M.
Cape May Seashore Lines Inc.
Capgemini America Inc.
Carnegie Strategic Design
Catalyst Handling Services
CDW Direct LLC
Centennial Energy LLC
Center Oil Co.
Ceridian
Ceridian Payroll Trust
Chalmers & Kubeck Inc.
Charter Brokerage LLC
Chemtreat Inc.
Cintas Corp.
Clean Harbors Industrial Services
Clyde Union Inc.
CM Towers Inc.
Collins Pipe & Supply Co. Inc.
Colonial Energy Inc.
Colonial Pipeline Co.
Connecticut, State of, Commissioner of
    Revenue Services
Connection Chemical LP
Constellation New Energy Inc.
Control Analytics Inc.
Cortland Capital Market Services
Cox, Mark
Cozen O'Connor PC
CPC Pumps International
CSX Transportation Inc.
Cust-O-Fab Inc.
Dakota Tankers LLC
Databank IMX LLC
Deacon Industrial Supply Co.
Devon Property Services LLC
Dresser-Rand Co.
Duff & Phelps LLC
Dynamic Risk Assessment Systems Inc.

Eastern Controls Inc.
Eco-Energy Fueling Solutions
Elliott Co.
Ensono Inc.
Envent Corp.
Enviro Tec Specialties Inc.
Environmental Resources Management
EP Engineered Clays Corp.
Equity Engineering Group Inc., The
Eriks NA Inc.
Eurecat U.S. Inc.
Eurofins Air Toxics Inc.
Extrel CMS LLC
Exxonmobil Catalyst Technologies
Filter Equipment Co. Inc.
First Insurance Funding Corp.
Fisher Tank Co.
Fleetwood Industrial Products
Flowserve Fsd Corp.
Flowserve US Inc.
GATX Rail Corp.
GC Zarnas & Co. Inc.
GC Zarnas & Co. Inc. - PA
GE Oil & Gas Compression Systems
General & Mechanical Contractors
General Refrigeration Co. Inc.
Gexpro
Global Cos. LLC
Goodhart Consultants
Grainger
Gulf Oil LP
Guttman Oil Co.
Handex Consulting & Remediation
Harrington-Robb Associates Inc.
Hayden & Co.
Heat Transfer Equipment Co.
Honeywell
Honeywell Process Solutions
Houston Series of Lockton
Hudson Technologies Co.
HydroChem Industrial Services
ICBC Standard Bank plc
Industrial Controls Distributors
Industrial Scientific Corp.
Integra Services Technology
Intertek USA Inc.

INTL FCStone Financial Inc.
ITT Industries
J.J. White Inc.
Jacobs Consultancy Inc.
Jacobs Engineering
JJ White Inc.
John Bridge Sons Inc.
Johnson Controls Security Solutions
Johnson Matthey Process
Joy Services Inc.
Kempstar LLC
Kenneth G. Lilly Fasteners Inc.
Kinder Morgan Liquid Terminals LLC
Koch Supply & Trading LP
KPMG Consulting Inc.
Lamons Gasket Co.
Latham & Watkins LLP
Lee Transport Systems LLC
LM Service Co. Inc.
L-M Service Co. Inc.
Lucknow-Highspire Terminals Inc.
Man Diesel & Turbo North America
Mark Trans Inc.
Matrix Service Industrial Contractors Inc.
McJunkin Red Man Corp.
McMaster-Carr Supply Co.
MCP Project Management LLC
Mercer Gasket & Shim
Merichem Co.
Messer LLC
Microsoft Licensing Group
M-III Partners LP
Mistras Services
Monroe Energy LLC
Moran Towing Corp.
Motor Technology Inc.
MPW Industrial Services Inc.
Murex LLC
Myrian Shipping Co.
Nalco Chemical Co.
Nalco Co.
Nereus Shipping SA
Nestlé Waters Deer Park
NGL Crude Logistics LLC
NGL Energy Operating LLC
Nooter Construction Co.

North Yard Logistics LP
Norton Lilly International
Nustar Logistics LP
Ohio, State of, Environmental Quality
    Management
Oil Price Information Service
Oracle America Inc.
OSG Bulk Ships Inc.
PECO Energy
Penn Fluid System Technologies
Pentair Filtration Solutions LLC
Perkins Coie LLP
Phase Analyzer Co. Ltd.
Philadelphia Energy Solutions Refining &
    Marketing LLC
Philadelphia Gas Works
Philadelphia, City of (PA), Department of
    Revenue, Water Revenue Bureau
Philadelphia, City of (PA), Water Revenue
    Bureau
Phillips 66 Co.
Phillips 66 Partners Holdings LLC
Platinum Scaffolding Services Inc.
Power Advocate Inc.
Praxair Services Inc.
Presidio Networked Solutions
Proactive Performance
Proconex
Project Control Services Inc.
Quality Testing Services Inc.
Quality Transportation & Logistics
Quanta Technologies LLC
Quest Integrity USA LLC
Railroad Construction Co. of South Jersey
Rain for Rent Inc.
Redguard LLC
Refinitiv US LLC
Reliance Standard Life Insurance Co.
Repair Technology LLC
Republic Services Inc.
Riggs Distler & Co.
Riggs Distler & Co. Inc.
Rosemount Analytical Inc.
Ross Environmental Services Inc.
Rotating Machinery Services Inc.
Rumsey Electric Co.

Runyon, Lisa A.
S&P Global Platts
S.T. Hudson Engineers Inc.
Savage Services Corp.
Scheck Mechanical Corp.
Scientific Equipment Co.
Sealtec
Sentinel Integrity Solutions
SGS North America Inc.
Sheetz Inc.
Shell Trading (US) Co.
Shell Western Supply & Trading Ltd.
Shipley Choice LLC
Sidney L. Gold & Associates PC
SJ Transportation Co. Inc.
Skadden Arps Slate Meagher & Flom LLP
Sopus Products
Spectrum Inspection Group Inc.
ST Hudson Engineers Inc.
Stantec Consulting Corp.
Stevens, Scott L.
Stroock & Stroock & Lavan LLP
Sulzer Pump Services (US) Inc.
Sulzer Pumps
Sun Life Assurance Co. of Canada
Sunair Co.
Sunoco Inc. R&M
Sunoco LLC
Sunoco Logistics Partners LP
Sunoco Logistics Partners Operations GP
    LLC
Sunoco Partners Marketing & Terminal LP
Sunoco Partners Marketing & Terminals LP
Tax Advisory Services Group LLC
Team Industrial Services Inc.
Teekay Chartering LTS-Suezmax
Teksolv Inc.
Telvent DTN LLC
TesTex Inc.
Texas Aromatics LP
Texas Eastern Transmission LP
Thomas Willcox Co. Inc.
Tradepoint Rail LLC
TransMontaigne Product Services Inc.
Transport4 LLC
TRC

TRC Environmental Corp.
Trinity Consultants Inc.
Trinity Industries Leasing Co.
Tri-State Technical Sales Corp.
Tsakos Energy Navigation Ltd.
Tucker Co. Worldwide Inc.
Union Tank Car Co.
United Electric Supply Co. Inc.
United Rentals (North America)
United Rentals (North America) Inc.
United Site Services Inc.
United States Roofing Corp.
United States, Government of the, Customs
    & Border Protection
United States, Government of the, Delaware
    River Basin Commission
United Steelworkers
Univar USA Inc.
US Environmental Inc.
US Peroxide LLC
US Trustee Payment Center
Valero Marketing & Supply Co.
Vallen Distribution Inc.
Vane Line Bunkering Inc.
Venezia Hauling Inc.
Veolia North America Regeneration
Veolia North America Regeneration
    Services LLC
Veolia Water North America Operating
    Services LLC
Victory Renewables LLC
VIM Technologies Inc.
Vitol Inc.
WageWorks Inc.
Watco Transloading
Watco Transloading LLC
WellDyneRx, Inc.
WM P. McGovern Inc.
WR Grace & Co.
WR Grace & Co.-Conn.
Wyatt Elevator Co.
Xylem Dewatering Solutions Inc.
Zerochaos

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Argus Media Inc. | David J. Caluori | Current |
| | General Atlantic Singapore Fund FPI 2 Pte. Ltd. | Closed |
| | Michelle Dipp | Closed |
| | Ocean Link Partners Limited | Current |
| Duff & Phelps LLC | Brian Ruder | Current |
| | Duff & Phelps LLC | Current |
| | Noah Gottdiener | Closed |
| | Permira Advisers Ltd. | Closed |
| | Permira Credit Solutions III G.P. Limited | Current |
| | Prime Clerk LLC | Current |
| Fluor Enterprises Inc. | Fluor Corporation | Current |
| Confidential Party | Confidential Client | Current |
| GATX Rail Corp. | Gatx Corporation | Closed |
| | GATX Rail Austria GmbH | Closed |
| | GATX Rail Germany GmbH | Closed |
| | GATX Rail Poland | Closed |
| | Jungenthal-Waggon GmbH | Closed |
| Confidential Party | Confidential Client | Current |
| | Confidential Client | Current |
| | Confidential Client | Current |
| | Confidential Client | Closed |
| | Confidential Client | Closed |
| | Confidential Client | Closed |
| | Confidential Client | Current |
| Industrial Scientific Corp. | Fortive Corporation | Current |
| M-III Partners LP | M III Acquisition 2 Corp. | Closed |
| | M III Acquisition Partners 2 Corp. | Closed |
| Nestlé Waters Deer Park | Blue Bottle Coffee, Inc. | Current |
| Oil Price Information Service | Carfax, Inc. | Current |
| | IHS Markit | Current |
| | Ipreo Parent Holdco LLC | Closed |
| Oracle America Inc. | Oracle America, Inc. | Current |
| | Oracle Corporation | Current |
| | Oracle International Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Oracle USA, Inc. | Current |
| Refinitiv US LLC | BCP (Singapore) VI Cayman Acquisition Co. Ltd. | Current |
| | Bilal Khan | Current |
| | Blackstone Alternative Asset Management L.P. | Current |
| | Blackstone Alternative Solutions LLC | Current |
| | Blackstone Asia | Current |
| | Blackstone Family Real Estate Partnership (Offshore) VIISMD L.P. | Current |
| | Blackstone Family Real Estate Partnership Europe IV-SMD L.P. | Current |
| | Blackstone Infrastructure Partners | Current |
| | Blackstone Management Partners LLC | Closed |
| | Blackstone Real Estate | Current |
| | Blackstone Real Estate Advisors L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) VII-NQ L.P. | Current |
| | Blackstone Real Estate Holdings (Offshore) Vll-NQ - ESC L.P. | Current |
| | Blackstone Real Estate Holdings Europe IV-NQ ESC L.P. | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners (Asia) Limited | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.F-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll.TE.1-8-NQ L.P. | Current |
| | Blackstone Real Estate Partners (Offshore) Vll-NQ L.P. | Current |
| | Blackstone Real Estate Partners Europe IV-NQ L.P. | Current |
| | Blackstone Real Estate Partners Limited | Current |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Singapore Pte Ltd. | Current |
| | Blackstone Strategic Capital Holdings | Current |
| | Blackstone Strategic Opportunity Fund | Current |
| | Blackstone Tactical Opportunities | Current |
| | Blackstone Tactical Opportunities Advisors LLC | Current |
| | Blackstone Tactical Opportunities Fund L.P. | Current |
| | David I. Foley | Current |
| | GPT Operating Partnership | Current |
| | GSO Capital Opportunities Fund III L.P. | Current |
| | GSO Capital Partners | Current |
| | John-Paul Munfa | Current |
| | Jonathan Korngold | Closed |
| | Strategic Partners Fund Solutions | Current |
| | The Blackstone Group | Current |
| | The Blackstone Group International Partners LLP | Current |
| Confidential Party | Confidential Client | Closed |
| | Confidential Client | Closed |
| TRC Environmental Corp. | New Mountain Capital | Current |
| | TRC Companies, Inc. | |
| | | Current |

## SCHEDULE 3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ascot Group Ltd. | CPP Investment Board | Current |
| | CPPIB Asia Inc. | Current |
| | CPPIB Canada Inc. | Current |
| AXA<br>Indian Harbor Insurance Co.<br>XL Catlin Underwriting | AXA Equitable Holdings, Inc. | Current |
| Bank of America Merrill Lynch<br>Bank of America NA<br>Merrill Lynch Commodities Inc. | Bank of America Securities Limited | Current |
| Capgemini America Inc. | Lyons Consulting Group, LLC | Current |
| Carlyle PES LLC<br>WellDyneRx Inc.<br>ZeroChaos<br>ZeroChaos AB | Julie Kim | Current |
| Ceridian Payroll Trust | THL Credit Advisors, LLC | Current |
| | THL/Compliance Committee of PPT UPH LLC | Closed |
| | Thomas H. Lee Partners | Current |
| Constellation New Energy Inc. | William A. Von Hoene, Jr. | Current |
| Energy Transfer Partners LP<br>Sunoco Inc.<br>Sunoco Inc. (R&M)<br>Sunoco LLC<br>Sunoco Logistics Partners LP<br>Sunoco Logistics Partners Operations LP<br>Sunoco Partners Marketing & Terminals LP | Energy Transfer Operating, L.P. | Current |
| Goldman Sachs Bank USA | The Goldman Sachs Group, Inc. | Current |
| | West Street Infrastructure Partners | Closed |
| Gulf Oil LP | Arclight Energy Partners Fund VI, L.P. | Current |
| Hartree Partners LP<br>Riggs Distler & Co.<br>Riggs Distler & Co. Inc. | Oaktree Acquisition Corp. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Samsung | Samsung Research America, Inc. | Current |
| United Site Services | Centerline Capital Management, LLC | Current |

KE 64735931