IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, et al.,[1] | ) Case No. 19-11626 (KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 472 |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MARK L.
FARLEY, PC, AS WORKPLACE SAFETY AND INCIDENT RESPONSE COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM JULY 21, 2019 THROUGH AUGUST 31, 2019**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *First Monthly Application for Compensation and Reimbursement of Expenses of Mark L. Farley, PC, as Workplace Safety and Incident Response Counsel for the Debtors and Debtors in Possession, for the Period From July 21, 2019 through August 31, 2019* [Docket No. 472] (the "Application"), filed on October 14, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than November 5, 2019, at 4:00 p.m., prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

DOCS_DE:226159.1 70753/001

No. 215], the Debtors are authorized to pay Mark L. Farley, P.C. $650,023.60, which represents 80% of the fees ($812,529.50) and $42,022.65, which represents 100% of the expenses requested in the Application for the period July 21, 2019 through August 31, 2019 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated: November 6, 2019<br>Wilmington, Delaware | */s/ Peter J. Keane* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:          ljones@pszjlaw.com
                    joneill@pszjlaw.com
                    pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    steven.serajeddini@kirkland.com
                    matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*