# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PES HOLDINGS, LLC, *et al.*,[1] ) | Case No. 19-11626 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

## NOTICE OF AGENDA FOR HEARING SCHEDULED ON NOVEMBER 14, 2019 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]

## CONTINUED MATTERS:

1. Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/10/19] (Docket No. 464)

    Response Deadline: November 7, 2019 at 4:00 p.m. ET. Extended until November 27, 2019 at 4:00 p.m. ET.

    Responses Received:

    a. Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/21/19] (Docket No. 506)

    b. Joinder of L-M Service Co., Inc. to Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/22/19] (Docket No. 508)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

DOCS_DE:226134.4 70753/001

c. Belcher Roofing Corporation's Joinder to Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 11/8/19] (Docket No. 556)

Related Documents:

a. Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 462)

b. Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 463)

c. [Proposed] Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/10/19] (Docket No. 464, Exhibit A)

d. Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 465)

e. Notice of Rescheduled Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/28/19] (Docket No. 520)

Status: This matter is continued to the hearing on December 9, 2019 at 2:00 p.m. ET.

**CONTESTED MATTERS GOING FORWARD:**

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/22/19] (Docket No. 37)

Response Deadline: August 14, 2019 at 4:00 p.m. Extended to September 17, 2019, at 4:00 p.m. (extended for certain parties by agreement with the Debtors)

Responses Received:

a. Kinder Morgan Liquids Terminals LLC's Objection to Debtors' Motion for Post-Petition Debtor in Possession Financing [Filed: 8/9/19] (Docket No. 164)

b.     Belcher Roofing Corporation's Objection to Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. Sections 105, 361, 362, 363(B), 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) and 364(E) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. Sections 361, 362, 363, 364 and 507(B) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(B) and (C) [Filed: 8/14/19] (Docket No. 179)

c.     Objection of Nooter Construction Company to the Debtors' Motion for Entry of a Final Order Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b) [Filed: 8/14/19] (Docket No. 181)

d.     Joinder of L-M Service Co., Inc. to Objection of Nooter Construction Company to the Debtors' Motion for Entry of a Final Order Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b) [Filed: 8/27/19] (Docket No. 265)

e.     Westchester Fire Insurance Company's Limited Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to thePrepetition Lenders, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed: 9/17/19] (Docket No. 390)

f.     United States' Limited Objection to Debtors' Motion for Final Order Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. §363 [Filed: 9/19/19] (Docket No. 415)

g.     Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b) and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 11/11/19] (Docket No. 559)

Related Documents:

a. [Signed] Interim Order (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/23/19] (Docket No. 85 )

b. Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 7/24/19] (Docket No. 105)

c. Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 8/16/19] (Docket No. 189)

d. Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 9/10/19] (Docket No. 336)

e. Notice of Filing of Proposed Final Order (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b) [Filed: 9/13/19] (Docket No. 358)

f. Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2),

        364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 9/18/19] (Docket No. 397)

g.    Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 9/24/19] (Docket No. 429)

h.    Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 10/11/19] (Docket No. 468)

i.    Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 10/16/19] (Docket No. 482)

j.    Notice of Rescheduled Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364, and 507(b), and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Filed: 10/25/19] (Docket No. 515)

<u>Status:</u> This matter will go forward.

3.    [Sealed] Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 9/27/19] (Docket No. 438)

   Response Deadline: October 11, 2019 at 4:00 p.m. ET

   Responses Received:

   a.    Letter Response of Keith and Phyllis Padgett [Filed: 10/8/19] (Docket No. 456)

   b.    Objection and Response of the United Steelworkers to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 10/11/19] (Docket No. 466)

   Replies Received:

   a.    Debtors' Reply to Objection and Response of United Steel Workers to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 11/11/19] (Docket No. 561)

   Related Documents:

   a.    [Sealed] [Proposed] Order (I) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 9/27/19] (Docket No. 438, Exhibit A)

   b.    [Redacted] Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 9/27/19] (Docket No. 439)

   c.    [Signed] Order Authorizing the Debtors to File Under Seal an Exhibit to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 10/16/19] (Docket No. 481)

   d.    Notice of Filing of Revised Order (I) Approving the Debtors' Non-Insider Key Employee Retention Program and (II) Granting Related Relief [Filed: 11/11/19] (Docket No. 562)

   Status: This matter will go forward.

4.  Debtors' Motion for Entry of an Order (A) Establishing Bidding Procedures, (B) Approving Bid Protections, and (C) Granting Related Relief [Filed: 10/25/19] Docket No. 514]

    Response Deadline: November 7, 2019 at 4:00 p.m. ET

    Responses Received:

    a.  Letter Response filed by A SMART Collaboration, LLC Regarding the Bid Procedures Motion [Filed: 11/7/19] (Docket No. 552)

    b.  The City of Philadelphia's Limited Objection to Debtors' Motion for Entry of an Order (A) Establishing Bidding Procedures, (B) Approving Bid Protections, and (C) Granting Related Relief [Filed: 11/7/19] (Docket No. 553)

    c.  United States Trustee's Objection to Debtors' Motion for Entry of an Order (A) Establishing Bidding Procedures, (B) Approving Bid Protections, and (C) Granting Related Relief [Filed: 11/7/19] (Docket No. 554)

    Related Documents:

    a.  [Proposed] Order (A) Establishing Bidding Procedures, (B) Approving Bid Protections, and (C) Granting Related Relief [Filed: 10/25/19] Docket No. 514, Exhibit A)

    Status: This matter will go forward.

5.  Sunoco (R&M), LLC's Motion for Relief From Stay to Terminate Foreign-Trade Zone Operator Bond [Filed: 10/31/19] (Docket No. 530)

    Response Deadline: November 7, 2019 at 4:00 p.m. ET. Extended for the Debtors through end of day on November 12, 2019.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Granting Sunoco (R&M), LLC's Motion for Relief From Stay to Terminate Foreign-Trade Zone Operator Bond [Filed: 10/31/19] (Docket No. 530)

    Status: This matter will go forward.

| | |
|---|---|
| Dated: November 12, 2019<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>           joneill@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  edward.sassower@kirkland.com<br>           steven.serajeddini@kirkland.com<br>           matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |