# SIGN-IN-SHEET

**CASE NAME:** PES HOLDINGS, LLC  
**COURTROOM LOCATION:** 3  
**CASE NO.:** 19-11626 (KG)  
**DATE:** 11/14/19  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Megan Harper | City of Phila | City of Phila. |
| Michael Collins | Manier & Herod | Westchester Fire Insurance Co. |
| Alan Tenenbaum | Dept of Justice | United States on behalf of EPA |
| Robert Stark | Brown Rudnick | Committee |
| Max Schlan | " | " |
| Deborah Newman | Quinn Emanuel | UCBCS |
| Jonathan Stemerman | Elliott Greenleaf, P.C. | Committee |
| Steven Serajeddini | Kirkland & Ellis LLP | Debtors |
| Matthew Fagen | " | |
| Patrick Venter | | |
| Allyson Weinhouse | | |
| Nay Taoure | | |
| James O'Neill | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Peter Keane | " | |
| Kelly DiBlasi | Weil, Gotshal & Manges LLP | UCBCS |
| Mark Collins | Richards Layton | " |

# SIGN-IN-SHEET

**CASE NAME:** PES HOLDINGS, LLC  
**COURTROOM LOCATION:** 3  
**CASE NO.:** 19-11626 (KG)  
**DATE:** 11/14/19

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Zachary Shapiro | Richards Layton | ICBCS |
| Michael Brice | Joyce LLC | Rotkowski et al |
| Aryeh Falk | DPW | Ad Hoc |
| Feni Lippiatt | DPW | " |
| E. Seh | MNAT | " |
| Bill Bowe | Ashby Gaddes | ICBC |
| Carl N. Kunz III | Morris James LLP | Northop & Kilby |
| David L. Buchbinder | USTM DOS | US |
| William Chipman | Chipman Brown Cicero Cole | Energy Transfer Partners, L.P. (Sunoco) |
| Gina Thomas | EPA Department of Environmental Protection → | |
| Thomas Pitta | Emmet Marvin & Martin LLP | Webster Bank |
| Susan Kaufman | Law Office of Susan Kaufman | United Steelworkers |
| Richard Solfzer | Cohen Weiss + Simon | " |
| Bryan Podzius | Weil Gotshal + Manges | ICBCS |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin Gross
## Courtroom

Calendar Date: 11/14/2019
Calendar Time: 10:00 AM ET

Amended Calendar Nov 14 2019 7:42AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188314 | Clark Ansel | (214) 397-1671 ext. | FTI Consulting, Inc. | Creditor, ICBC Standard Bank PLC / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10186897 | Sean Daly | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Reseach / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10178691 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188431 | David N. Griffiths | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Creditor, ICBS Standard Bank / LIVE |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10184557 | Loren Harman | (646) 855-6705 ext. | Bank of America Merrill Lynch | Creditor, Bank of America Merrill Lynch / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188535 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10189877 | Daniel B. Kamensky | (212) 858-9300 ext. | Marble Ridge Capital | Creditor, Marble Ridge Capital / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188863 | Laila Kearney | (917) 809-0054 ext. | Reuters | Interested Party, Reuters / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10189822 | Bryant Oberg | (201) 896-6100 ext. | Hain Capital Group, LLC | Interested Party, Hain Capital Group / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188197 | Harold Olsen | (212) 806-5627 ext. 00 | Stroock & Stroock & Lavan LLP | Interested Party, Stroock & Stroock & Lavan LLP / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188088 | Lawrence Park | (201) 266-6988 ext. | CRG Financial LLC | Interested Party, CRG Financial LLC / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10188336 | Chris Pierce | (214) 397-1742 ext. | FTI Consulting, Inc. | Creditor, ICBC Standard PLC / LISTEN ONLY |
| | | PES Holdings, LLC | 19-11626 | Hearing | 10187039 | David Rosenzweig | (212) 318-3035 ext. | Norton Rose Fulbright US LLP | Administrator(s), Cortland Capital Markets Services LLC / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| PES Holdings, LLC | 19-11626 | Hearing | 10143384 Chris Stauble | (212) 310-8000 ext. | Weil Gotshal & Manges LLP | Interested Party, ICBC Standard Bank PLC / LISTEN ONLY |
| PES Holdings, LLC | 19-11626 | Hearing | 10185806 Mitchell E. Sussman | (646) 616-3037 ext. | Cowen & Co., LLC | Interested Party, Cowen & Co., LLC / LISTEN ONLY |
| PES Holdings, LLC | 19-11626 | Hearing | 10188357 Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Interested Party, Ad Hoc Committee of Existing Term Loan Lenders / LISTEN ONLY |
| PES Holdings, LLC | 19-11626 | Hearing | 10189918 Allyson Weinhouse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, PES Holdings, LLC / LISTEN ONLY |
| PES Holdings, LLC | 19-11626 | Hearing | 10189439 Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |