IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, et al.,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket Nos. 464, 520 |

Objection Deadline: November 27, 2019 at 4:00 p.m. (ET)
Rescheduled Hearing Date: December 11, 2019 at 11:00 a.m. (ET)

## NOTICE OF RESCHEDULED HEARING REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT, (II) APPROVING THE SOLICITATION AND NOTICE PROCEDURES, (III) APPROVING THE FORMS OF BALLOTS AND NOTICES IN CONNECTION THEREWITH, (IV) SCHEDULING CERTAIN DATES WITH RESPECT THERETO, AND (V) GRANTING RELATED RELIEF

TO:   (a) the U.S. Trustee; (b) the Committee; (c) the administrative agent under the Debtors' prepetition first lien term loan facility and counsel thereto; (d) the lenders under the Debtors' prepetition first lien term loan facility and counsel thereto; (e) Merrill Lynch Commodities, Inc. and counsel thereto; (f) NGL Energy Partners LP and counsel thereto; (g) the lenders under the Debtors' prepetition promissory note and counsel thereto; (h) counsel to ICBC Standard Bank Plc; (i) the lenders under the Debtors' debtor-in-possession financing facility and counsel thereto; (j) the United States Attorney's Office for the District of Delaware; (k) the Internal Revenue Service; (l) the state attorneys general for all states in which the Debtors conduct business; and (m) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on October 10, 2019, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

*Related Relief* (the "Motion") [Docket No. 464] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served upon you.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the notice attached to the Motion, a hearing on the Motion was scheduled for November 14, 2019 at 10:00 a.m. (Eastern time) (the "Hearing") with objections due on or before November 7, 2019 at 4:00 p.m. (Eastern time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the notice at Docket No. 520, the Objection Deadline was extended to November 27, 2019 at 4:00 p.m. (Eastern time) and the Hearing on the Motion was rescheduled to December 9, 2019 at 2:00 p.m. (Eastern time).

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline is **November 27, 2019 at 4:00 p.m. (Eastern time)** and the Hearing on the Motion has been rescheduled to **December 11, 2019 at 11:00 a.m. (Eastern time)** before the Honorable Kevin Gross, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[2] A copy of the Motion, Disclosure Statement, and Plan, as well as any other pleadings filed with the Court in these chapter 11 cases, can be obtained from the website maintained by the Debtors' claims and noticing agent, Omni Management Group, Inc. ("Omni"), located at https://cases.omniagentsolutions.com/pesholdings2019/ (the "Case Website").

| | |
|---|---|
| Dated: November 15, 2019<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          edward.sassower@kirkland.com<br>                    steven.serajeddini@kirkland.com<br>                    matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |