**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY FEE STATEMENT OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| **Name of Applicant** | **Kirkland & Ellis LLP and Kirkland & Ellis International LLP** |
|---|---|
| Authorized to Provide Professional Services to: | PES Holdings, LLC, *et al.* Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order Entered on August 21, 2019 (Effective as of July 21, 2019) |
| Period for which compensation and reimbursement is sought: | September 1, 2019 through September 30, 2019 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,470,692.80 (80% of $1,838,366.00)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $38,756.11 |

This is a **X** monthly ___ interim __ final application.    No prior application filed.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]  K&E voluntarily reduced its fees by $30.373.50 and its expenses by $1,921.75 in the Fee Period (as defined herein). Consequently, K&E does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date,* dated August 21, 2019 [Docket No. 230] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated August 20, 2019 [Docket No. 215] (the "Interim Compensation Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the law firm of Kirkland & Ellis LLP and Kirkland and Ellis International LLP (together, "K&E"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $1,470,692.80 for the reasonable and necessary legal services K&E rendered to the Debtors from September 1, 2019 through September 30, 2019 (the "Fee Period") (80% of $1,838,366.00); and (ii) reimbursement for the actual and necessary expenses that K&E incurred, in the amount of $38,756.11 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by K&E partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories K&E established in accordance with its internal billing procedures. As reflected in **Exhibit A**, K&E incurred $1,838,366.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, K&E seeks reimbursement for 80% of such fees ($1,470,692.80 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the K&E attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of K&E have expended a total of 1,985.30 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for K&E's out-of-pocket expenses.

- **Exhibit D** consists of K&E's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[3]

### Representations

2. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. K&E reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

---

[3] K&E has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

WHEREFORE, K&E requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $1,509,448.91 consisting of (a) $1,470,692.80, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by K&E; and (b) $38,756.11 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: November 19, 2019<br>Wilmington, Delaware | */s/ Laura Davis Jones* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:         ljones@pszjlaw.com
                    pkeane@pszjlaw.com
                    joneill@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                    steven.serajeddini@kirkland.com
                    matthew.fagen@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*