**EXHIBIT A**

**Statement of Fees and Expenses by Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested | Total Expenses Requested | Total Compensation |
|---|---|---|---|---|---|
| 32 | 2019 Adv Proc. & Cont Matters (Non-Ins.) | 88.40 | $94,916.00 | $0.00 | $94,916.00 |
| 33 | 2019 Insurance Litigation Matters | 320.20 | $309,764.50 | $0.00 | $309,764.50 |
| 34 | 2019 Automatic Stay Issues | 10.60 | $8,740.00 | $0.00 | $8,740.00 |
| 35 | 2019 Business Operations | 50.50 | $42,324.00 | $0.00 | $42,324.00 |
| 36 | 2019 Case Administration | 15.90 | $8,791.50 | $0.00 | $8,791.50 |
| 37 | 2019 Cash Collateral, DIP Financing | 238.60 | $217,918.00 | $0.00 | $217,918.00 |
| 39 | 2019 Claims Administration & Objections | 1.60 | $936.50 | $0.00 | $936.50 |
| 40 | 2019 Corporate Gov. & Securities Issues | 12.20 | $11,260.00 | $0.00 | $11,260.00 |
| 41 | 2019 Vendor and Creditor Communications | 76.10 | $63,746.00 | $0.00 | $63,746.00 |
| 42 | 2019 Disclosure Statement, Plan, Conf. | 101.70 | $91,362.50 | $0.00 | $91,362.50 |
| 43 | 2019 Employee Issues | 111.30 | $99,683.50 | $0.00 | $99,683.50 |
| 44 | 2019 Executory Contracts & Unexp. Leases | 96.10 | $73,209.50 | $0.00 | $73,209.50 |
| 45 | 2019 Hearings | 11.50 | $8,321.00 | $0.00 | $8,321.00 |
| 46 | 2019 Insurance (Non-Litigation) | 15.00 | $13,287.50 | $0.00 | $13,287.50 |
| 47 | 2019 K&E Retention & Fee Applications | 52.90 | $38,682.00 | $0.00 | $38,682.00 |
| 48 | 2019 Non-K&E Retention & Fee App. | 27.50 | $21,570.50 | $0.00 | $21,570.50 |
| 49 | 2019 SOFAs and Schedules and MORs | 16.70 | $12,505.00 | $0.00 | $12,505.00 |
| 50 | 2019 Tax Issues | 3.60 | $4,305.00 | $0.00 | $4,305.00 |
| 51 | 2019 Non-Working Travel | 29.20 | $28,581.50 | $0.00 | $28,581.50 |
| 52 | 2019 U.S. Trustee Communications | 8.40 | $6,819.50 | $0.00 | $6,819.50 |
| 53 | 2019 Use, Sale & Disposition of Property | 312.90 | $310,313.00 | $0.00 | $310,313.00 |
| 55 | 2019 Expenses | 0.00 | $0.00 | $0.00 | $94,916.00 |
| 56 | Intermediation Matters | 384.40 | $371,329.00 | $38,756.11 | $38,756.11 |
| **Totals:** | | **1,985.30** | **$1,838,366.00** | **$38,756.11** | **$1,877,122.11** |