# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas Adzima | Associate | 2019 | Restructuring | $705.00 | 103.50 | $72,967.50 |
| Osaro Aifuwa | Associate | 2017 | Corporate | $805.00 | 1.10 | $885.50 |
| Margaret R. Alden | Associate | Pending | Restructuring | $595.00 | 48.40 | $28,798.00 |
| Chad Barton | Associate | 2016 | Corporate | $920.00 | 77.20 | $71,024.00 |
| Maya Ben Meir | Associate | 2019 | Restructuring | $705.00 | 78.20 | $55,131.00 |
| Terry Bokosha | Associate | 2014 | Corporate | $1,045.00 | 5.80 | $6,061.00 |
| Simon Briefel | Associate | 2018 | Restructuring | $705.00 | 45.40 | $32,007.00 |
| Tyler Burgess | Associate | 2014 | Environment | $705.00 | 71.40 | $50,337.00 |
| Eugenio J. Cardenas | Associate | 2017 | Corporate | $995.00 | 24.00 | $23,880.00 |
| Devi Chandrasekaran | Associate | 2013 | Environment | $995.00 | 45.10 | $44,874.50 |
| Han Cui | Associate | 2016 | Litigation | $885.00 | 29.50 | $26,107.50 |
| Jake Alexander Ebers | Associate | 2015 | Executive Compensation | $995.00 | 7.60 | $7,562.00 |
| Kyle Ferrier | Associate | Pending | Restructuring | $805.00 | 110.30 | $88,791.50 |
| Bryan D. Flannery | Associate | 2014 | Corporate | $1,090.00 | 4.10 | $4,469.00 |
| Adam Garmezy | Associate | 2014 | Corporate | $1,045.00 | 78.00 | $81,510.00 |
| Sydney Jones | Associate | 2014 | Labor & Employment | $925.00 | 0.20 | $185.00 |
| Jon David Kelley | Associate | 2014 | Litigation | $1,025.00 | 0.70 | $717.50 |
| Andrea Kropp | Associate | Pending | Restructuring | $595.00 | 3.00 | $1,785.00 |
| Christine M. Lehman | Associate | 2014 | Taxation | $1,125.00 | 2.10 | $2,362.50 |
| Andrew L. Lombardo | Associate | 2017 | Corporate | $805.00 | 41.50 | $33,407.50 |
| Michael Maione | Associate | 2016 | Litigation | $885.00 | 19.70 | $17,434.50 |
| Alex McCammon | Associate | 2018 | Restructuring | $805.00 | 27.30 | $21,976.50 |
| Allison McDonald | Associate | 2013 | Litigation | $1,025.00 | 26.40 | $27,060.00 |
| Megan Richardson | Associate | 2019 | Litigation | $595.00 | 26.60 | $15,827.00 |
| Patrick Samper | Associate | 2016 | Corporate | $920.00 | 45.60 | $41,952.00 |
| Brittany Scheier | Associate | 2018 | Corporate | $705.00 | 4.80 | $3,384.00 |
| Michael S. Smith | Associate | 2019 | Litigation | $595.00 | 9.50 | $5,652.50 |
| Nacif Taousse | Associate | 2019 | Restructuring | $805.00 | 137.90 | $111,009.50 |
| Patrick Venter | Associate | 2016 | Restructuring | $920.00 | 94.20 | $86,664.00 |
| Allyson Smith Weinhouse | Associate | 2017 | Restructuring | $920.00 | 84.60 | $77,832.00 |
| Taxi Wilson | Associate | 2018 | Litigation | $695.00 | 50.20 | $34,889.00 |
| Carole Michelle Wurzelbacher | Associate | 2015 | Restructuring | $805.00 | 14.20 | $11,431.00 |
| Jack N. Bernstein | Of Counsel | 1995 | Employee Benefits | $1,315.00 | 2.00 | $2,630.00 |
| Whitney L. Becker | Partner | 2010 | Litigation | $1,095.00 | 28.00 | $30,660.00 |
| Nader R. Boulos, P.C. | Partner | 1994 | Litigation | $1,410.00 | 60.50 | $85,305.00 |
| Brigham Cannon, P.C. | Partner | 2006 | Litigation | $1,310.00 | 0.50 | $655.00 |
| Jeanne T. Cohn-Connor | Partner | 1985 | Environment | $1,175.00 | 137.60 | $161,680.00 |
| Michael Considine, P.C. | Partner | 2006 | Corporate | $1,395.00 | 20.70 | $28,876.50 |
| Thad W. Davis, P.C. | Partner | 2005 | Taxation | $1,295.00 | 1.50 | $1,942.50 |
| Matthew C. Fagen | Partner | 2014 | Restructuring | $1,090.00 | 125.50 | $136,795.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jeremy A. Fielding, P.C. | Partner | 2003 | Litigation | $1,245.00 | 2.50 | $3,112.50 |
| John D. Furlow | Partner | 2013 | Corporate | $1,090.00 | 63.50 | $69,215.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | $1,135.00 | 0.30 | $340.50 |
| Erik Hepler | Partner | 1990 | Corporate | $1,365.00 | 0.60 | $819.00 |
| Andrew A. Kassof, P.C. | Partner | 1998 | Litigation | $1,525.00 | 0.60 | $915.00 |
| R.D. Kohut | Partner | 2004 | Labor & Employment | $1,120.00 | 3.70 | $4,144.00 |
| Michael Krasnovsky, P.C. | Partner | 2004 | Executive Compensation | $1,255.00 | 1.80 | $2,259.00 |
| William T. Pruitt | Partner | 2004 | Litigation | $1,160.00 | 32.50 | $37,700.00 |
| Edward O. Sassower, P.C. | Partner | 2000 | Restructuring | $1,565.00 | 0.50 | $782.50 |
| Mark E. Schneider, P.C. | Partner | 2003 | Litigation | $1,210.00 | 2.30 | $2,783.00 |
| Steven N. Serajeddini | Partner | 2010 | Restructuring | $1,255.00 | 70.10 | $87,975.50 |
| Michael B. Slade | Partner | 1999 | Litigation | $1,310.00 | 50.00 | $65,500.00 |
| Andy Veit | Partner | 2010 | Corporate | $1,225.00 | 6.90 | $8,452.50 |
| **Grand Total** | | | | | **1,929.70** | **$1,820,517.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Katie Kane | Junior Paralegal | 1 year | Restructuring | $265.00 | 12.50 | $3,312.50 |
| Michele Manzo | Junior Paralegal | < 1 year | Restructuring | $265.00 | 0.70 | $185.50 |
| Anthony Abate | Paralegal | 3 years | Restructuring | $325.00 | 4.80 | $1,560.00 |
| Ryan Besaw | Paralegal | 3 years | Restructuring | $325.00 | 10.90 | $3,542.50 |
| Hannah Kupsky | Paralegal | 3 years | Restructuring | $325.00 | 0.50 | $162.50 |
| Jennifer A. Miller | Paralegal | 10 years | IP Litigation | $430.00 | 0.30 | $129.00 |
| Michael Y. Chan | Conflicts Analyst | 1 year | Conflicts Analysis | $255.00 | 0.50 | $127.50 |
| Eric Nyberg | Conflicts Analyst | 1 year | Conflicts Analysis | $255.00 | 3.00 | $765.00 |
| Library Factual Research | Research Specialist | N/A | Administrative Services | $360.00 | 22.40 | $8,064.00 |
| **Grand Total** | | | | | **55.60** | **$17,848.50** |

|  |  | **Total Fees Requested** | **1,985.30** | **$1,838,366.00** |
|---|---|---|---|---|