# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 11, 2019 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

## RESOLVED MATTER:

1.  Debtors' Motion to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets [Filed: 11/25/19] (Docket No. 611)

    Response Deadline:  December 4, 2019 at 4:00 p.m. ET

    Responses Received:

    a.  Informal comments from Chubb Companies

    b.  Informal comments from Oracle America, Inc.

    Related Documents:

    a.  [Proposed] Order to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets [Filed: 11/25/19] (Docket No. 611, Exhibit A)

    b.  Certification of Counsel Regarding Debtors' Motion to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets [Filed: 12/5/19] (Docket No. 638)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    c.    [Signed] Order to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets [Filed: 12/6/19] (Docket No. 641)

Status: The Court has entered an order on this matter.

**CONTINUED MATTER:**

2. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605)

    Response Deadline: December 6, 2019 at 5:00 p.m. ET and December 6, 2019 at 9:00 p.m. ET for the Official Committee of Unsecured Creditors. Extended to December 30, 2019 (solely for the Committee and the Unions).

    Responses Received:

    a. Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 644)

    Related Documents:

    a. [Proposed] Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605, Exhibit A)

    b. Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 606)

        (i) [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 612)

    c. Notice of Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 614)

    d. Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 648)

    Status: This matter is continued to January 14, 2020, at 9:30 a.m. ET.

**UNCONTESTED MATTERS FOR WHICH A COC/CNO HAS BEEN FILED:**

3.  Debtors' Motion for Entry of an Order (I) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief [Filed: 11/18/19] (Docket No. 589)

    Response Deadline:  December 2, 2019 at 4:00 p.m. ET. Extended to December 6, 2019 at 4:00 p.m. ET for the Committee.

    Responses Received:  Informal comments from the Committee.

    Related Documents:

    a.  [Proposed] Order (I) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief [Filed: 11/18/19] (Docket No. 589, Exhibit A)

    b.  Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 647)

    Status:  The Debtors have filed a revised proposed order under certification of counsel resolving the informal comments and respectfully request entry of the revised proposed order.

4.  Debtors' Motion to Approve Procedures for Settlement of De Minimis Claims Held By or Against the Debtors [Filed: 11/22/19] (Docket No. 603)

    Response Deadline:  December 4, 2019 at 4:00 p.m. ET

    Responses Received:

    a.  Informal comments from Chubb Companies

    b.  Informal comments from the Ad Hoc Committee of Existing Term Loan Lenders

    Related Documents:

    a.  [Proposed] Order Approving Procedures for Settlement of De Minimis Claims Held By or Against the Debtors [Filed: 11/22/19] (Docket No. 603, Exhibit A)

    b.  Certification of Counsel Regarding Debtors' Motion to Approve Procedures for Settlement of De Minimis Claims Held By or Against the Debtors [Filed: 12/6/19] (Docket No. 642)

    Status: The Debtors have filed a revised proposed order under certification of counsel resolving the informal comments and respectfully request entry of the revised proposed order.

5.     Debtors' Motion for Entry of an Order Modifying the Requirements of Local Rule 3007-1(f)(i) with Respect to the Number of Permitted Substantive Omnibus Objections to Claims [Filed: 11/22/19] (Docket No. 604)

    Response Deadline:  December 4, 2019 at 4:00 p.m. ET

    Responses Received:  None as of the date of this Notice of Agenda.

    Related Documents:

    a.    [Proposed] Order Modifying the Requirements of Local Rule 3007-1(f)(i) with Respect to Number of Permitted Substantive Omnibus Objections to Claims [Filed: 11/22/19] (Docket No. 604, Exhibit A)

    b.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Modifying the Requirements of Local Rule 3007-1(f)(i) with Respect to the Number of Permitted Substantive Omnibus Objections to Claims [Filed: 12/6/19] (Docket No. 645)

    Status:  No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**CONTESTED MATTERS GOING FORWARD:**

6.     Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/10/19] (Docket No. 464)

    Response Deadline:  November 7, 2019 at 4:00 p.m. ET. Extended until November 27, 2019 at 4:00 p.m. ET.

    Responses Received:

    a.    Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/21/19] (Docket No. 506)

    b.    Joinder of L-M Service Co., Inc. to Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/22/19] (Docket No. 508)

    c.    Belcher Roofing Corporation's Joinder to Objection of Nooter Construction Company's to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 11/8/19] (Docket No. 556)

d.    The Chubb Companies' (I) Limited Objection to the Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates; and (II) Reservation of Rights with Respect to the Debtors' Motion for Entry of an Order (A) Establishing Bidding Procedures, (B) Approving Bid Protections, and (C) Granting Related Relief [Filed: 11/26/19] (Docket No. 615)

e.    United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 11/27/19] (Docket No. 621)

f.    ICBC Standard Bank PLC's Reservation of Rights Regarding the Debtors' Plan and Disclosure Statement [Filed: 12/4/19] (Docket No. 635)

g.    United States' Objection to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 12/6/19] (Docket No. 646)

<u>Replies Received</u>:

a.    Debtors' Omnibus Reply to Objections to the Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Filed: 12/8/19] (Docket No. 649)

<u>Related Documents</u>:

a.    Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 462)

b.    Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 463)

c.    [Proposed] Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/10/19] (Docket No. 464, Exhibit A)

d.    Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 465)

    e.      Notice of Rescheduled Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 10/28/19] (Docket No. 520)

    f.      Notice of Rescheduled Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 11/15/19] (Docket No. 588)

    g.      Notice of Filing of Exhibit C Liquidation Analysis to Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 11/26/19] (Docket No. 613)

<u>Status:</u> This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: December 9, 2019<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:         ljones@pszjlaw.com<br>                     joneill@pszjlaw.com<br>                     pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         edward.sassower@kirkland.com<br>                     steven.serajeddini@kirkland.com<br>                     matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |