# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-11626 (KG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PAPERS PURSUANT TO BAKRUPTCY RULE 2002 BY THE UNITED STATES ON BEHALF OF THE ENVIRONMENTAL PROTECTION AGENCY

The United States, an interested party pursuant to 28 U.S.C. §§ 516 and 517 and requesting notice pursuant to Bankruptcy Rule 2002, hereby appears through undersigned counsel on behalf of the United States Environmental Protection Agency and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon below listed counsel at the address set forth below:

If served by regular mail:

> John Broderick
> Trial Attorney
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> Telephone: (202) 305-0302
> Fax: (202) 616-6584
> john.broderick@usdoj.gov
>
> Regular Mail:
> P.O. Box 7611

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

1

|  |  |
|---|---|
|  | Washington, DC 20044-7611 |
|  | Overnight Mail: |
|  | 150 M Street, N.E., Suite 2.900 |
|  | Washington, D.C. 20002 |
| Date: December 16, 2019 | Respectfully Submitted, |

ALAN S. TENENBAUM
National Bankruptcy Coordinator
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

/s/ John Broderick
JOHN BRODERICK (MA. Bar No. 688739)
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Regular Mail:
P.O. Box 7611
Washington, DC 20044-7611
Overnight Mail:
150 M Street, N.E., Suite 2.900
Washington, D.C. 20002
Telephone: (202) 305-0302
Fax: (202) 616-6584
john.broderick@usdoj.gov

ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019 a true and correct copy of the foregoing was served via ECF.

/s/ John Broderick
John Broderick
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
