# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PES HOLDINGS, LLC, *et al.*,[1] | : | Case No. 19-11626 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 629** |

## CERTIFICATE OF NO OBJECTION – NO ORDER REQUIRED

The undersigned counsel hereby certifies that, as of the date hereof:

1. He has received no answer, objection, or other responsive pleading to the *Combined Second Monthly and First Interim Fee and Expense Application of Elliott Greenleaf, P.C. as Co-Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period September 1, 2019 through September 30, 2019* (the "Application") [D.I. 629], filed with the Court on December 3, 2019.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. on December 24, 2019. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.

3. Accordingly, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 125], no further order is required and the Debtors are authorized to pay Elliott Greenleaf, P.C. the amount

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: PES Holdings, LLC (8157); North Yard GP, IIC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); Pes Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, PA 19103.

indicated below. [2]

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtor is Authorized to Pay ((2) + (3)) |
|---|---|---|---|
| $78,426.50 | $522.28 | $62,741.20 | $63,263.48 |

Dated:  December 27, 2019  **ELLIOTT GREENLEAF, P.C.**

*/s/ Jonathan M. Stemerman*
Rafael X. Zahralddin-Aravena (No. 4166)
Jonathan M. Stemerman (No. 4510)
1105 North Market Street, Suite 1700
Wilmington, DE  19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[2]  Elliott Greenleaf, P.C. is only seeking payment of 80% of its fees and 100% of its expenses for the monthly period September 1, 2019 through September 30, 2019.  A hearing on the first interim application is scheduled for January 30, 2020 at 9:30 a.m.