**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. [1] | Case No. 19-11626 (KG) |
|---|---:|
| Debtors | Jointly Administered |

**MONTHLY OPERATING REPORT**
**November 1 - November 30, 2019**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Debtor Statement |
|---|---|:---:|:---:|:---:|
| Schedule of Cash Receipts & Disbursements by Legal Entity | MOR-1 | X | | |
| Bank Reconciliation (or copies of Debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees and Expenses Paid | MOR-1b | X | | |
| Statements of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post Petition Taxes | | X | | |
| Summary of Unpaid Post Petition Accounts Payable and Aging | MOR-4 | X | | |
| Trade Accounts Receivable and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-6 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_/s/ Rachel Celiberti_____                    December 30, 2019
Signature of Debtors                                              Date
Rachel Celiberti
Chief Financial Officer

**Notes:**

(1) The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment. Certain assumptions have been made as noted herein.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
| Debtors | Jointly Administered |

**General Notes**

*Debtor-in-Possession Financial Statements* - The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the financial information for the Debtors only. The Debtor's non-Debtor affiliates are not included in the financial statements or the supplemental information contained herein.

Financial Accounting Standards Board ("FASB") Accounting Standards Codification 852 ("ASC 852") addresses accounting and financial statement disclosure for entities that have filed petitions with the bankruptcy court and expect to reorganize as going concerns under chapter 11 of the bankruptcy code. ASC 852 generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of business.

The Debtors' financial statements contained herein have been prepared in accordance with the guidance in ASC 852. The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position and cash flows of the Debtors in the future.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.

Liabilities Subject to Compromise - As a result of the chapter 11 filing, the payment of pre-petition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled and treated cannot be made until the bankruptcy court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. ASC 852 requires pre-petition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on bankruptcy court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation and other events.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
|---|---|
| Debtors | Jointly Administered |

**MOR-1**
**Schedule of Cash Receipts & Disbursements by Legal Entity [1]**
**November 1 through November 30, 2019**
**(In thousands of dollars)**
**(Unaudited)**

| | PES Holdings, LLC (19-11626) | North Yard GP, LLC (19-11627) | North Yard Logistics, L.P. (19-11628) | PES Administrative Services, LLC (19-11629) | PES Energy Inc. (19-11630) | PES Intermediate, LLC (19-11631) | PES Ultimate Holdings, LLC (19-11632) | Philadelphia Energy Solutions Refining and Marketing LLC (19-11633) | Eliminations | Debtor Group Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Bank Balance at Petition Date** | $ - | $ - | $ 57,690 | $ - | $ - | $ - | $ - | $ 43,641 | $ - | $ 101,332 |
| Receipts | 0 | - | 7,019 | - | - | - | - | 144 | - | 7,163 |
| Operating Disbursements | (0) | - | (100) | - | - | - | - | (47,731) | - | (47,830) |
| Professional Fees | - | - | - | - | - | - | - | (692) | - | (692) |
| Debt Service | - | - | - | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow** | $ - | $ - | $ 6,919 | $ - | $ - | $ - | $ - | $ (48,279) | $ - | $ (41,359) |
| DIP Draws | - | - | - | - | - | - | - | - | - | - |
| Intercompany Receipts / (Disbursements) | 7,696 | - | (64,609) | - | - | - | - | 56,914 | - | 0 |
| **Ending Cash Bank Balance (incl. Restricted Cash) [2,3]** | $ 7,696 | $ - | $ - | $ - | $ - | $ - | $ - | $ 52,276 | $ - | $ 59,972 |

**Notes:**

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

[2] Included in the PES Holdings, LLC entity cash balance is $7.7 million of funds held for the SOA Secured Parties' Cash Collateral as defined in the Final DIP order (docket No. 580) in account ending 5076. These funds are classified as "Restricted Cash" on the balance sheet as they are held for the ICBCS extraction effort, pursuant to the Global Term Sheet which is attached as Exhibit C to the final DIP order (docket no. 580-5); limiting the Debtor's ability to use such funds.

[3] The PESRM account ending in 2116 has a balance of $527 thousand related to the purchase card account collateral which is classified as a prepaid expense on the balance sheet.

3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
| Debtors | Jointly Administered |

**MOR-1a**
**Statement with respect to Bank Account Reconciliations, Bank Statements**
**and Cash Disbursements Journal**
**For the month of November 2019**
**(In thousands of dollars)**
**(Unaudited)**

Bank Account Reconciliations & Cash Disbursement Journals

The Debtors affirm that bank reconciliations are prepared for all of their open and active bank accounts on a monthly basis.  The Debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

Bank Statements

The Debtors affirm that bank statements for all of their open and active bank accounts are retained by the Debtors.

The Debtors affirm that the following bank accounts were opened during the current reporting period.

| Bank/Institution | Account Type | Date Opened | Last 4 Digits of Account # | Ending Balance |
|---|---|---|---|---|
| Bank of America Merrill Lynch | Demand Deposit Account | November 7, 2019 | 5076 | |

Support Schedule to MOR-1 (Cash-End of Month by Debtor and Bank Account)

| Bank/Institution | Account Type | Legal Entity | Last 4 Digits of Account # | In thousands of dollars |
|---|---|---|---|---|
| Bank of America Merrill Lynch | Master Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3480 | $ 50,281 |
| Bank of America Merrill Lynch | Customer Draft | Philadelphia Energy Solutions Refining and Marketing LLC | 3503 | - |
| Bank of America Merrill Lynch | Non-Draft Accounts Receivable Account | Philadelphia Energy Solutions Refining and Marketing LLC | 3493 | - |
| Bank of America Merrill Lynch | Controlled Disbursement Account | Philadelphia Energy Solutions Refining and Marketing LLC | 8997 | - |
| Bank of America Merrill Lynch [1] | Employee Purchase Card Account | Philadelphia Energy Solutions Refining and Marketing LLC | 2116 | 527 |
| Bank of America Merrill Lynch | Utility Escrow Account | Philadelphia Energy Solutions Refining and Marketing LLC | 2044 | 980 |
| Bank of America Merrill Lynch | Demand Deposit Account | Philadelphia Energy Solutions Refining and Marketing LLC | 4919 | 488 |
| Bank of America Merrill Lynch | Concentration Account | North Yard Logistics, L.P. | 7842 | - |
| Bank of America Merrill Lynch | Controlled Disbursement Account | North Yard Logistics, L.P. | 9557 | - |
| Bank of America Merrill Lynch | Demand Deposit Account | PES Holdings, LLC | 2930 | - |
| Bank of America Merrill Lynch | Demand Deposit Account | PES Holdings, LLC | 5076 | 7,696 |
| **Total Bank Account Cash** | | | | **$ 59,972** |
| Outstanding Checks | | | | (78) |
| **Total Book Cash** | | | | **$ 59,894** |

**Notes:**
[1] Included in Prepaid Expenses and Other Current Assets on the debtor balance sheets presented on Schedule MOR-3.

4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | | Case No. 19-11626 (KG) |
|---|---|---|
| Debtors | | Jointly Administered |

**MOR-1b**
**Schedule of Professional Fees and Expenses Paid**
**For the Period Petition Date through November 30, 2019**
**(In thousands of dollars)**
**(Unaudited)**

| Professional [1] | Role | Amounts Paid this Period | | | Cumulative Amount Paid Since Petition Date | | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Total | Fees | Expenses | Total |
| Kirkland & Ellis LLP | Debtors' Counsel | $ - | $ - | $ - | $ 2,834 | $ 49 | $ 2,882 |
| Pachulski Stang Ziehl & Jones | Debtors' Local DE Counsel | - | - | - | - | - | - |
| Alvarez & Marsal | Debtors' Financial Advisor | - | - | - | 873 | 55 | 928 |
| PJT Partners | Debtors' Investment Banker | - | - | - | - | - | - |
| Mark L. Farley, PC | Debtors' Special Investigation Counsel | 650 | 42 | 692 | 650 | 42 | 692 |
| Omni Management Group, Inc. | Debtors' Claims Agent | - | - | - | 37 | 80 | 117 |
| Tax Advisory Services Group, LLC | Debtors' Tax Advisor | - | - | - | - | - | - |
| **Total** | | **$ 650** | **$ 42** | **$ 692** | **$ 4,394** | **$ 226** | **$ 4,619** |

**Notes:**

[1] Payments to ordinary course professionals are not included in MOR-1b.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
|---|---|
| Debtors | Jointly Administered |

**MOR-2**
**Statements of Operations** [1]
**For the Period Petition Date through November 30, 2019**
**(In thousands of dollars)**
**(Unaudited)**

| | PES Holdings, LLC (19-11626) | North Yard GP, LLC (19-11627) | North Yard Logistics, L.P. (19-11628) | PES Administrative Services, LLC (19-11629) | PES Energy Inc. (19-11630) | PES Intermediate, LLC (19-11631) | PES Ultimate Holdings, LLC (19-11632) | Philadelphia Energy Solutions Refining and Marketing LLC (19-11633) | Eliminations | Debtor Group Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 81,233 | $ - | $ 81,233 |
| Direct Operating Expenses | - | - | (828) | - | - | - | - | (285,249) | - | (286,077) |
| Depreciation and Amortization Expense | - | - | (1,484) | - | - | - | - | (18,488) | - | (19,972) |
| General & Administrative Expenses | - | - | (534) | - | - | - | - | (27,237) | - | (27,771) |
| Insurance Recovery | - | - | - | - | - | - | - | 32,472 | - | 32,472 |
| **Operating Income (Loss)** | $ - | $ - | $ (2,846) | $ - | $ - | $ - | $ - | $ (217,269) | $ - | $ (220,115) |
| Interest Expenses, Net of Amount Capitalized | (40,894) | - | - | - | - | - | - | (8,625) | - | (49,519) |
| Other Income (Expense), net | - | - | - | - | - | - | - | (23,377) | - | (23,377) |
| **Income (Loss) Before Income Taxes** | $ (40,894) | $ - | $ (2,846) | $ - | $ - | $ - | $ - | $ (249,271) | $ - | $ (293,011) |
| Income Tax Benefit (Expense) | - | - | - | - | - | - | - | (42) | - | (42) |
| **Net Income (Loss)** | $ (40,894) | $ - | $ (2,846) | $ - | $ - | $ - | $ - | $ (249,313) | $ - | $ (293,053) |
| Income Attributable to Non-Controlling Interest | - | - | - | - | - | - | - | - | - | - |
| **Net (Loss) Income Attributable to Debtors** | $ (40,894) | $ - | $ (2,846) | $ - | $ - | $ - | $ - | $ (249,313) | $ - | $ (293,053) |

**Notes:**

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
|---|---|
| Debtors | Jointly Administered |

**MOR-3**
**Balance Sheets [1]**
**As of November 30, 2019**
**(In thousands of dollars)**
**(Unaudited)**

| | PES Holdings, LLC (19-11626) | North Yard GP, LLC (19-11627) | North Yard Logistics, L.P. (19-11628) | PES Administrative Services, LLC (19-11629) | PES Energy Inc. (19-11630) | PES Intermediate, LLC (19-11631) | PES Ultimate Holdings, LLC (19-11632) | Philadelphia Energy Solutions Refining and Marketing LLC (19-11633) | Elimination [2] | Debtor Group Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 51,671 | $ - | $ 51,671 |
| Trade Accounts Receivable | - | - | - | - | - | - | - | 107 | - | 107 |
| Accounts Receivable - Other | - | - | - | - | - | - | - | 6,339 | - | 6,339 |
| Inventories [3] | - | - | - | - | - | - | - | 59,275 | - | 59,275 |
| Prepaid Expenses and Other Current Assets | - | - | - | - | - | - | - | 41,009 | - | 41,009 |
| Restricted cash | - | - | - | - | - | - | - | 7,696 | - | 7,696 |
| **Total Current Assets** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 166,097 | $ - | $ 166,097 |
| Property plant & equipment, net | - | - | 78,674 | - | - | - | - | 647,394 | - | 726,068 |
| Environmental indemnification receivable | - | - | - | - | - | - | - | 22,192 | - | 22,192 |
| Other long-term assets | - | - | - | - | - | - | - | - | - | - |
| Inter-company receivable | 35,367 | - | 1,096 | - | - | - | - | 28,535 | (64,998) | - |
| Investment in affiliates | 330,315 | - | - | - | - | - | - | - | (330,315) | - |
| **Total Assets** | $ 365,682 | $ - | $ 79,770 | $ - | $ - | $ - | $ - | $ 864,218 | $ (395,313) | $ 914,357 |
| Accounts payable | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,083 | $ - | $ 2,083 |
| Accrued liabilities | 2,956 | - | - | - | - | - | - | 41,097 | - | 44,053 |
| Debtor-in-possession financing | 65,000 | - | - | - | - | - | - | - | - | 65,000 |
| Taxes payable | - | - | - | - | - | - | - | 2,267 | - | 2,267 |
| **Total Current Liabilities** | $ 67,956 | $ - | $ - | $ - | $ - | $ - | $ - | $ 45,447 | $ - | $ 113,403 |
| Environmental liabilities | - | - | - | - | - | - | - | 22,192 | - | 22,192 |
| Other Non-Current Liabilities | - | - | - | - | - | - | - | 26,492 | - | 26,492 |
| **Total Liabilities** | $ 67,956 | $ - | $ - | $ - | $ - | $ - | $ - | $ 94,131 | $ - | $ 162,087 |
| Liabilities Subject To Compromise [4] | 727,647 | - | (7,033) | - | - | - | - | 526,575 | (64,998) | 1,182,191 |
| Debtors' Equity | (429,921) | - | 86,803 | - | - | - | - | 243,512 | (330,315) | (429,921) |
| **Total Liabilities & Debtors' Equity** | $ 365,682 | $ - | $ 79,770 | $ - | $ - | $ - | $ - | $ 864,218 | $ (395,313) | $ 914,357 |

**Notes:**

[1] The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

[2] Includes intercompany accounts between PES Holdings, LLC, Philadelphia Energy Solutions Refining and Marketing LLC, and North Yard Logistics, L.P.

[3] The title to intermediated inventory held by PES belongs to ICBCS. The inventory balance shown above has a corresponding liability balance of $21.1 million, which brings the net inventory balance to $38.1 million.

[4] The amounts classified as liabilities subject to compromise may be subject to material future adjustments depending on further developments throughout the claims review process and other events.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
| Debtors | Jointly Administered |

**Declaration Regarding the Status of Post Petition Taxes of the Debtor**
**November 30, 2019**

Rachel Celiberti hereby declares and states:

I am the Chief Financial Officer of PES Holdings, LLC, a limited liability company organized under the laws of the state of Delaware and a Debtor and Debtor in possession in the above-captioned chapter 11 case. In this capacity, I am familiar with the day-to-day tax operations of PES Holdings LLC, et al.

Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge of the operations and finances of PES Holdings, LLC, information learned from my review of relevant documents, and information I have received from other members of management and/or the Debtor's advisors. I am authorized to submit this declaration on behalf of PES Holdings, LLC and, if I were called upon to testify, I could and would testify competently to the facts set forth herein. I submit this declaration under penalty of perjury pursuant to 28 U.S.C. Section 1746.

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

Dated: December 30, 2019                                 Respectfully submitted,

*Rachel Celiberti*
Rachel Celiberti
Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
| Debtors | Jointly Administered |

## MOR-4
### Summary of Unpaid Post Petition Accounts Payable and Aging [1]
### As of November 30, 2019
### (In thousands of dollars)
### (Unaudited)

| | Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Debtors | $ 2,083 | $ 0 | $ 0 | $ 0 | $ 0 | $ 2,083 |
| | *100%* | *0%* | *0%* | *0%* | *0%* | *100%* |

Notes:

[1] The post-petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system. The amounts classified as liabilities subject to compromise may be subject to material future adjustments depending on further developments throughout the claims review process and other events. Amounts in the table above are subject to future adjustments.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
|---|---:|
| Debtors | Jointly Administered |

**MOR-5**
**Trade Accounts Receivable and Aging**
**As of November 30, 2019**
**(In thousands of dollars)**
**(Unaudited)**

| | Days Aged [1] | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Debtors | $ 68 | $ 5 | $ 24 | $ 9 | $ - | $ 107 |
| | *64%* | *5%* | *23%* | *8%* | *0%* | *100%* |

Notes:

[1] These amounts are aged from date of invoice and do not include provision for bad debt and write-offs, nor non-customer receivables. Aging percentages are calculated based on total trade accounts receivable.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (KG) |
|---|---|
| Debtors | Jointly Administered |

## MOR-6
## Debtor Questionnaire
## November 2019

|   |   | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business in this reporting period? If yes, provide an explanation below. |   | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation. |   | X |
| 3 | Have all post petition tax returns been timely filed? If no, provide an explanation. | X |   |
| 4 | Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation. | X |   |
| 5 | Have any bank accounts been opened during the monthly reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X |   |

**Notes:**

[1] A bank account was opened on November 7, 2019. Please see MOR-1(a) for additional details. Additional documentation available upon request.