**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 22, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, <u>COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>[2]**

**CONTINUED MATTERS:**

1.  Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605)

    <u>Response Deadline</u>:  December 6, 2019 at 5:00 p.m. ET and December 6, 2019 at 9:00 p.m. ET for the Official Committee of Unsecured Creditors.  Extended to December 30, 2019 (solely for the Committee and the Unions).  Extended to January 15, 2020 (solely for the Committee)

    <u>Responses Received</u>:

    a.  Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 644)

    <u>Related Documents</u>:

    a.  [Proposed] Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605, Exhibit A)

    b.  Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]  Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

        Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 606)

    (i)    [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 612)

  c.    Notice of Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 614)

  d.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 648)

  e.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/6/20] (Docket No. 718)

Status:  This matter is adjourned and will be considered at the confirmation hearing scheduled on February 6, 2020 at 9:00 a.m. ET as part of the Debtors' Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates.

2.    Murex LLC's Motion for Allowance and Payment of Administrative Expense Claim [Filed: 12/23/19] (Docket No. 692)

Response Deadline:  January 15, 2020 at 4:00 p.m. ET. *(extended until January 16, 2020 at 12:00 p.m. ET for the Debtors)*

Responses Received:

  a.    Debtors' Objection to Murex LLC's Motion for Allowance and Payment of Administrative Expense Claim [Filed: 1/16/20] (Docket No. 756)

Related Documents:  None.

Status:  The parties have agreed to adjourn this matter to a date to be determined.

**MATTER GOING FORWARD:**

3.    Motion of Moran Towing Corporation Seeking Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) [Filed: 12/26/19] (Docket No. 701)

Response Deadline:  January 9, 2020 at 4:00 p.m. ET. *(extended until January 21, 2020 at 12:00 p.m. ET for the Debtors)*

Related Documents:

a.  [Proposed] Order (I) Allowing Administrative Expense Claim of Moran Towing Corporation and (II) Directing Payment Thereof [Filed: 12/26/19] (Docket No. 701, Exhibit B)

Status:  This matter will go forward.

| | |
|---|---|
| Dated: January 17, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:         ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         edward.sassower@kirkland.com<br>                    steven.serajeddini@kirkland.com<br>                    matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |