

JORDAN A. HARRIS, MEMBER
DEMOCRATIC WHIP
186th LEGISLATIVE DISTRICT

428 MAIN CAPITOL BUILDING
P.O. BOX 202186
HARRISBURG, PENNSYLVANIA 17120-2186
(717) 783-1792
FAX: (717) 787-7172

1310 POINT BREEZE AVENUE
PHILADELPHIA, PENNSYLVANIA 19143
(215) 952-3378
FAX: (215) 952-1141

SATELLITE OFFICE:
2103 SNYDER AVENUE
PHILADELPHIA, PENNSYLVANIA 19143
(215) 755-9185
FAX: (215) 952-3375

# House of Representatives
## COMMONWEALTH OF PENNSYLVANIA
## HARRISBURG

Jan. 15, 2020

The Honorable Kevin Gross
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 6th Floor
Wilmington, DE 19801

Dear Judge Gross:

My family has lived within a few miles of the Philadelphia Energy Solutions (PES) refinery site for over 40 years. Personally, I've lived within a mile of the PES site for a decade, and now, in my current position as state representative of the 186th Legislative District and House Democratic Whip, I represent approximately 62,000 Philadelphians who live near the PES site and many who worked at the PES site. I've seen firsthand the impact the PES fire and subsequent closure had on our community. With that impact in mind, I'm urging you to take into consideration several key factors when ruling on a potential purchaser of the site.

First, the health and safety of the people living near PES should be prioritized. PES has been Philadelphia's largest single polluter, contributing to higher rates of respiratory illness in the neighborhoods closest to the refinery including asthma, COPD and emphysema. Given the amount of Environmental Justice Areas in Philadelphia, especially the areas surrounding PES and many of the neighborhoods I represent, it is extremely important that we take into consideration the health of the families living near the former PES site; the water they drink and the air that they breathe.

In addition, I strongly encourage you to take the environmental impact of the potential purchaser into consideration. PES had been identified as the largest industrial contributor of greenhouse gases in Philadelphia. Given the amount of Environmental Justice Areas in Philadelphia, especially the areas surrounding PES and many of the neighborhoods I represent, it's of the utmost importance that we take into consideration the people who live near the former PES site and drink the water and breathe the air that could be negatively impacted. I would strongly encourage the potential purchaser to abide by Mayor Kenney's Powering Our Future, the city's long-term clean energy plan. This reduction in greenhouse emissions will benefit the entire region, and any incoming business or industry should be encouraged to abide by this plan.

It's also imperative to think of the potential economic effect on the people I represent and all Philadelphians when evaluating potential purchasers of this site. As you know, PES employed over 1,900 individuals. Many of these jobs were well-paying, family-sustaining union positions that were a vital part of our local economy. PES paid approximately $237 million annually in employee

compensation and had annual expenditures of $1.1 billion. The removal of this economic benefit from our local community has forced some families to make tough decisions and other families to consider leaving Philadelphia in search of other opportunities.

Beyond the direct economic benefit of quality union jobs being present at PES, the complex was incredibly important to our regional economy in Philadelphia and the surrounding communities. Estimates show that PES contributed $2.1 billion to the entire Philadelphia economy and when indirect employment is added to direct employment, over 6,300 Philadelphians benefitted from the operations at PES.

These numbers speak for themselves. Many in my district relied on PES and the contribution it made to our local economy. When considering the proposals to purchase the PES site, I implore you to ensure that any potential new business plans to help rebuild our local economy and take the place of the thousands of jobs lost and income eliminated. I also strongly encourage any potential purchaser to have a plan that falls in line with the Philadelphia 2035 plan for the Lower South District.

Finally, with the obvious importance of this decision on the communities surrounding the PES site, I strongly urge you to take into consideration the wants and needs of those who live nearby and will be more directly impacted by this decision. Our residents, community groups, organizations and businesses have a vested interest in the outcome of this purchase, and I hope their viewpoint is strongly considered when deciding. Our shared future should not be defined without input from the very people this will affect. I believe proper community feedback will only help the transition of the PES site to its new owners.

I would gladly discuss any of these issues with you further, and please don't hesitate to contact me if you would like more information. We must keep in mind the welfare of the neighborhoods that I grew up in surrounding PES as we consider the economic, health, safety and environmental consequences for the future of Philadelphia built into this incredibly important decision.

With regards, I am:

Jordan A. Harris
Democratic Whip
186th Legislative District