# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 30, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

## MATTER GOING FORWARD:

1. Motion of Moran Towing Corporation Seeking Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(a) [Filed: 12/26/19] (Docket No. 701)

    Response Deadline: January 9, 2020 at 4:00 p.m. ET. *(extended until January 21, 2020 at 12:00 p.m. ET for the Debtors)*

    Responses Received:

    a. Debtors' Objection to Motion of Moran Towing Corporation Seeking Allowance and Payment of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(B)(1)(A) [Filed: 1/21/20] (Docket No. 772)

    Related Documents:

    a. [Proposed] Order (I) Allowing Administrative Expense Claim of Moran Towing Corporation and (II) Directing Payment Thereof [Filed: 12/26/19] (Docket No. 701, Exhibit B)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Status: This matter will go forward.

**QUARTERLY FEE APPLICATIONS:**

2. Quarterly Fee Applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of those quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were in the binders previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

   Responses Received: None.

   Related Documents:

   a. Certification of Counsel Regarding Proposed Omnibus Order Approving First Interim Fee Applications of Estate Professionals for the Period from August 1, 2019 Through September 30, 2019 [Filed: TBD] (Docket No. TBD)

      (i) [Proposed] Omnibus Order Approving First Interim Fee Applications of Estate Professionals for the Period from August 1, 2019 Through September 30, 2019 [Filed: TBD] (Docket No. TBD, Exhibit 1)

   Status: This matter will go forward if the Court has questions. The Debtors anticipate filing an omnibus fee order for the estate professionals in advance of the hearing.

| | |
|---|---|
| Dated: January 28, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>   joneill@pszjlaw.com<br>   pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   edward.sassower@kirkland.com<br>   steven.serajeddini@kirkland.com<br>   matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |