IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (KG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 721, 827** |

**Objection Deadline: February 3, 2020 at 4:00 p.m. (ET)**
**(unless extended by agreement with the Debtors)**
<u>Continued</u> **Hearing Date: February 12, 2020 at 9:30 a.m. (ET)**

## NOTICE OF CONTINUED HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN FILED BY THE DEBTORS AND RELATED VOTING AND OBJECTION DEADLINES

**PLEASE TAKE NOTICE THAT** on December 11, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Disclosure Statement Order") (a) authorizing PES Holdings, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), to solicit acceptances for the *Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates* (as modified, amended, or supplemented from time to time, the "Plan");[2] (b) approving the *Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates* (the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines* [Docket No. 721] (the "Notice) the hearing to consider Confirmation of the Plan (the "Confirmation Hearing") was scheduled to commence on February 6, 2020 at 9:00 a.m. prevailing Eastern Time, before the Honorable Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on January 29, 2020, the Debtors filed the *Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates* [Docket No. 827] (the "Second Amended Plan"). The Second Amended Plan remains subject to continuing negotiations and review by the Debtors and all other parties-in-interest. The Debtors reserve all rights to amend, modify, or supplement the Second Amended Plan. To the extent that the Debtors make further revisions to the Second Amended Plan, the Debtors will present further blacklined copies of such revised documents to the Court prior to or at the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Court has continued the Confirmation Hearing to **February 12, 2020 at 9:30 a.m. prevailing Eastern Time (with February 13, 2020 reserved if needed)** before the Honorable Kevin Gross, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: February 4, 2020<br>Wilmington, Delaware | */s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:         ljones@pszjlaw.com<br>                   joneill@pszjlaw.com<br>                   pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:         edward.sassower@kirkland.com<br>                   steven.serajeddini@kirkland.com<br>                   matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |