## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON FEBRUARY 6, 2020 AT 9:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]**

**CONTINUED MATTERS:**

1.    Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605)

Response Deadline: December 6, 2019 at 5:00 p.m. ET and December 6, 2019 at 9:00 p.m. ET for the Official Committee of Unsecured Creditors. Extended to December 30, 2019 (solely for the Committee and the Unions). Extended to January 15, 2020 (solely for the Committee)

Responses Received:

a.    Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 644)

Related Documents:

a.    [Proposed] Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605, Exhibit A)

b.    Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 606)

    (i)    [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 612)

c.    Notice of Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 614)

d.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 648)

e.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/6/20] (Docket No. 718)

f.    Supplemental Declaration of Jeffrey S. Stein in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/21/20] (Docket No. 779)

Status: This matter has been continued to February 12, 2020 at 9:30 a.m. ET and will go forward as part of confirmation of the Debtors' chapter 11 plan of reorganization.

2.    Second Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtors Affiliates [Filed: 1/29/20] (Docket No. 827)

Deadline for Objections to Confirmation: February 3, 2020, at 4:00 p.m. ET *(extended until February 5, 2020 at 12:00 p.m. ET for the United States Attorney's Office)*

Objections to Confirmation:

a.    Informal comments from the United States Attorney's Office

b.    The Official Committee of Unsecured Creditors' Letter Regarding Recommendation on Vote to Reject Joint Chapter 11 Plan of Reorganization [Filed: 1/23/20] (Docket No. 785)

c.    Letter Dated January 10, 2020 to the Honorable Kevin Gross from Lawrence M. Farnese, Jr., Democratic Caucus Secretary Regarding Refinery Site [Filed: 1/14/20] (Docket No. 743)

d.    Letter Dated January 14, 2020 to the Honorable Kevin Gross from Anthony H. Williams, Democratic Whip Regarding Refinery Site [Filed: 1/15/20] (Docket

No. 748)

e.  Letter Dated January 15, 2020 to the Honorable Kevin Gross from Jordan A. Harris, Democratic Whip Regarding Refinery Site [Filed: 1/16/20] (Docket No. 787)

f.  United States Trustee's Objection to Confirmation of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 1/31/20] (Docket No. 851)

g.  Response and Reservation of Rights of Merrill Lynch Commodities, Inc. Regarding Second Amended Joint Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 855)

h.  Murex LLC's Limited Objection to Confirmation of Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 857)

i.  Objection of Westchester Fire Insurance Company to Second Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 858)

j.  Limited Objection of Point Breeze Renewable Energy, LLC to Confirmation of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 865)

k.  Objection, Reservation of Rights, and Response of the United Steelworkers to Confirmation of the Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 866)

l.  Limited Objection and Reservation of Rights of ETC Sunoco Holdings LLC, et al., to (I) Proposed Sale to Hilco Redevelopment Partners and (II) Confirmation of First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 868)

    (i)  Exhibit C to Limited Objection and Reservation of Rights of ETC Sunoco Holdings LLC, et al., to (I) Proposed Sale to Hilco Redevelopment Partners and (II) Confirmation of First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 869)

m.  Objection of Cypress Fairbanks Independent School District and Harris County to the First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 870)

<u>Voting Deadline:</u>  February 3. 2020 at 4:00 p.m.

Plan Supplement:

a.      Notice of Filing Plan Supplement [Filed: 1/22/20] (Docket No. 780)

b.      Notice of Filing of First Amended Plan Supplement [Filed: 1/28/20] (Docket No. 819)

Related Documents:

a.      Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 462)

b.      Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 463)

c.      Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 465)

d.      First Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates [Filed: 12/11/19] (Docket No. 661)

e.      Disclosure Statement for the First Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates [Filed: 12/11/19] (Docket No. 662)

f.      [Signed] Order (i) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 12/11/19] (Docket No. 671)

g.      Affidavit of Service of Publication Regarding Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by The Debtors and Related Voting and Objection Deadlines [Filed: 12/27/20] (Docket No. 704)

h.      Affidavit of Service of Omni Management Group, Inc. Regarding Plan Solicitation [Filed: 1/3/20] (Docket No. 713)

i.      Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed By the Debtors and Related Voting and Objection Deadline [Filed: 1/7/20] (Docket No. 721)

j.      Notice of Filing of Blackline Version of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 1/29/20] (Docket No. 828)

k.      Notice of Continued Hearing to Consider Confirmation of the Chapter 11 Plan Filed By the Debtors and Related Voting and Objection Deadlines [Filed: 2/4/20] (Docket No. 888)

Status: The plan confirmation hearing has been continued to February 12, 2020 at 9:30 a.m. ET (with February 13, 2020 also reserved if needed).

3.    Debtors' Application for Entry of an Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 1/16/20] (Docket No. 759)

Response Deadline: January 30, 2020, at 4:00 p.m. ET *(extended until February 3, 2020 at 5:00 p.m. ET for the Official Committee of Unsecured Creditors)*

Responses Received:

a.    Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Application for Entry of an Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 2/3/20] (Docket No. 871)

Related Documents:

a.    [Proposed] Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 1/16/20] (Docket No. 759, Exhibit A)

Status:  This matter has been continued to February 12, 2020 at 9:30 a.m. ET

## UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:

4.    First Interim Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of July 21, 2019 through September 30, 2019 [Filed: 1/13/20] (Docket No. 740)

Response Deadline: February 3, 2020, at 4:00 p.m. ET

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

a.    Certification of No Objection Regarding First Interim Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of July 21, 2019 through September 30, 2019 [Filed: 2/4/20] (Docket No. 887)

b.     First (Consolidated) Monthly Fee Statement of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of July 21, 2019 through September 30, 2019 [Filed: 1/9/20] (Docket No. 728)

c.     Certification of No Objection (No Order Required) Regarding First (Consolidated) Monthly Fee Statement of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of July 21, 2019 through September 30, 2019 [Filed: 2/4/20] (Docket No. 886)

Status: No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certification of no objection ("CNO") and respectfully request entry of the proposed order attached to the CNO.

Dated: February 4, 2020
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:           ljones@pszjlaw.com
                     joneill@pszjlaw.com
                     pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     steven.serajeddini@kirkland.com
                     matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*