## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC , *et al.*,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 19-11626 (KG)<br><br>Jointly Administered |

## DEBTORS' NOTICE OF DEPOSITION OF JOHN YOUNG

To:    John Young
       Conway Mackenzie, Inc.
       c/o Chelsea Mullarney
       James Stoll
       Brown Rudnick LLP
       Seven Times Square
       New York, NY 10036

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil

Procedure, as made applicable to this contested matter by Rules 7026, 7030, and 9014 of the

Federal Rules of Bankruptcy Procedure, Debtors will take the deposition of John Young on

**February 10, 2020, beginning at 8:00 a.m.** (Prevailing Eastern Time), and continuing from day

to day thereafter until complete, at the offices of Pachulski Stang Ziehl & Jones LLP, 919 N.

Market St., Wilmington, Delaware, 19801, or at such other time and place as may be agreed upon

by counsel.  At the witness's request, the parties will take a break at 12:30 PM so that the witness

can attend to a preexisting commitment, and the deposition will resume once that is complete and

continue day-to-day until the deposition is completed.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

The deposition shall be taken upon oral examination before an officer authorized by law to administer oaths and may be recorded by videographer and/or by stenographic means.

Dated: February 4, 2020
Wilmington, Delaware

Respectfully submitted,

By: */s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
pkeane@pszjlaw.com
joneill@pszjlaw.com

- and –

Edward O. Sassower, P.C.
Steven N. Serajeddini (*admitted pro hac vice*)
Matthew C. Fagen (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
steven.serajeddini@kirkland.com
matthew.fagen@kirkland.com

- and –

Michael B. Slade (*admitted pro hac vice*)
Nader R. Boulos (*admitted pro hac vice*)
William T. Pruitt (*admitted pro hac vice*)
Whitney L. Becker (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: michael.slade@kirkland.com
nader.boulos@kirkland.com
william.pruitt@kirkland.com
whitney.becker@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

3