# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PES HOLDINGS, LLC, *et al.*,[1] | : | Case No. 19-11626 (KG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 918** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors hereby withdraws its *Letter to the Hon. Kevin Gross re Confirmation Scheduling* filed with the Court on February 5, 2020 [D.I. 918].

Dated: February 5, 2020

**ELLIOTT GREENLEAF, P.C.**

*Jonathan M. Stemerman*
Rafael X. Zahralddin-Aravena (No. 4166)
Jonathan M. Stemerman (No. 4510)
1105 Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
jms@elliottgreenleaf.com

*Co-Counsel to the Official Committee
of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are as follows: PES Holdings, LLC (8157); North Yard GP, IIC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); Pes Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, PA 19103.