**ANNEX 1**

| |
|---|
| ACE American Insurance Company |
| Allianz Global Risks US Insurance Company's |
| Argo Managing Agency Ltd. |
| Ark Syndicate Management Limited |
| Barbican Corporate Member Limited on behalf of Syndicate 1955 |
| Catlin Underwriting Agencies Limited |
| Certain Subscribing Underwriters at Lloyds in respect of Freberg's issued Policy no. EN100070-18 |
| Chaucer Syndicate Management Ltd on behalf of Syndicate 1084 at Lloyds |
| General Security Indemnity Co of Arizona |
| Great Lakes Insurance SE |
| HDI-Global Insurance Company |
| HDI Global Specialty SE (formerly known as International Insurance Company of Hannover SE) |
| Helvetia Insurance |
| Lancashire Insurance Company (UK) Limited |
| Liberty Mutual Insurance Company |
| Mapfre España |
| Navigators Management Company, Inc. on behalf of: Navigators Syndicate at Lloyd's 1221 (100%) |
| PartnerRe |
| Pioneer Underwriters |
| QBE Europe |
| Talbot Underwriting Limited on behalf of Syndicate 1183 |
| Westport Insurance Corporation |
| XL Insurance America Inc. |
| XL Insurance Company SE |
| Zurich American Insurance Company |