# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PES HOLDINGS, LLC, *et al.*,[1] ) | Case No. 19-11626 (KG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF AGENDA FOR HEARING SCHEDULED ON FEBRUARY 12, 2020 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE KEVIN GROSS AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801[2]

## CONTINUED MATTER:

1. Debtors' Application for Entry of an Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 1/16/20] (Docket No. 759)

   Response Deadline: January 30, 2020, at 4:00 p.m. ET *(extended until February 3, 2020 at 5:00 p.m. ET for the Official Committee of Unsecured Creditors)*

   Responses Received:

   a. Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Application for Entry of an Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 2/3/20] (Docket No. 871)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Related Documents:

a.  [Proposed] Order Authorizing Retention and Employment of Klehr Harrison as Special Employees' Counsel Nunc Pro Tunc to December 1, 2019 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 1/16/20] (Docket No. 759, Exhibit A)

Status:  This matter is continued to a date to be determined.

## CONFIRMATION OF PLAN:

2.  Second Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtors Affiliates [Filed: 1/29/20] (Docket No. 827)

Deadline for Objections to Confirmation:  February 3, 2020, at 4:00 p.m. ET *(extended until February 5, 2020 at 12:00 p.m. ET for the United States Attorney's Office)*

Objections to Confirmation:

a.  Informal comments from the United States Attorney's Office

b.  The Official Committee of Unsecured Creditors' Letter Regarding Recommendation on Vote to Reject Joint Chapter 11 Plan of Reorganization [Filed: 1/23/20] (Docket No. 785)

c.  Letter Dated January 10, 2020 to the Honorable Kevin Gross from Lawrence M. Farnese, Jr., Democratic Caucus Secretary Regarding Refinery Site [Filed: 1/14/20] (Docket No. 743)

d.  Letter Dated January 14, 2020 to the Honorable Kevin Gross from Anthony H. Williams, Democratic Whip Regarding Refinery Site [Filed: 1/15/20] (Docket No. 748)

e.  Letter Dated January 15, 2020 to the Honorable Kevin Gross from Jordan A. Harris, Democratic Whip Regarding Refinery Site [Filed: 1/16/20] (Docket No. 787)

f.  United States Trustee's Objection to Confirmation of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 1/31/20] (Docket No. 851)

g.  Response and Reservation of Rights of Merrill Lynch Commodities, Inc. Regarding Second Amended Joint Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 855)

h.  Murex LLC's Limited Objection to Confirmation of Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 857)

i. Objection of Westchester Fire Insurance Company to Second Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 858)

j. Limited Objection of Point Breeze Renewable Energy, LLC to Confirmation of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 865)

k. Objection, Reservation of Rights, and Response of the United Steelworkers to Confirmation of the Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 866)

l. Limited Objection and Reservation of Rights of ETC Sunoco Holdings LLC, et al., to (I) Proposed Sale to Hilco Redevelopment Partners and (II) Confirmation of First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 868)

  (i) Exhibit C to Limited Objection and Reservation of Rights of ETC Sunoco Holdings LLC, et al., to (I) Proposed Sale to Hilco Redevelopment Partners and (II) Confirmation of First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 869)

m. Objection of Cypress Fairbanks Independent School District and Harris County to the First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/3/20] (Docket No. 870)

n. United States' Protective Objection to Debtors' Plan of Reorganization, Plan Supplement and Cure Amounts [Filed: 2/4/20] (Docket No. 911)

o. Objection By the United States to the Debtors' Second Amended Joint Chapter 11 Plan [Filed: 2/5/20] (Docket No. 915)

p. Objection of the Official Committee of Unsecured Creditors to Confirmation of First Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and Cross-Motions for a Stay Pending Appeal, Mediation and/or Conversion to a Chapter 7 Proceeding [Filed: 2/6/20] (Docket No. 924)

q. Joinder to Objection of the Official Committee of Unsecured Creditors to Confirmation of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/6/20] (Docket No. 925)

r. Objection and Reservation of Rights of Multiple Insurers to the Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/7/20] (Docket No. 928)

s.  Letter Response of A Smart Collaboration, LLC [Filed: 2/7/20] (Docket No. 931)

Replies Received:

a.  Debtors' Response to Objection of Official Committee of Unsecured Creditors, in Further Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/10/20] (Docket No. 949)

Confirmation Brief:

a.  Debtors' Memorandum of Law in Support of an Order Confirming Debtors' Third Amended Joint Chapter 11 Plan of Reorganization of PES Holdings, LLC and Its Debtor Affiliates [Filed: 2/10/20] (Docket No. 950)

Voting Deadline:  February 3, 2020 at 4:00 p.m.

Plan Supplement:

a.  Notice of Filing Plan Supplement [Filed: 1/22/20] (Docket No. 780)

b.  Notice of Filing of First Amended Plan Supplement [Filed: 1/28/20] (Docket No. 819)

c.  Notice of Filing of Second Amended Plan Supplement [Filed: 2/6/20] (Docket No. 926)

Related Documents:

a.  Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 462)

b.  Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 463)

c.  Corrected Disclosure Statement for the Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 10/10/19] (Docket No. 465)

d.  First Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates [Filed: 12/11/19] (Docket No. 661)

e.  Disclosure Statement for the First Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates [Filed: 12/11/19] (Docket No. 662)

f.  [Signed] Order (I) Approving the Adequacy of Information in the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling

Certain Dates With Respect Thereto, and (V) Granting Related Relief [Filed: 12/11/19] (Docket No. 671)

g. Affidavit of Service of Publication Regarding Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed by The Debtors and Related Voting and Objection Deadlines [Filed: 12/27/20] (Docket No. 704)

h. Affidavit of Service of Omni Management Group, Inc. Regarding Plan Solicitation [Filed: 1/3/20] (Docket No. 713)

i. Notice of Hearing to Consider Confirmation of the Chapter 11 Plan Filed By the Debtors and Related Voting and Objection Deadline [Filed: 1/7/20] (Docket No. 721)

j. Notice of Filing of Blackline Version of Second Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates [Filed: 1/29/20] (Docket No. 828)

k. Notice of Continued Hearing to Consider Confirmation of the Chapter 11 Plan Filed By the Debtors and Related Voting and Objection Deadlines [Filed: 2/4/20] (Docket No. 888)

Status: This matter will go forward.

## **MATTERS GOING FORWARD:**

3. Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605)

Response Deadline: December 6, 2019 at 5:00 p.m. ET and December 6, 2019 at 9:00 p.m. ET for the Official Committee of Unsecured Creditors. Extended to December 30, 2019 (solely for the Committee and the Unions). Extended to January 15, 2020 (solely for the Committee)

Responses Received:

a. Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 644)

Related Documents:

a. [Proposed] Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 605, Exhibit A)

b. Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee

Incentive Program and (II) Granting Related Relief [Filed: 11/22/19] (Docket No. 606)

    (i)    [Signed] Order Granting Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 612)

c.    Notice of Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 11/26/19] (Docket No. 614)

d.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 12/6/19] (Docket No. 648)

e.    Notice of Adjourned Hearing Regarding Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/6/20] (Docket No. 718)

f.    Supplemental Declaration of Jeffrey S. Stein in Support of Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief [Filed: 1/21/20] (Docket No. 779)

Status: This matter will go forward as part of confirmation of the Debtors' chapter 11 plan of reorganization.

4.    Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 946)

Response Deadline: At the hearing.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.    [Proposed] Order Authorizing the Debtors to (A) Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 946, Exhibit A)

b.    Motion to Shorten Period for Notice of, and Schedule Hearing on, Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Exceed the Page

Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 947)

  (i) [Proposed] Order Shortening Period for Notice of, and Scheduling Hearing on, Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 947, Exhibit A)

Status: This matter will go forward if the Court approves the motion to shorten.

5. Motion to Shorten Period for Notice of, and Schedule Hearing on, Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 947)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

  a. [Proposed] Order Shortening Period for Notice of, and Scheduling Hearing on, Debtors' Motion for Entry of an Order Authorizing the Debtors to (A) Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates and to (B) Waive Local Rule 3017-3 [Filed: 2/10/20] (Docket No. 947, Exhibit A)

Status: This matter will go forward.

| | |
|---|---|
| Dated: February 10, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: edward.sassower@kirkland.com<br>steven.serajeddini@kirkland.com<br>matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |