IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11626 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 959** |

### ICBC STANDARD BANK PLC'S RESERVATION OF RIGHTS
### REGARDING CONFIRMATION OF THE DEBTORS' THIRD AMENDED PLAN

ICBC Standard Bank, Plc ("**ICBCS**") submits this reservation of rights (this "**Reservation**") regarding confirmation of the *Third Amended Joint Chapter 11 Plan of PES Holdings, LLC and Its Debtor Affiliates* [Docket No. 959] (as amended, modified or supplemented, the "**Plan**") and respectfully states as follows:

Over the course of the past few weeks, ICBCS has negotiated with the Debtors, the Term Loan Lenders, and certain other parties in interest regarding ICBCS's treatment under the Plan, and the terms of important related documents, including the Debtors' proposed Liquidating Trust Agreement.

To facilitate the consensual resolution of these issues, ICBCS requested, and the Debtors agreed, to extend the deadline for ICBCS to object to confirmation of the Plan until today's confirmation hearing. ICBCS also agreed that the Debtors could represent to the Court that ICBCS was supportive of the Plan, and would vote in favor of the Plan, provided that the Plan and related

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

RLF1 22897675v.5

documents were consistent with comments ICBCS provided to the Debtors on Sunday night that ICBCS understood to have been agreed upon.

While ICBCS has not yet seen the current Plan that the Debtors intend to put before this Court for the purposes of today's confirmation hearing, ICBCS understands that the Debtors intend to pursue a Plan that may materially alter ICBCS's treatment, and may be subject to ICBCS's objection. In addition, while ICBCS has made significant progress on the terms of the Liquidating Trust Agreement, and may have resolved any issues relating thereto, ICBCS is still waiting for confirmation from the Term Loan Lenders and the Debtors that key terms have been agreed upon.

ICBCS continues to negotiate in good faith to resolve its objections to the Plan, and to consider alternative Plan proposals that are being discussed. Nevertheless, ICBCS reserves all of its rights pending continuing negotiations, including its right to supplement this Reservation and/or object to confirmation of the Plan at the confirmation hearing on any and all grounds in the event that such efforts are ultimately unsuccessful.

| | |
|---|---|
| Dated: February 12, 2020<br>Wilmington, Delaware | _/s/ Brendan J. Schlauch_<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Brendan J. Schlauch (No. 6115)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br><br>- and -<br><br>Ray C. Schrock, P.C.<br>Kelly DiBlasi<br>David N. Griffiths<br>Bryan R. Podzius<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br><br>- and -<br><br>Richard I. Werder, Jr.<br>Jane Byrne<br>Deborah Newman<br>Andrew Soler<br>Zachary Russell<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br><br>*Counsel for ICBC Standard Bank Plc* |

3