# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11626 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 984** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, on February 12, 2020, ICBC Standard Bank, Plc ("**ICBCS**"), filed the *ICBC Standard Bank Plc's Reservation of Rights Regarding Confirmation of the Debtors' Third Amended Plan* [D.I. 984] (the "**Reservation**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that ICBCS hereby withdraws the Reservation without prejudice.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

RLF1 22906551v.1

Dated: February 13, 2020
    Wilmington, Delaware

    */s/ Brendan J. Schlauch*
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

Ray C. Schrock, P.C.
Kelly DiBlasi
David N. Griffiths
Bryan R. Podzius
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

- and -

Richard I. Werder, Jr.
Jane Byrne
Deborah Newman
Andrew Soler
Zachary Russell
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22$_{nd}$ Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

*Counsel for ICBC Standard Bank Plc*