**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (KG) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 999

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraw Docket No. 999.

Dated: February 13, 2020  */s/ Peter J. Keane*
Wilmington, Delaware     Laura Davis Jones (DE Bar No. 2436)
                         James E. O'Neill (DE Bar No. 4042)
                         Peter J. Keane (DE Bar No. 5503)
                         **PACHULSKI STANG ZIEHL & JONES LLP**
                         919 North Market Street, 17th Floor
                         P.O. Box 8705
                         Wilmington, Delaware 19899-8705 (Courier 19801)
                         Telephone:  (302) 652-4100
                         Facsimile:  (302) 652-4400
                         Email:      ljones@pszjlaw.com
                                     joneill@pszjlaw.com
                                     pkeane@pszjlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

        - and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              steven.serajeddini@kirkland.com
              matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*