# EXHIBIT A

# Pachulski Stang Ziehl & Jones LLP

919 North Market Street
17th Floor
Wilmington, DE 19801

February 18, 2020

John McShane
Philadelphia Energy Solutions
1735 Market Street 11th floor
Philadelphia , PA  19103

| Invoice | 124326 |
|---------|--------|
| Client  | 70753  |
| Matter  | 00001  |
|         | **LDJ** |

RE:  Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2019

| | |
|---|---|
| FEES | $92,929.00 |
| EXPENSES | $2,846.60 |
| **TOTAL CURRENT CHARGES** | **$95,775.60** |
| **BALANCE FORWARD** | **$577,628.31** |
| **LAST PAYMENT** | **$380,663.03** |
| **TOTAL BALANCE DUE** | **$292,740.88** |

Pachulski Stang Ziehl & Jones LLP

Philadelphia Energy Solutions

70753    -00001

Page:    2

Invoice 124326

February 18, 2020

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| AJK | Kornfeld, Alan J. | Partner | 1095.00 | 0.10 | $109.50 |
| ARP | Paul, Andrea R. | Case Man. Asst. | 325.00 | 5.10 | $1,657.50 |
| JEO | O'Neill, James E. | Partner | 895.00 | 17.40 | $15,573.00 |
| KKY | Yee, Karina K. | Paralegal | 395.00 | 0.40 | $158.00 |
| KSN | Neil, Karen S. | Case Man. Asst. | 325.00 | 1.40 | $455.00 |
| LDJ | Jones, Laura Davis | Partner | 1245.00 | 29.00 | $36,105.00 |
| PEC | Cuniff, Patricia E. | Paralegal | 395.00 | 23.10 | $9,124.50 |
| PJK | Keane, Peter J. | Counsel | 695.00 | 39.20 | $27,244.00 |
| SLP | Pitman, L. Sheryle | Case Man. Asst. | 325.00 | 7.70 | $2,502.50 |
| | | | | 123.40 | $92,929.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:    3
Invoice 124326
February 18, 2020

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AD | Asset Disposition [B130] | 8.30 | $7,483.50 |
| BL | Bankruptcy Litigation [L430] | 59.00 | $47,206.00 |
| CA | Case Administration [B110] | 18.50 | $6,712.50 |
| CO | Claims Admin/Objections[B310] | 4.00 | $3,990.00 |
| CPO | Comp. of Prof./Others | 4.50 | $2,807.50 |
| EB | Employee Benefit/Pension-B220 | 8.60 | $6,572.00 |
| EC | Executory Contracts [B185] | 0.40 | $158.00 |
| FF | Financial Filings [B110] | 1.50 | $1,087.50 |
| FN | Financing [B230] | 3.70 | $2,901.50 |
| MC | Meeting of Creditors [B150] | 1.70 | $1,236.50 |
| PD | Plan & Disclosure Stmt. [B320] | 11.00 | $11,315.00 |
| RPO | Ret. of Prof./Other | 1.10 | $694.50 |
| SL | Stay Litigation [B140] | 1.10 | $764.50 |
| | | 123.40 | $92,929.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:    4
Invoice 124326
February 18, 2020

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Delivery/Courier Service | $550.50 |
| Pacer - Court Research | $490.00 |
| Reproduction Expense [E101] | $343.40 |
| Reproduction/ Scan Copy | $1,358.30 |
| Transcript [E116] | $104.40 |
| | $2,846.60 |

Pachulski Stang Ziehl & Jones LLP

Philadelphia Energy Solutions

70753   -00001

Page:    5

Invoice 124326

February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition [B130]** | | | | | | |
| 11/07/2019 | LDJ | AD | Review UST objection to bidding procedures | 0.20 | 1245.00 | $249.00 |
| 11/07/2019 | LDJ | AD | Review City of Philadelphia objection | 0.20 | 1245.00 | $249.00 |
| 11/11/2019 | PJK | AD | Emails and calls with co-counsel re bid pro reply | 0.30 | 695.00 | $208.50 |
| 11/11/2019 | PJK | AD | Emails with co-counsel re de minimis asset procedures | 0.20 | 695.00 | $139.00 |
| 11/12/2019 | PJK | AD | Draft notice re revised bid pro order, emails with cocounsel re same | 0.40 | 695.00 | $278.00 |
| 11/13/2019 | LDJ | AD | Review bid procedures reply | 0.30 | 1245.00 | $373.50 |
| 11/13/2019 | PJK | AD | Emails with cocounsel re bid pro reply, attention to issues re same, update draft motion re late reply | 0.50 | 695.00 | $347.50 |
| 11/13/2019 | PJK | AD | Emails with S Kaufman re bid pro order | 0.20 | 695.00 | $139.00 |
| 11/13/2019 | PJK | AD | Review reply re bid procedures, emails with T Pullen re filing of same, emails with cocounsel re same | 0.30 | 695.00 | $208.50 |
| 11/13/2019 | PJK | AD | Finalize motion re late reply, emails with D Potts re filing/service of same | 0.30 | 695.00 | $208.50 |
| 11/13/2019 | PJK | AD | Edits to notice re revised bid pro order, review same, coordinate filing of same, emails with cocounsel and D Potts re filing/service of same | 0.60 | 695.00 | $417.00 |
| 11/15/2019 | LDJ | AD | Review sale issues, precedent | 2.00 | 1245.00 | $2,490.00 |
| 11/25/2019 | LDJ | AD | Review motion to approve procedures for de minimis asset transactions | 0.40 | 1245.00 | $498.00 |
| 11/25/2019 | PEC | AD | Drat Notice of Motion to Approve DeMinimis Asset Sale Procedures (.3); Prepare for filing and service (.2) | 0.50 | 395.00 | $197.50 |
| 11/25/2019 | JEO | AD | Review and finalize Motion to Approve Procedures for De Minimis Asset Transactions and Abandonment of De Minimis Assets | 0.80 | 895.00 | $716.00 |
| 11/25/2019 | PJK | AD | Review de minimis procedures motion, emails with James E. O'Neill and P Cuniff re same | 0.40 | 695.00 | $278.00 |
| 11/25/2019 | PJK | AD | Review docket and de minimis procedures and notice, review notice of withdrawal, revise same, emails with James E. O'Neill and T Pullen re filing of notice and revised motion with corrected date, coordinate same | 0.50 | 695.00 | $347.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:    6
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2019 | PJK | AD | Emails from Oracle and M Fagen re procedures motion comments | 0.20 | 695.00 | $139.00 |
| | | | | 8.30 | | $7,483.50 |

### Bankruptcy Litigation [L430]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2019 | LDJ | BL | Review work in process, scheduling | 0.70 | 1245.00 | $871.50 |
| 11/01/2019 | PEC | BL | Draft Certificate of No Objection Regarding Motion to Extend Removal Deadlines (.2); Prepare for filing and service (.2) | 0.40 | 395.00 | $158.00 |
| 11/01/2019 | PEC | BL | Prepare Omnibus Response to ICBC and Committee's Motions for Summary Judgment for filing and service | 0.30 | 395.00 | $118.50 |
| 11/01/2019 | PEC | BL | Revise and review Notice of Agenda for 11/6/19 Hearing | 0.40 | 395.00 | $158.00 |
| 11/01/2019 | PJK | BL | Emails with co-counsel re MSJ opposition for ICBCS adversary | 0.30 | 695.00 | $208.50 |
| 11/01/2019 | PJK | BL | Emails with co-counsel re CNOs for pending matters | 0.20 | 695.00 | $139.00 |
| 11/01/2019 | PJK | BL | Finalize orders for CNO matters, finalize CNOs, emails with P Cuniff re same | 0.40 | 695.00 | $278.00 |
| 11/01/2019 | PJK | BL | Emails with co-counsel re final version of MSJ for filing, review final version emails with P Cuniff re same | 0.50 | 695.00 | $347.50 |
| 11/01/2019 | PJK | BL | Review critical dates memo | 0.20 | 695.00 | $139.00 |
| 11/04/2019 | LDJ | BL | Review matters scheduled for 11/6 hearing | 0.20 | 1245.00 | $249.00 |
| 11/04/2019 | PEC | BL | Prepare 11/6/19 Agenda for filing and service | 0.30 | 395.00 | $118.50 |
| 11/04/2019 | PEC | BL | Review 11/6/19 Hearing Binders | 0.30 | 395.00 | $118.50 |
| 11/04/2019 | PEC | BL | Draft Amended Agenda canceling 11/6/19 Hearing (.2); Prepare for filing and service (.2) | 0.40 | 395.00 | $158.00 |
| 11/04/2019 | PJK | BL | Update 11/6 agenda, emails to cocounsel and KG chambers re hearing | 0.30 | 695.00 | $208.50 |
| 11/04/2019 | PJK | BL | Further edits to 11/6 agenda, emails with P Cuniff re same | 0.20 | 695.00 | $139.00 |
| 11/04/2019 | PJK | BL | Emails with KG chambers re 11/6 hearing status, review docketed orders, emails with cocounsel re same | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP

Philadelphia Energy Solutions

70753    -00001

Page:    7

Invoice 124326

February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/04/2019 | PJK | BL | Review critical dates memo | 0.20 | 695.00 | $139.00 |
| 11/05/2019 | PEC | BL | Draft Notice of Agenda for 11/14/19 Hearing | 1.10 | 395.00 | $434.50 |
| 11/05/2019 | PEC | BL | Revise and review Notice of Agenda for 11/14/19 Hearing | 0.40 | 395.00 | $158.00 |
| 11/05/2019 | JEO | BL | Email to co-counsel team re USA Ellen Slights call re Sunoco Motion to Cancel Bond. | 0.30 | 895.00 | $268.50 |
| 11/05/2019 | JEO | BL | Review status of pending matters | 0.60 | 895.00 | $537.00 |
| 11/07/2019 | PEC | BL | Revise and review Notice of Agenda for 11/14/19 Hearing | 0.80 | 395.00 | $316.00 |
| 11/07/2019 | PJK | BL | Review critical dates memo | 0.20 | 695.00 | $139.00 |
| 11/07/2019 | PJK | BL | Email from Norfolk counsel re status, review information re same, email to cocounsel re same | 0.30 | 695.00 | $208.50 |
| 11/08/2019 | PEC | BL | Revise and review Notice of agenda for 11/14/19 Hearing | 0.40 | 395.00 | $158.00 |
| 11/08/2019 | ARP | BL | Prepare hearing notebook for hearing on 11/14/2019. | 3.20 | 325.00 | $1,040.00 |
| 11/08/2019 | PJK | BL | Research re motions for final decree and final reports, emails with LDJ re same, call with LDJ re same | 0.50 | 695.00 | $347.50 |
| 11/08/2019 | PJK | BL | Review critical dates memo | 0.20 | 695.00 | $139.00 |
| 11/11/2019 | LDJ | BL | Review matters scheduled for 11/14 hearing | 0.30 | 1245.00 | $373.50 |
| 11/11/2019 | PEC | BL | Revise and review Notice of Agenda for 11/14/19 Hearing | 0.40 | 395.00 | $158.00 |
| 11/11/2019 | ARP | BL | Prepare hearing notebook for hearing on 11/14/2019. | 0.50 | 325.00 | $162.50 |
| 11/11/2019 | PJK | BL | Emails with P Cuniff re 11/14 agenda, review and edit same, emails with co-counsel re draft agenda, attention to issues re same, edits to agenda | 0.60 | 695.00 | $417.00 |
| 11/12/2019 | LDJ | BL | Preparation for 11/14 hearing | 1.50 | 1245.00 | $1,867.50 |
| 11/12/2019 | LDJ | BL | Review work in process, scheduling | 0.70 | 1245.00 | $871.50 |
| 11/12/2019 | PEC | BL | Revise and review Notice of Agenda for 11/14/19 Hearing | 0.40 | 395.00 | $158.00 |
| 11/12/2019 | PEC | BL | Prepare Notice of Agenda for 11/14/19 Hearing for filing and service | 0.30 | 395.00 | $118.50 |
| 11/12/2019 | PEC | BL | Review 11/14/19 Hearing Binders | 0.30 | 395.00 | $118.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:      8
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2019 | JEO | BL | Review status of matters scheduled for 11/14 hearing and review agenda draft | 0.60 | 895.00 | $537.00 |
| 11/12/2019 | PJK | BL | Review 11/14 agenda, emails with cocounsel and P Cuniff re same | 0.30 | 695.00 | $208.50 |
| 11/12/2019 | PJK | BL | Draft motion re late reply, emails with cocounsel re same, finalize 11/14 agenda, emails with P Cuniff re same | 0.50 | 695.00 | $347.50 |
| 11/13/2019 | LDJ | BL | Preparation for 11/14 hearing | 2.50 | 1245.00 | $3,112.50 |
| 11/13/2019 | JEO | BL | Emails with PSZ&J team re planning for 11/14 hearing | 0.40 | 895.00 | $358.00 |
| 11/13/2019 | PJK | BL | Emails with cocounsel re powerpoint for 11/14, emails with KG chambers and court IT staff re testing, emails with PSZ&J team re same, coordinate issues re powerpoint | 0.50 | 695.00 | $347.50 |
| 11/13/2019 | PJK | BL | Emails with LDJ and JEO re 11/14 hearing coverage | 0.40 | 695.00 | $278.00 |
| 11/13/2019 | PJK | BL | Prep orders and documents for 11/14 hearing, emails with cocounsel re same | 0.80 | 695.00 | $556.00 |
| 11/13/2019 | PJK | BL | Review and revise amended 11/14 agenda, circulate same | 0.30 | 695.00 | $208.50 |
| 11/13/2019 | PJK | BL | Various emails with copy center re prep and printing of documents for hearing on 11/14 and additional late night filings for printing, prepare documents for printing | 0.80 | 695.00 | $556.00 |
| 11/13/2019 | PJK | BL | Various emails with Omni re service of late night filings | 0.30 | 695.00 | $208.50 |
| 11/14/2019 | LDJ | BL | Final preparation for 11/14 hearing | 1.00 | 1245.00 | $1,245.00 |
| 11/14/2019 | LDJ | BL | Review work in process, scheduling | 0.30 | 1245.00 | $373.50 |
| 11/14/2019 | PEC | BL | Coordinate and review updates to 11/14/19 Hearing Binders and prepare for hearing | 1.10 | 395.00 | $434.50 |
| 11/14/2019 | JEO | BL | Prepare for and attend omnibus hearing | 2.80 | 895.00 | $2,506.00 |
| 11/14/2019 | SLP | BL | Continued preparation of binder for 11-14-19 hearing | 0.60 | 325.00 | $195.00 |
| 11/14/2019 | ARP | BL | Prepare hearing notebook for hearing on 11/14/2019. | 1.40 | 325.00 | $455.00 |
| 11/14/2019 | PJK | BL | Prep for 11/14 hearing | 1.30 | 695.00 | $903.50 |
| 11/14/2019 | PJK | BL | Emails with co-counsel and KG chambers re hearing | 0.40 | 695.00 | $278.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:    9
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | dates | | | |
| 11/14/2019 | PJK | BL | Emails with P Cuniff and co-counsel re transcript | 0.20 | 695.00 | $139.00 |
| 11/14/2019 | PJK | BL | Attend 11/14 hearing | 2.00 | 695.00 | $1,390.00 |
| 11/15/2019 | LDJ | BL | Correspondence with Peter Keane re: scheduling | 0.20 | 1245.00 | $249.00 |
| 11/15/2019 | PJK | BL | Finalize notice of rescheduled hearing, emails with T Pullen re filing/service of same | 0.30 | 695.00 | $208.50 |
| 11/17/2019 | LDJ | BL | Review work in process, scheduling | 0.40 | 1245.00 | $498.00 |
| 11/18/2019 | AJK | BL | Review and respond to emails re litigation issue. | 0.10 | 1095.00 | $109.50 |
| 11/18/2019 | LDJ | BL | Correspondence with Patrick Venter re: insurance adversary | 0.30 | 1245.00 | $373.50 |
| 11/18/2019 | LDJ | BL | Review insurance adversary documents | 1.50 | 1245.00 | $1,867.50 |
| 11/18/2019 | PJK | BL | Review critical dates memo | 0.20 | 695.00 | $139.00 |
| 11/18/2019 | PJK | BL | Attention to various hearing scheduling issues, emails with cocounsel re same | 0.40 | 695.00 | $278.00 |
| 11/18/2019 | PJK | BL | Emails with cocounsel and email to KG chambers re hearing dates | 0.20 | 695.00 | $139.00 |
| 11/19/2019 | PJK | BL | Emails with cocounsel and KG chambers re hearing dates | 0.30 | 695.00 | $208.50 |
| 11/19/2019 | PJK | BL | Emails with Sunoco re adjournment of hearing, emails with cocounsel re same | 0.20 | 695.00 | $139.00 |
| 11/20/2019 | JEO | BL | Emails with co-counsel re motions to be filed | 0.70 | 895.00 | $626.50 |
| 11/21/2019 | JEO | BL | Finalize stipulation and certification of counsel re Murex matter | 0.60 | 895.00 | $537.00 |
| 11/21/2019 | PJK | BL | Telephone calls and emails with KG chambers, emails with PSZ&J team and co-counsel re hearing dates | 0.40 | 695.00 | $278.00 |
| 11/21/2019 | PJK | BL | Emails with James E. O'Neill re Murex stipulation, review same | 0.30 | 695.00 | $208.50 |
| 11/21/2019 | PJK | BL | Additional emails with co-counsel re hearing date change | 0.20 | 695.00 | $139.00 |
| 11/21/2019 | PJK | BL | Review motion to modify local rules, emails with co-counsel re same | 0.40 | 695.00 | $278.00 |
| 11/21/2019 | PJK | BL | Emails with P Cuniff re notice for motion to modify, edits to notice | 0.20 | 695.00 | $139.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   10
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/22/2019 | LDJ | BL | Review draft reply re: motion for judgment on pleadings | 0.70 | 1245.00 | $871.50 |
| 11/22/2019 | LDJ | BL | Review work in process, scheduling | 0.40 | 1245.00 | $498.00 |
| 11/22/2019 | PEC | BL | [PES v. ICBC Adv. No. 19-50282] Prepare Plaintiffs' Reply in Support of Motion for Judgment on the Pleadings for filing and service | 0.40 | 395.00 | $158.00 |
| 11/22/2019 | JEO | BL | Review and finalize Motion to Approve Procedures for De Minimis Settlements | 1.10 | 895.00 | $984.50 |
| 11/22/2019 | JEO | BL | Review and finalize Plaintiffs' Reply In Support of their Motion for Judgment on the Pleadings re PES Holdings, LLC, et al. et al v. ICBC Standard Bank PLC et al | 1.30 | 895.00 | $1,163.50 |
| 11/22/2019 | JEO | BL | Review email from court re Murex Stipulation | 0.40 | 895.00 | $358.00 |
| 11/22/2019 | JEO | BL | Review entered Murex Stipulation | 0.20 | 895.00 | $179.00 |
| 11/22/2019 | JEO | BL | Emails with Matt Fagen re hearing dates for Insurance Adversary Proceeding | 0.60 | 895.00 | $537.00 |
| 11/22/2019 | PJK | BL | Review final reply re ICBCS adversary, emails with James E. O'Neill re same | 0.30 | 695.00 | $208.50 |
| 11/22/2019 | PJK | BL | Emails from James E. O'Neill and co-counsel re motion to modify local rules | 0.30 | 695.00 | $208.50 |
| 11/23/2019 | LDJ | BL | Review ICBC reply memo | 0.70 | 1245.00 | $871.50 |
| 11/23/2019 | LDJ | BL | Review Committee reply brief in support of summary judgment motion | 0.80 | 1245.00 | $996.00 |
| 11/23/2019 | LDJ | BL | Review Debtors' reply brief in support of summary judgment motion | 0.50 | 1245.00 | $622.50 |
| 11/23/2019 | JEO | BL | Follow up emails with Allison Weinehose re motions filed on 11/22 | 0.60 | 895.00 | $537.00 |
| 11/23/2019 | PJK | BL | Emails from James E. O'Neill and co-counsel re docket filings | 0.20 | 695.00 | $139.00 |
| 11/25/2019 | PEC | BL | [PES v. ICBC Adv. No. 18-50282] Draft Notice of Hearing on Oral Argument Regarding ICBC and Committee's Motions to Dismiss and Debtors' Motion for Judgment on the Pleadings | 0.50 | 395.00 | $197.50 |
| 11/25/2019 | JEO | BL | Review pending matters | 0.50 | 895.00 | $447.50 |
| 11/25/2019 | PJK | BL | Emails with co-counsel re notice of completion of briefing, discuss with P Cuniff | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP

Philadelphia Energy Solutions

70753    -00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/2019 | PJK | BL | Emails from James E. O'Neill and co-counsel re argument dates for insurance adversary | 0.30 | 695.00 | $208.50 |
| 11/26/2019 | PJK | BL | Emails with James E. O'Neill re KG chambers inquiry re hearing dates | 0.20 | 695.00 | $139.00 |
| 11/26/2019 | PJK | BL | Various emails from co-counsel and James E. O'Neill re stipulation and COC for filing, review same | 0.30 | 695.00 | $208.50 |
| 11/27/2019 | LDJ | BL | Review ICSC complaint issues, precedent | 2.50 | 1245.00 | $3,112.50 |
| 11/27/2019 | PEC | BL | Update Order Approving PFA Stipulation and Order (.1); Upload same to Court (.1) | 0.20 | 395.00 | $79.00 |
| 11/27/2019 | PEC | BL | [PES v. ICBC Adv. No. 19-50282] Prepare Notice of Hearing on Oral Argument for filing and service | 0.30 | 395.00 | $118.50 |
| 11/27/2019 | JEO | BL | Finalize hearing notice for Regarding Oral Argument with Respect to (I) ICBC Standard Bank PLC's Motion for Summary Judgment, (II) the Official Committee of Unsecured Creditors' Motion for Summary Judgment and (III) Plaintiffs' Motion for Judgment on the Pleadings on adversary 19-50282 KG | 0.80 | 895.00 | $716.00 |
| 11/27/2019 | PJK | BL | Emails with James E. O'Neill re hearing date issues | 0.20 | 695.00 | $139.00 |
| 11/28/2019 | LDJ | BL | Review work in process, scheduling | 0.40 | 1245.00 | $498.00 |
| | | | | 59.00 | | $47,206.00 |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2019 | PEC | CA | Update critical dates | 0.80 | 395.00 | $316.00 |
| 11/01/2019 | SLP | CA | Maintain document control. | 0.40 | 325.00 | $130.00 |
| 11/01/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/04/2019 | KKY | CA | Review and revise critical dates | 0.10 | 395.00 | $39.50 |
| 11/04/2019 | PEC | CA | Update critical dates | 0.20 | 395.00 | $79.00 |
| 11/04/2019 | SLP | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/04/2019 | KSN | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/05/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/05/2019 | SLP | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/05/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   12
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/06/2019 | SLP | CA | Maintain document control (.2) receive multiple documents to organize (1.1) enter documents into legal key ( .3) | 1.60 | 325.00 | $520.00 |
| 11/07/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/07/2019 | SLP | CA | Maintain document control | 0.20 | 325.00 | $65.00 |
| 11/08/2019 | PEC | CA | Update critical dates | 0.80 | 395.00 | $316.00 |
| 11/08/2019 | SLP | CA | Maintain document control. | 0.50 | 325.00 | $162.50 |
| 11/11/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/11/2019 | SLP | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/12/2019 | KKY | CA | Review and revise critical dates (18-10122) | 0.10 | 395.00 | $39.50 |
| 11/12/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/12/2019 | SLP | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/12/2019 | KSN | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/13/2019 | PEC | CA | Update critical dates | 0.50 | 395.00 | $197.50 |
| 11/13/2019 | SLP | CA | Maintain document control. | 0.30 | 325.00 | $97.50 |
| 11/14/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/15/2019 | PEC | CA | Update critical dates | 0.80 | 395.00 | $316.00 |
| 11/18/2019 | PEC | CA | Update critical dates | 0.60 | 395.00 | $237.00 |
| 11/18/2019 | SLP | CA | Maintain document control. | 0.40 | 325.00 | $130.00 |
| 11/19/2019 | KKY | CA | Review and revise critical dates | 0.10 | 395.00 | $39.50 |
| 11/19/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/20/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/20/2019 | SLP | CA | Maintain document control. | 0.50 | 325.00 | $162.50 |
| 11/20/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/21/2019 | PEC | CA | Update critical dates | 0.50 | 395.00 | $197.50 |
| 11/21/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/22/2019 | PEC | CA | Update critical dates | 0.80 | 395.00 | $316.00 |
| 11/22/2019 | KSN | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   13
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/25/2019 | KKY | CA | Review and revise critical dates (18-10122) | 0.10 | 395.00 | $39.50 |
| 11/25/2019 | PEC | CA | Update critical dates | 0.60 | 395.00 | $237.00 |
| 11/25/2019 | SLP | CA | Maintain document control. | 0.90 | 325.00 | $292.50 |
| 11/25/2019 | KSN | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/26/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/26/2019 | SLP | CA | Maintain document control. | 0.20 | 325.00 | $65.00 |
| 11/26/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| 11/27/2019 | PEC | CA | Update critical dates | 0.40 | 395.00 | $158.00 |
| 11/27/2019 | SLP | CA | Maintain document control (.2) receive multiple documents to organize (1.0) | 1.20 | 325.00 | $390.00 |
| 11/27/2019 | SLP | CA | Maintain document control. | 0.30 | 325.00 | $97.50 |
| 11/27/2019 | KSN | CA | Maintain document control. | 0.10 | 325.00 | $32.50 |
| | | | | **18.50** | | **$6,712.50** |

**Claims Admin/Objections[B310]**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2019 | LDJ | CO | Respond to creditor inquiries | 0.30 | 1245.00 | $373.50 |
| 11/04/2019 | PJK | CO | Research re claim objection procedures, emails with LDJ and cocounsel re same | 0.70 | 695.00 | $486.50 |
| 11/13/2019 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1245.00 | $249.00 |
| 11/15/2019 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1245.00 | $249.00 |
| 11/18/2019 | LDJ | CO | Review claims objections procedures | 0.40 | 1245.00 | $498.00 |
| 11/20/2019 | PJK | CO | Review motion to waive local rules re claim objections | 0.20 | 695.00 | $139.00 |
| 11/20/2019 | PJK | CO | Emails with Kirkland re creditor inquiry | 0.20 | 695.00 | $139.00 |
| 11/22/2019 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1245.00 | $249.00 |
| 11/22/2019 | JEO | CO | Review and finalize motion to Modify Local Rule 3007-1 re claim objections | 1.10 | 895.00 | $984.50 |
| 11/26/2019 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1245.00 | $249.00 |
| 11/27/2019 | LDJ | CO | Respond to creditor inquiries | 0.30 | 1245.00 | $373.50 |
| | | | | **4.00** | | **$3,990.00** |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:    14
Invoice 124326
February 18, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Comp. of Prof./Others** | | | | | | |
| 11/05/2019 | PJK | CPO | Review interim fee app exhibits, email to M Farley re same | 0.30 | 695.00 | $208.50 |
| 11/06/2019 | PEC | CPO | Draft Certificate of No Objection Regarding First Monthly Fee Application of Mark Farley PC (.2); Prepare for filing and service (.1) | 0.30 | 395.00 | $118.50 |
| 11/06/2019 | PJK | CPO | Emails with co-counsel re OCP report, attention to issues re same | 0.30 | 695.00 | $208.50 |
| 11/06/2019 | PJK | CPO | Emails with M Farley and P Cuniff re CNO on fee app, review same and app | 0.20 | 695.00 | $139.00 |
| 11/07/2019 | PEC | CPO | Draft Notice of Filing Second Monthly Fee Application of Marc L. Farley PC | 0.20 | 395.00 | $79.00 |
| 11/07/2019 | PJK | CPO | Review Farley 2nd fee app, emails with cocounsel re same, emails with P Cuniff re same | 0.30 | 695.00 | $208.50 |
| 11/07/2019 | PJK | CPO | Draft quarterly OCP report, email to cocounsel re same | 0.50 | 695.00 | $347.50 |
| 11/08/2019 | PEC | CPO | Revise and review Notice of Second Monthly Fee Application of Mark L. Farley PC (.1); Prepare for filing and service (.2) | 0.30 | 395.00 | $118.50 |
| 11/11/2019 | PEC | CPO | Prepare First Quarterly Statement of Amounts Paid to Ordinary Course Professionals for the Quarter Ending September 30, 2019 for filing and service | 0.20 | 395.00 | $79.00 |
| 11/11/2019 | PJK | CPO | Emails with co-counsel re OCP report, review and finalize same, emails with P Cuniff re same | 0.30 | 695.00 | $208.50 |
| 11/19/2019 | PEC | CPO | Draft Notice of Kirkland & Ellis LLP's September 2019 Monthly Fee Application | 0.20 | 395.00 | $79.00 |
| 11/19/2019 | PJK | CPO | Review K&E 2nd fee app, review and edit notice re same, emails with cocounsel re same, emails with P Cuniff and T Pullen re same | 0.50 | 695.00 | $347.50 |
| 11/20/2019 | PJK | CPO | Telephone calls and emails with M Farley re interim fee app issues | 0.30 | 695.00 | $208.50 |
| 11/27/2019 | JEO | CPO | Review Monthly Application for Compensation [Third] and Reimbursement of Expenses of Mark L. Farley, PC, as Workplace Safety and Incident Response Counsel for the Debtors and Debtors in Possession, for the period from October 1 to October 31, 2019 | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   15
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/27/2019 | PJK | CPO | Review Mark Farley 3rd fee app, edits to notice, emails with M Farley re same, emails with D Potts and Omni re filing/service of same | 0.40 | 695.00 | $278.00 |
| | | | | 4.50 | | $2,807.50 |

### Employee Benefit/Pension-B220

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/11/2019 | PJK | EB | Emails with co-counsel re KEIP motion | 0.20 | 695.00 | $139.00 |
| 11/11/2019 | PJK | EB | Draft notice re revised KERP order, emails with co-counsel re same | 0.50 | 695.00 | $347.50 |
| 11/11/2019 | PJK | EB | Review KERP reply, emails with co-counsel re same, emails with D Potts re filing/service of same, review updated reply for filing | 0.60 | 695.00 | $417.00 |
| 11/11/2019 | LDJ | EB | Correspondence Allyson Weinhouse re: KEIP | 0.20 | 1245.00 | $249.00 |
| 11/11/2019 | LDJ | EB | Review reply re: KERP motion | 0.30 | 1245.00 | $373.50 |
| 11/20/2019 | PJK | EB | Draft motion to shorten re KEIP, emails with co-counsel re same | 0.70 | 695.00 | $486.50 |
| 11/20/2019 | PJK | EB | Emails with P Cuniff, co-counsel, and Omni re KEIP motion, attention to issues re same | 0.40 | 695.00 | $278.00 |
| 11/20/2019 | PEC | EB | Draft Notice of KEIP Motion | 0.20 | 395.00 | $79.00 |
| 11/20/2019 | JEO | EB | Review KEIP Motion | 0.70 | 895.00 | $626.50 |
| 11/22/2019 | PEC | EB | Revise and review Notice of Hearing Regarding KEIP Motion | 0.30 | 395.00 | $118.50 |
| 11/22/2019 | PJK | EB | Review motion to shorten re KEIP, emails with James E. O'Neill re same | 0.30 | 695.00 | $208.50 |
| 11/22/2019 | PJK | EB | Various emails from James E. O'Neill and co-counsel re KEIP motion and motion to shorten | 0.30 | 695.00 | $208.50 |
| 11/22/2019 | PEC | EB | Prepare instructions for filing KEIP Motion and Motion to Shorten Time regarding same | 0.20 | 395.00 | $79.00 |
| 11/22/2019 | JEO | EB | Review and finalize KEIP Motion for filing with court | 1.90 | 895.00 | $1,700.50 |
| 11/22/2019 | JEO | EB | Review and finalize Motion to shorten related to KEIP Motion | 0.60 | 895.00 | $537.00 |
| 11/25/2019 | PEC | EB | Revise and review Notice of KEIP Program | 0.20 | 395.00 | $79.00 |
| 11/26/2019 | PJK | EB | Emails from M Fagen and UST re KEIP comments | 0.20 | 695.00 | $139.00 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:    16
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2019 | PEC | EB | Revise and review Notice of Hearing on KEIP Motion (.2); Prepare for filing and service (.1) | 0.30 | 395.00 | $118.50 |
| 11/26/2019 | JEO | EB | Review entered order shortening time on KEIP Motion | 0.20 | 895.00 | $179.00 |
| 11/27/2019 | PJK | EB | Emails from James E. O'Neill and Omni re NOH on KEIP motion, review same | 0.30 | 695.00 | $208.50 |
| | | | | **8.60** | | **$6,572.00** |

### Executory Contracts [B185]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2019 | PEC | EC | Draft Certificate of No Objection Regarding Motion to Extend 365(d)(4) Deadline (.2); Prepare for filing and service (.2) | 0.40 | 395.00 | $158.00 |
| | | | | **0.40** | | **$158.00** |

### Financial Filings [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2019 | PEC | FF | Draft Certificate of No Objection Regarding Motion to File Schedules Under Seal (.2); Prepare for filing and service (.2) | 0.40 | 395.00 | $158.00 |
| 11/19/2019 | PJK | FF | Call with A Papai re UST fees issue, review notices re same, email from A Papai re same | 0.30 | 695.00 | $208.50 |
| 11/26/2019 | PJK | FF | Emails with UST and A Papai re UST fees | 0.20 | 695.00 | $139.00 |
| 11/29/2019 | LDJ | FF | Review October MOR | 0.30 | 1245.00 | $373.50 |
| 11/29/2019 | PJK | FF | Review Oct MOR, emails with Laura Davis Jones and A&M re same | 0.30 | 695.00 | $208.50 |
| | | | | **1.50** | | **$1,087.50** |

### Financing [B230]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2019 | LDJ | FN | Correspondence with Peter Keane re: final DIP order | 0.20 | 1245.00 | $249.00 |
| 11/05/2019 | PJK | FN | Revise notice of DIP order, emails with P Venter re same, attention to issues re same | 0.40 | 695.00 | $278.00 |
| 11/10/2019 | LDJ | FN | Correspondence with Patrick Venter re: DIP reply | 0.20 | 1245.00 | $249.00 |
| 11/10/2019 | PJK | FN | Emails from LDJ and P Venter re DIP reply, review critical dates | 0.20 | 695.00 | $139.00 |
| 11/11/2019 | LDJ | FN | Review Committee reservation re: DIP | 0.20 | 1245.00 | $249.00 |
| 11/14/2019 | PJK | FN | Coordinate filing of revised final DIP order, | 2.50 | 695.00 | $1,737.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   17
Invoice 124326
February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | declaration, amended agenda and review documents re same (1.0), revise amended agenda (.3), finalize notice re final DIP order (.3), various emails with co-counsel re same (.4), emails with D Potts re filing/service of same (.3), emails with Omni re same (.2) | | | |
| | | | | 3.70 | | $2,901.50 |

### Meeting of Creditors [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2019 | LDJ | MC | Correspondence with Peter Keane re: 341 meeting | 0.10 | 1245.00 | $124.50 |
| 11/01/2019 | PJK | MC | Emails with PSZ&J team re 341 meeting | 0.20 | 695.00 | $139.00 |
| 11/01/2019 | PJK | MC | Prep for 341 meeting | 0.60 | 695.00 | $417.00 |
| 11/01/2019 | PJK | MC | Emails with co-counsel re 341 meeting docs | 0.30 | 695.00 | $208.50 |
| 11/01/2019 | PJK | MC | Attend 341 meeting | 0.30 | 695.00 | $208.50 |
| 11/22/2019 | PJK | MC | Emails from James E. O'Neill and P Cuniff re 341 transcript | 0.20 | 695.00 | $139.00 |
| | | | | 1.70 | | $1,236.50 |

### Plan & Disclosure Stmt. [B320]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2019 | PJK | PD | Calls with KG chambers re hearing dates, revise notice of rescheduled DS hearing, various emails with cocounsel re same and status of items for upcoming hearings | 0.90 | 695.00 | $625.50 |
| 11/15/2019 | PEC | PD | Prepare Notice of Rescheduled Disclosure Statement for filing and service | 0.30 | 395.00 | $118.50 |
| 11/18/2019 | LDJ | PD | Review exclusivity extension motion | 0.30 | 1245.00 | $373.50 |
| 11/18/2019 | LDJ | PD | Review confirmation time line, pending issues | 0.50 | 1245.00 | $622.50 |
| 11/18/2019 | PJK | PD | Review exclusivity motion, draft notice re same, emails with P Cuniff and cocounsel re same | 0.70 | 695.00 | $486.50 |
| 11/18/2019 | PJK | PD | Research issues re revised confirmation timeline, emails with JEO re same | 0.40 | 695.00 | $278.00 |
| 11/18/2019 | PJK | PD | Review final version of exclusivity motion, emails with cocounsel re same, emails with D Potts re filing/service of same | 0.40 | 695.00 | $278.00 |
| 11/20/2019 | LDJ | PD | Review plan confirmation issues, strategy | 2.20 | 1245.00 | $2,739.00 |
| 11/20/2019 | PJK | PD | Emails with James E. O'Neill and co-counsel re | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP

Philadelphia Energy Solutions

70753   -00001

Page:   18

Invoice 124326

February 18, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | confirmation timeline, research re same | | | |
| 11/21/2019 | LDJ | PD | Review plan issues, scheduling, precedent | 2.00 | 1245.00 | $2,490.00 |
| 11/26/2019 | PJK | PD | Review liquidation analysis, draft notice re same, emails with co-counsel re same | 0.50 | 695.00 | $347.50 |
| 11/26/2019 | PJK | PD | Emails with P Cuniff re notice re liquidation analysis | 0.20 | 695.00 | $139.00 |
| 11/26/2019 | LDJ | PD | Review liquidation analysis | 0.30 | 1245.00 | $373.50 |
| 11/26/2019 | LDJ | PD | Review plan issues | 1.50 | 1245.00 | $1,867.50 |
| 11/26/2019 | PEC | PD | Prepare Notice of Filing Exhibit C Liquidation Analysis for filing and service | 0.30 | 395.00 | $118.50 |
| 11/27/2019 | LDJ | PD | Review UST objection to disclosure statement | 0.20 | 1245.00 | $249.00 |
| | | | | 11.00 | | $11,315.00 |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/06/2019 | PEC | RPO | Prepare Second Supplemental Declaration in Support of Kirkland & Ellis LLP's Retention Application for filing and service | 0.30 | 395.00 | $118.50 |
| 11/27/2019 | PEC | RPO | Prepare PJT Supplemental Declaration for filing and service | 0.20 | 395.00 | $79.00 |
| 11/27/2019 | JEO | RPO | Review and finalize Supplemental Declaration of Tara Flanagan in Connection with the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors | 0.40 | 895.00 | $358.00 |
| 11/27/2019 | PJK | RPO | Emails from James E. O'Neill and P Cuniff re PJT supplemental dec, review same | 0.20 | 695.00 | $139.00 |
| | | | | 1.10 | | $694.50 |

### Stay Litigation [B140]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2019 | PJK | SL | Emails from James E. O'Neill and co-counsel re Sunoco stay relief | 0.20 | 695.00 | $139.00 |
| 11/07/2019 | PJK | SL | Call with cocounsel re Sunoco stay motion status, email to JEO re same | 0.20 | 695.00 | $139.00 |
| 11/07/2019 | PJK | SL | Emails with cocounsel re Sunoco stay relief | 0.20 | 695.00 | $139.00 |
| 11/12/2019 | PJK | SL | Review draft objection to Sunoco motion, emails from cocounsel and LDJ re same | 0.50 | 695.00 | $347.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

|  | 1.10 | $764.50 |

**TOTAL SERVICES FOR THIS MATTER:**                           **$92,929.00**

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   20
Invoice 124326
February 18, 2020

---

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 01/30/2019 | DC | 70753.00001 Advita Charges for 01-30-19 | 7.50 |
| 01/31/2019 | DC | 70753.00001 Advita Charges for 01-31-19 | 7.50 |
| 11/01/2019 | DC | 70753.00001 Advita Charges for 11-01-19 | 23.00 |
| 11/01/2019 | DC | 70753.00001 Advita Charges for 11-01-19 | 99.50 |
| 11/01/2019 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 11/01/2019 | RE | ( 2 @0.10 PER PG) | 0.20 |
| 11/01/2019 | RE | ( 6 @0.10 PER PG) | 0.60 |
| 11/01/2019 | RE | ( 50 @0.10 PER PG) | 5.00 |
| 11/01/2019 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/01/2019 | RE | ( 10 @0.10 PER PG) | 1.00 |
| 11/01/2019 | RE | ( 140 @0.10 PER PG) | 14.00 |
| 11/01/2019 | RE | ( 18 @0.10 PER PG) | 1.80 |
| 11/01/2019 | RE | ( 15 @0.10 PER PG) | 1.50 |
| 11/01/2019 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 80 @0.10 PER PG) | 8.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 11/01/2019 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | 4.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:    21
Invoice 124326
February 18, 2020

| | | | |
|---|---|---|---|
| 11/01/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/01/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/01/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/01/2019 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/01/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/01/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/01/2019 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/01/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/01/2019 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 11/01/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/01/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/01/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/01/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/01/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/01/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/04/2019 | DC | 70753.00001 Advita Charges for 11-04-19 | 15.00 |
| 11/04/2019 | RE | ( 121 @0.10 PER PG) | 12.10 |
| 11/04/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/04/2019 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/05/2019 | RE | ( 960 @0.10 PER PG) | 96.00 |
| 11/06/2019 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/07/2019 | DC | 70753.00001 Advita Charges for 11-07-19 | 7.50 |
| 11/07/2019 | DC | 70753.00001 Advita Charges for 11-07-19 | 29.00 |
| 11/07/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/08/2019 | RE | ( 627 @0.10 PER PG) | 62.70 |
| 11/08/2019 | RE | ( 102 @0.10 PER PG) | 10.20 |
| 11/08/2019 | RE | ( 54 @0.10 PER PG) | 5.40 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753  -00001

Page:   22
Invoice 124326
February 18, 2020

| | | | |
|---|---|---|---|
| 11/08/2019 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 11/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 11/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/08/2019 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 11/08/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/08/2019 | RE2 | SCAN/COPY ( 285 @0.10 PER PG) | 28.50 |
| 11/08/2019 | RE2 | SCAN/COPY ( 75 @0.10 PER PG) | 7.50 |
| 11/08/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/12/2019 | DC | 70753.00001 Advita Charges for 11-12-19 | 7.50 |
| 11/12/2019 | DC | 70753.00001 Advita Charges for 11-12-19 | 23.00 |
| 11/12/2019 | RE | ( 72 @0.10 PER PG) | 7.20 |
| 11/12/2019 | RE | ( 57 @0.10 PER PG) | 5.70 |
| 11/12/2019 | RE | ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/12/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/12/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/12/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/12/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/12/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/13/2019 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/13/2019 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   23
Invoice 124326
February 18, 2020

| | | | |
|---|---|---|---|
| 11/13/2019 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 11/13/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/13/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/13/2019 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/13/2019 | RE2 | SCAN/COPY ( 640 @0.10 PER PG) | 64.00 |
| 11/13/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/13/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/13/2019 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/13/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/13/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/13/2019 | RE2 | SCAN/COPY ( 372 @0.10 PER PG) | 37.20 |
| 11/14/2019 | DC | 70753.00001 Advita Charges for 11-14-19 | 22.50 |
| 11/14/2019 | DC | 70753.00001 Advita Charges for 11-14-19 | 60.00 |
| 11/14/2019 | DC | 70753.00001 Advita Charges for 11-14-19 | 23.00 |
| 11/14/2019 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 11/14/2019 | RE | ( 4 @0.10 PER PG) | 0.40 |
| 11/14/2019 | RE | ( 123 @0.10 PER PG) | 12.30 |
| 11/14/2019 | RE | ( 56 @0.10 PER PG) | 5.60 |
| 11/14/2019 | RE | ( 28 @0.10 PER PG) | 2.80 |
| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 150 @0.10 PER PG) | 15.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 180 @0.10 PER PG) | 18.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/14/2019 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | 9.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 884 @0.10 PER PG) | 88.40 |
| 11/14/2019 | RE2 | SCAN/COPY ( 96 @0.10 PER PG) | 9.60 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 405 @0.10 PER PG) | 40.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

| | | | |
|---|---|---|---|
| 11/14/2019 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 85 @0.10 PER PG) | 8.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 83 @0.10 PER PG) | 8.30 |
| 11/14/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/14/2019 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 882 @0.10 PER PG) | 88.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2075 @0.10 PER PG) | 207.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 252 @0.10 PER PG) | 25.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 441 @0.10 PER PG) | 44.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

| | | | |
|---|---|---|---|
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/14/2019 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1323 @0.10 PER PG) | 132.30 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 249 @0.10 PER PG) | 24.90 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1326 @0.10 PER PG) | 132.60 |
| 11/14/2019 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/14/2019 | RE2 | SCAN/COPY ( 99 @0.10 PER PG) | 9.90 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | 6.70 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 11/14/2019 | RE2 | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 11/14/2019 | RE2 | SCAN/COPY ( 55 @0.10 PER PG) | 5.50 |
| 11/14/2019 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   26
Invoice 124326
February 18, 2020

| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2019 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/15/2019 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 11/15/2019 | TR | Transcript [E116] eScribers, Inv. 288336, PEC | 104.40 |
| 11/18/2019 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/19/2019 | DC | 70753.00001 Advita Charges for 11-19-19 | 203.00 |
| 11/19/2019 | RE | ( 33 @0.10 PER PG) | 3.30 |
| 11/19/2019 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2019 | RE2 | SCAN/COPY ( 418 @0.10 PER PG) | 41.80 |
| 11/20/2019 | RE | ( 218 @0.10 PER PG) | 21.80 |
| 11/20/2019 | RE | ( 5 @0.10 PER PG) | 0.50 |
| 11/21/2019 | RE | ( 7 @0.10 PER PG) | 0.70 |
| 11/22/2019 | DC | 70753.00001 Advita Charges for 11-22-19 | 7.50 |
| 11/22/2019 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/22/2019 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/23/2019 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/25/2019 | DC | 70753.00001 Advita Charges for 11-25-19 | 7.50 |
| 11/25/2019 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2019 | RE | ( 434 @0.10 PER PG) | 43.40 |
| 11/25/2019 | RE | ( 76 @0.10 PER PG) | 7.60 |
| 11/25/2019 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2019 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/25/2019 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/25/2019 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/25/2019 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/26/2019 | RE | ( 37 @0.10 PER PG) | 3.70 |
| 11/26/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/27/2019 | DC | 70753.00001 Advita Charges for 11-27-19 | 7.50 |

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753   -00001

Page:   27
Invoice 124326
February 18, 2020

| 11/27/2019 | RE | ( 144 @0.10 PER PG) | 14.40 |
| 11/27/2019 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/27/2019 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/27/2019 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/30/2019 | PAC | Pacer - Court Research | 490.00 |

**Total Expenses for this Matter**                    **$2,846.60**

Pachulski Stang Ziehl & Jones LLP
Philadelphia Energy Solutions
70753    -00001

Page:    28
Invoice 124326
February 18, 2020

---

## REMITTANCE ADVICE

### Please include this Remittance with your payment

**For current services rendered through:**    **11/30/2019**

| | |
|---|---|
| **Total Fees** | **$92,929.00** |
| **Total Expenses** | **2,846.60** |
| **Total Due on Current Invoice** | **$95,775.60** |

**Outstanding Balance from prior invoices as of**    **02/18/2020**    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 123781 | 12/31/2019 | $94,666.50 | $320.04 | $94,986.54 |
| 124148 | 10/31/2019 | $99,114.50 | $2,864.24 | $101,978.74 |

**Total Amount Due on Current and Prior Invoices:**    **$292,740.88**