IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (LSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 1042 |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FOURTH MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS RESTRUCTURING ADVISORS TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Restructuring Advisors to the Debtors for the Period from November 1, 2019 through November 30, 2019* [Docket No. 1042] (the "Application"), filed on February 24, 2020. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than March 16, 2020, at 4:00 p.m., prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 215], the Debtors are authorized to pay Alvarez & Marsal North America, LLC $344,218.00

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

DOCS_DE:225933.4 70753/001

which represents 80% of the fees ($430,272.50) and $18,650.47, which represents 100% of the expenses requested in the Application for the period November 1, 2019 through November 30, 2019 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: March 17, 2020  
Wilmington, Delaware

/s/ Peter J. Keane
_____
Laura Davis Jones (DE Bar No. 2436)  
James E. O'Neill (DE Bar No. 4042)  
Peter J. Keane (DE Bar No. 5503)  
**PACHULSKI STANG ZIEHL & JONES LLP**  
919 North Market Street, 17th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705 (Courier 19801)  
Telephone:   (302) 652-4100  
Facsimile:    (302) 652-4400  
Email:          ljones@pszjlaw.com  
                    joneill@pszjlaw.com  
                    pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.  
Steven N. Serajeddini (admitted *pro hac vice*)  
Matthew C. Fagen (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:    (212) 446-4900  
Email:          edward.sassower@kirkland.com  
                    steven.serajeddini@kirkland.com  
                    matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*