**IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES Holdings, LLC, *et al.*,[1] | ) ) ) | Case No. 19-11626 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENT TO MARBLE RIDGE CAPITAL LP'S AND SERENGETI ASSET MANAGEMENT LP'S WITNESS AND EXHIBIT LIST FOR JUNE 25, 2020 HEARING**

Marble Ridge Capital LP, on behalf of certain funds and accounts it manages ("Marble Ridge"), and Serengeti Asset Management LP, on behalf of certain funds and accounts it manages ("Serengeti," and together with Marble Ridge, the "Objecting Lenders"), submits this Supplement to its Witness and Exhibit List [Docket No. 1353] (the "Witness and Exhibit List") concerning the hearing on June 25, 2020 at 10:15 a.m. (Eastern Time) to consider the Debtors' Motion for Entry of an Order (i) Approving the Amendment to the Purchase Agreement and (ii) Granting Related Relief [Docket No. 1324] (the "Motion").

## EXHIBITS

In addition to the exhibits listed in the Witness and Exhibit List, the Objecting Lenders designate the following additional exhibit that may be introduced at the hearing:

| **Exhibit No.** | **Document Description** |
|---|---|
| 18. | Declaration of Mr. Daniel Kamensky [Docket 1338] |

The Objecting Lenders reserve the right to supplement this exhibit list prior to the hearing.

[*remainder of page left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

1

DATED: June 24, 2020            **BAYARD P.A.**

*/s/ Neil Glassman*
Neil Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
600 North King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
Email: NGlassman@bayardlaw.com
Email: GFinizio@bayardlaw.com

**HUNTON ANDREWS KURTH LLP**

Paul N. Silverstein (admitted *pro hac vice*)
Joseph Buoni (admitted *pro hac vice*)
Brian M. Clarke (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Email: paulsilverstein@huntonak.com
Email: josephbuoni@huntonak.com
Email: brianclarke@huntonak.com

*Counsel to Marble Ridge Capital LP and Serengeti Asset Management LP*