## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 19-11626 (LSS)
PES HOLDINGS, LLC, *ET AL.*, :
: Jointly Administered
Debtors. :
;
---------------------------------------------------------- x

### NOTICE OF CHANGE IN CONTACT INFORMATION

The undersigned counsel gives notice of a change of contact information as follows.

Pepper Hamilton LLP has combined with Troutman Sanders LLP.  The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020.  While the office address, phone numbers and facsimile numbers for the undersigned Troutman Pepper attorneys have not changed, such attorneys' email addresses have changed as follows:

1. Douglas D. Herrmann -  douglas.herrmann@troutman.com

2. Marcy J. McLaughlin Smith – marcy.smith@troutman.com

| | |
|---|---|
| Dated:  July 1, 2020<br>Wilmington, DE | */s/ Marcy J. McLaughlin Smith*<br>Douglas D. Herrmann (DE No. 4872)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 170<br>Wilmington, Delaware  19899-1709<br>Telephone:      (302) 777-6500<br>Facsimile:       (302) 421-8390<br>E-mail: douglas.herrmann@troutman.com<br>E-mail: marcy.smith@troutman.com<br><br>*Counsel to HRP Philadelphia Holdings, LLC* |

#58635448 v1