## **CERTIFICATE OF SERVICE**

I, Marcy J. McLaughlin Smith, hereby certify that on the 1st day of July, 2020, I caused the foregoing *Notice of Change of Contact Information* to be served on all parties which have entered their appearance via the Court's CM/ECF electronic filing system.

                                                */s/ Marcy J. McLaughlin Smith*
                                                Marcy J. McLaughlin Smith (DE No. 6184)