IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] ) | Case No. 19-11626 (LSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | Hearing Date: <u>September 15, 2020 at 2:00 p.m. (ET)</u> |
| ) | Objection Deadline: July 29, 2020 at 4:00 p.m. (ET) |
| ) | |
| ) | **Re: Docket No. 1408** |

## <u>RE-NOTICE</u> OF FILING OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JULY 21, 2019 THROUGH FEBRUARY 29, 2020

**PLEASE TAKE NOTICE** that on July 8, 2020, Pachulski Stang Ziehl & Jones LLP, co-counsel for the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), filed and served the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel to the Debtors and Debtors in Possession for the Period From July 21, 2019 Through February 29, 2020* (the "<u>Application</u>") [Docket No. 1408] seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $1,020,862.50, and reimbursement for actual and necessary expenses in the amount of $70,014.09. A copy of the Application was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing, and be filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"), 824 North Market Street, 3rd Floor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

DOCS_DE:227049.11

Wilmington, Delaware 19801, on or before **July 29, 2020 at 4:00 p.m. prevailing Eastern time**.

The Application is submitted pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 215] (the "Interim Compensation Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, PES Holdings, LLC, 1735 Market Street, Philadelphia, Pennsylvania 19103, Attn: John B. McShane; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Steven N. Serajeddini and Matthew C. Fagen; (iii) co-counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones; (iv) counsel to ICBC Standard Bank Plc, Weil, Gotshal & Manges LLP - 767 Fifth Avenue, New York, NY 10153-0119. Attn: David N. Griffiths and Bryan R. Podzius; (v) counsel to the lenders under the Debtors' prepetition first lien term loan facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, Attn: Damian S. Schaible and Aryeh Ethan Falk; (vi) the Office of the U.S. Trustee for the District of Delaware (the "U.S. Trustee"), 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: David L. Buchbinder; (vii) counsel to the official committee of unsecured creditors, Brown Rudnick LLP – Seven Times Square, New York, NY 10036. Attn: Robert J. Stark and Max D. Schlan; and (viii) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Application Recipients").

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON **SEPTEMBER 15, 2020 AT 2:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: July 27, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Peter J. Keane (DE Bar No. 5503)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                    joneill@pszjlaw.com<br>                    pkeane@pszjlaw.com<br><br>- and -<br><br>Edward O. Sassower, P.C.<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           edward.sassower@kirkland.com<br>                    steven.serajeddini@kirkland.com<br>                    matthew.fagen@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

DOCS_DE:227049.11