# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (LSS) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Re: Docket No. 1267** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD INTERIM FEE APPLICATION OF PJT PARTNERS LP AS INVESTMENT BANKER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2020 THROUGH MARCH 31, 2020**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Third Interim Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of January 1, 2020 through March 31, 2020* [Docket No. 1267] (the "Application"), filed on May 20, 2020.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon.  Pursuant to the Notice of Application, responses to the Application were to be filed and served no later than June 10, 2020, at 4:00 p.m., prevailing Eastern Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).  The Debtors' service address is:  1735 Market Street, Philadelphia, Pennsylvania 19103.

---

Header:

Case 19-11626-LSS    Doc 1463    Filed 08/14/20    Page 2 of 2

| Dated: August 14, 2020 | /s/ Peter J. Keane |
|---|---|
| Wilmington, Delaware | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Peter J. Keane (DE Bar No. 5503) |
| | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | pkeane@pszjlaw.com |

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
steven.serajeddini@kirkland.com
matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

2

DOCS_DE:227361.7 70753/001