IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on August 14, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **The PES Liquidating Trust's First Omnibus (Non-Substantive) Objection to Certain (I) Late Filed Claims and (II) No Liability Claims [Docket No. 1464].**

Dated: August 17, 2020

_____
Colin Linebaugh
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     }ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 17th day of August, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Aadministrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID.PARHAM@AKERMAN.COM | AKERMAN LLP<br>JOHN.MITCHELL@AKERMAN.COM | AKERMAN LLP<br>KATHERINE.FACKLER@AKERMAN.COM |
| BAKER BOTTS LLP<br>OMAR.ALANIZ@BAKERBOTTS.COM | BAKER HUGHES<br>KRISTIN.MCLAURIN@BHGE.COM | BMC GROUP, INC<br>FEIL.BMC@ECFALERTS.COM |
| BRANDSAFWAY INDUSTRIES, LLC<br>BDUNPHY@BRANDSAFWAY.COM | BROWN RUDNICK LLP<br>MSCHLAN@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>SPOHL@BROWNRUDNICK.COM | BRYAN CAVE LEIGHTON PAISNER LLP<br>ERIC.PREZANT@BCLPLAW.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SCHRISTIANSON@BUCHALTER.COM |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT<br>BFJ@CHIMICLES.COM | CHIPMAN BROWN CICERO & COLE LLP<br>CHIPMAN@CHIPMANBROWN.COM | CHIPMAN BROWN CICERO & COLE LLP<br>OLIVERE@CHIPMANBROWN.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN.HARPER@PHILA.GOV | COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN,<br>SDAUGHERTY@COHENSEGLIAS.COM | COHEN, WEISS AND SIMON LLP<br>MWOODS@CWSNY.COM |
| COHEN, WEISS AND SIMON LLP<br>RSELTZER@CWSNY.COM | CONSTELLATION NEW ENERGY INC<br>DAVID.ELLSWORTH@CONSTELLATION.COM | CROSS & SIMON, LLC<br>CSIMON@CROSSLAW.COM |
| CROSS & SIMON, LLC<br>KMANN@CROSSLAW.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>DAVID.TOSCANO@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JAMES.MCCLAMMY@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERKANOVA@PA.GOV | DOSHI LEGAL GROUP, PC<br>AMISH@DOSHILEGAL.COM | DUANE MORRIS LLP<br>JPHITCHINGS@DUANEMORRIS.COM |
| ELLIOTT GREENLEAF, P.C.<br>JMS@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>RXZA@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>SAK@ELLIOTTGREENLEAF.COM |
| EMMET, MARVIN & MARTIN, LLP<br>TPITTA@EMMETMARVIN.COM | ENVIRONMENTAL ENFORCEMENT SECTION<br>JOHN.BRODERICK@USDOJ.GOV | ERIC O'TOOLE<br>EMAIL ADDRESS REDACTED |
| GELLERT SCALI BUSENKELL & BROWN, LLC<br>RGELLERT@GSBBLAW.COM | GIBBONS P.C.<br>HCOHEN@GIBBONSLAW.COM | GIBBONS, P.C.<br>DBARNEY@GIBBONSLAW.COM |
| HAYNES AND BOONE, LLP<br>CHARLIE.JONES@HAYNESBOONE.COM | HAYNES AND BOONE, LLP<br>FRASHER.MURPHY@HAYNESBOONE.COM | HOGAN MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM |
| HUSCH BLACKWELL, LLP<br>LYNN.BUTLER@HUSCHBLACKWELL.COM | ICBC STANDARD BANK PLC<br>DAVID.STAAB@HAYNESBOONE.COM | ICBC STANDARD BANK PLC<br>KENRIC.KATTNER@HAYNESBOONE.COM |

| | | |
|---|---|---|
| INDUSTRIAL SPECIALTY SERVICES, LLC<br>BDUNPHY@BRANDSAFWAY.COM | INDUSTRIAL SPECIALTY SERVICES, LLC (D/B/A BRAN<br>BDUNPHY@BRANDSAFWAY.COM | JACK SHRUM, PA<br>JSHRUM@JSHRUMLAW.COM |
| JACKSON WALKER LLP<br>BRUZINSKY@JW.COM | KIRKLAND & ELLIS LLP<br>EDWARD.SASSOWER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MATTHEW.FAGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LATHAM & WATKINS LLP<br>ERIC.MERRILL@LW.COM | LATHAM & WATKINS LLP<br>JONATHAN.ROD@LW.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SKAUFMAN@SKAUFMANLAW.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LUXE ENERGY, LLC.<br>SPATRANELLA@LUXEENERGY.COM | MANIER & HEROD<br>MCOLLINS@MANIERHEROD.COM | MANIER & HEROD<br>RMILLER@MANIERHEROD.COM |
| MANIER & HEROD<br>SPOTEET@MANIERHEROD.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLI<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JSHEERIN@MCGUIREWOODS.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>NLIN@STROOCK.COM | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY@DOR.MS.GOV | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>AREMMING@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PTOPPER@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>CATTOI@GTLAW.COM |
| NGL ENERGY PARTNERS, LP<br>MELOROD@GTLAW.COM | NIXON PEABODY LLP<br>CFONG@NIXONPEABODY.COM | NIXON PEABODY LLP<br>RPEDONE@NIXONPEABODY.COM |
| NORTON ROSE FULBRIGHT US LLP<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CC | NORTON ROSE FULBRIGHT US LLP<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MJOYCE@OELEGAL.COM |
| OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID.L.BUCHBINDER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JONEILL@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>LJONES@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>PKEANE@PSZJLAW.COM | POST & SCHELL, P.C<br>BBISIGNANI@POSTSCHELL.COM |
| REED SMITH LLP<br>KPOLYANSKY@REEDSMITH.COM | REED SMITH, LLP<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KGWYNNE@REEDSMITH.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>SCHLAUCH@RLF.COM |

| | | |
|---|---|---|
| RICHARDS, LAYTON & FINGER, P.A<br>SHAPIRO@RLF.COM | SMITH, KATZENSTEIN & JENKINS LLP<br>KMILLER@SKJLAW.COM | STEVENS & LEE, P.C.<br>JHH@STEVENSLEE.COM |
| STEVENS & LEE, P.C.<br>RL@STEVENSLEE.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM.WRIGHT@ENERGYTRANSFER.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM.LONG@ENERGYTRANSFER.COM |
| THOMPSON COBURN LLP<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DAVID.FOURNIER@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DOUGLAS.HERRMANN@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>EDWARD.TOOLE@TROUTMAN.CO | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>KENNETH.LISTWAK@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>MARCY.SMITH@TROUTMAN.COM |
| UNITED STATES DEPT OF JUSTICE<br>ALAN.TENENBAUM@USDOJ.GOV | UNITED STEELWORKERS<br>ARESNICK@USW.ORG | UNITED STEELWORKERS<br>DJURY@USW.ORG |
| VANE LINE BUNKERING INC<br>PPOTTER@VANEBROTHERS.COM | WEBSTER BANK, NA<br>MKORMAN@WEBSTERBANK.COM | WEIL, GOTHSAL & MANGES, LLP<br>BRYAN.PODZIUS@WEIL.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>DAVID.GRIFFITHS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>RAY.SCHROCK@WEIL.COM | WESTERMAN BALL EDERER MILLER ZUCKER & SHAR<br>ALADD@WESTERMANLLP.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHAR<br>MHENNESSY@WESTERMANLLP.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CAJONES@WTPLAW.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>RRILEY@WTPLAW.COM |
| WILLIAM TOMPKINS<br>EMAIL ADDRESS REDACTED | WILMER CUTLER PICKERING HALE & DORR LLP<br>BENJAMIN.LOVELAND@WILMERHALE.COM | WILMER CUTLER PICKERING HALE & DORR LLP<br>CRAIG.GOLDBLATT@WILMERHALE.COM |
| WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN.PATTERSON@WBD-US.COM | |

Parties Served:  119

**EXHIBIT B**

| | | |
|---|---|---|
| AKERMAN LLP<br>ATTN: JOHN MITCHELL/DAVID W. PARHAM<br>2001 ROSS AVE, STE 3600<br>DALLAS, TX 75201 | AKERMAN LLP<br>ATTN: MARY KATHERINE FACKLER<br>50 N LAURA ST, STE 3100<br>JACKSONVILLE, FL 32202 | AMETEK CANADA INC<br>P.O. BOX 1906<br>CALGARY, AB T2P 2M2<br>CANADA |
| AMETEK CANADA LP<br>ATTN: BETTY FANG<br>2876 SUNRIDGE WAY NE<br>CALGARY, ALBERTA T1Y 7H9<br>CANADA | BRANDSAFWAY INDUSTRIES, LLC<br>ATTN: BRENDAN DUNPHY<br>22-08 ROUTE 208 S<br>FAIR LAWN, NJ 07410 | BRANDSAFWAY SERVICES, LLC<br>10 INDUSTRIALHIGHWAY MS 24, STE 2<br>LESTER, PA 19113 |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>ATTN: BENJAMIN JOHNS/ANDREW FERICH<br>ATTN: ALEX KASHURBA<br>ONE HAVERFORD CENTRE<br>361 WEST LANCASTER AVE<br>HARTFORD, PA 19041 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>OFFICE OF CHIEF COUNSEL<br>ATTN: GINA M. THOMAS<br>2 EAST MAIN ST.<br>NORRISTOWN, PA 19401 | CONSTELLATION NEW ENERGY INC<br>ATTN: JIM MCHUGH<br>100 CONSTELLATION WAY, STE 500<br>BALTIMORE, MD 21202-6302 |
| CORTLAND CAPITAL MARKET SERVICES<br>ATTN: KALEIGH ROWE<br>AND LEGAL DEPARTMENT<br>225 W WASHINGTON ST, 9TH FL<br>CHICAGO, IL 60606 | ERIC O'TOOLE<br>ADDRESS REDACTED | ICBC STANDARD BANK PLC<br>AS SOA COLLATERAL AGENT<br>20 GRESHAM ST<br>LONDON, EC2V 7JE<br>UNITED KINGDOM |
| ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: DAVID STAAB/F MURPHY/C JONES<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | ICBC STANDARD BANK PLC<br>C/O HAYNES AND BOONE LLP<br>ATTN: KENRIC KATTNER<br>1221 MCKINNEY ST, STE 2100<br>HOUSTON, TX 77010 | INDUSTRIAL SPECIALTY SERVICES<br>ATTN: STEVE SMITH<br>DBA BRAND ENERGY SERVICES<br>740 VETERANS DR<br>SWEDESBORO, NJ 08085 |
| INDUSTRIAL SPECIALTY SERVICES, LLC<br>C/O BRANDSAFWAY SERVICES LLC<br>ATTN: BRENDAN DUNPHY<br>22-08 ROUTE 208 S<br>FAIR LAWN, NJ 07410 | INDUSTRIAL SPECIALTY SERVICES, LLC (D/B/A BRAND<br>ATTN: BRENDAN DUNPHY<br>22-08 ROUTE 208 S<br>FAIR LAWN, NJ 07410 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| KINDER MORGAN LIQUIDS TERMINALS, LLC<br>1001 LOUISIANA ST, STE 1000<br>HOUSTON, TX 77002 | KIRKLAND & ELLIS LLP<br>ATTN: EDWARD SASSOWER/MATTHEW FAGEN<br>ATTN: STEVEN SERAJEDDINI<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P DILLMAN<br>P.O. BOX 3064<br>HOUSTON, TX 77253-3064 |
| MERRILL LYNCH COMMODITIES, INC.<br>AS SOA COLLATERAL AGENT<br>20 E GREENWAY PLAZA, STE 700<br>HOUSTON, TX 77046 | MERRILL LYNCH COMMODITIES, INC.<br>C/O STROOCK & STROOCK & LAVAN LLP<br>ATTN: NATALIE LIN<br>180 MAIDEN LN<br>NEW YORK, NY 10038 | MISSISSIPPI DEPARTMENT OF REVENUE<br>ATTN: BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>P.O. BOX 960<br>JACKSON, MS 39205-0960 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ATTN: ROBERT J. DEHNEY<br>ATTN: ANDREW REMMING/PAIGE TOPPER<br>1201 N MARKET ST, 16TH FL<br>P.O. BOX 1347<br>WILMINGTON, DE 19899-1347 | NGL ENERGY PARTNERS, LP<br>6120 S YALE AVE, STE 805<br>TULSA, OK 74136 |
| NGL ENERGY PARTNERS, LP<br>C/O GREENBERG TRAURIG LLP<br>ATTN: DENNIS MELORO<br>THE NEMOURS BUILDING<br>1007 N ORANGE ST, STE 1200<br>WILMINGTON, DE 19801 | NGL ENERGY PARTNERS, LP<br>C/O GREENBERG TRAURIG LLP<br>ATTN: ISKENDER CATTO/RYAN WAGNER<br>METLIFE BUILDING<br>200 PARK AVE<br>NEW YORK, NY 10166 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>DELAWARE DEPT OF JUSTICE<br>CARVEL STATE BLDG<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 |
| STATE OF DELAWARE<br>DIVISION OF REVENUE<br>820 N FRENCH ST, 8TH FL<br>WILMINGTON, DE 19801-0820 | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>C/O ENERGY TRANSFER PARTNERS, LP<br>ATTN: CHIEF FINANCIAL OFFICER<br>8111 WESTCHESTER DR<br>DALLAS, TX 75225 | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>C/O ENERGY TRANSFER PARTNERS, LP<br>ATTN: GENERAL COUNSEL<br>1300 MAIN ST<br>HOUSTON, TX 77002 |

| | | |
|---|---|---|
| SUNOCO PARTNERS MARKETING & TERMINAL LP<br>ATTN: JOSEPH COLELLA, SENIOR VP<br>3801 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 | SUNOCO PARTNERS MARKETING & TERMINAL LP<br>C/O VINSON & ELKINS LLP<br>ATTN: KAREN SMITH<br>666 5TH AVE, 6TH FL<br>NEW YORK, NY 10103 | WEBSTER BANK, NA<br>ATTN: MARK KORMAN, VP<br>200 EXECUTIVE BLVD, SO-220<br>SOUTHINGTON, CT 06489 |
| WILLIAM TOMPKINS<br>ADDRESS REDACTED | | |

Parties Served: 37