# EXHIBIT A

## Schedule of Final Fee Applications

| PROFESSIONAL | ROLE | DOCKET NO. | PERIOD COVERED | FEES REQUESTED | EXPENSES REQUESTED | TOTAL |
|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP | Counsel to the Debtors | 1454 | 7/21/19 – 2/13/20 | $17,125,201.50 | $381,042.69 | $17,506,244.19 |
| Pachulski Stang Ziehl & Jones LLP | Co-Counsel to the Debtors | 1408 | 7/21/19 – 2/29/20 | $1,020,862.50 | $70,014.09 | $1,090,876.59 |
| Alvarez & Marsal North America, LLC | Restructuring Advisor to the Debtors | 1437 | 7/22/19 – 2/13/20 | $4,520,365.00 | $213,089.12 | $4,733,454.12 |
| PJT Partners LP | Investment Banker to the Debtors | 1455 | 7/21/19 – 2/13/20 | $6,397,967.19 | $35,621.79 | $6,433,588.98 |
| Tax Advisory Services Group, LLC | Tax Advisor to the Debtors | 1460 | 7/22/19 – 2/13/20 | $50,355.00 | $2,456.22 | $52,811.22 |
| Omni Management Group, Inc. | Administrative Advisor to the Debtors | 1446 | 7/21/19 – 2/13/20 | $16,950.00 | $885.34 | $17,835.34 |
| Mark L. Farley, PC | Workplace Safety and Incident Response Counsel to the Debtors | 1440 | 7/21/19 – 2/29/20 | $2,123,390.00 | $113,490.97 | $2,236,880.97 |
| Brown Rudnick LLP | Counsel to the Official Committee of Unsecured Creditors | 1453 | 8/1/19 – 2/13/20 | $4,588,483.62 | $82,338.33 | $4,648,362.95[1] |
| Elliott Greenleaf, P.C. | Co-Counsel to the Official Committee of Unsecured Creditors | 1452 | 8/1/19 – 2/13/20 | $761,923.50 | $9,923.75 | $771,847.25 |
| Conway Mackenzie, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | 1405 | 8/1/19 – 6/26/20 | $3,489,789.75 | $82,671.18 | $3,572,460.93 |

---

[1] Amount reflects an agreed reduction in fees of $22,459.