# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | Case No. 19-11626 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 1, 2020 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[1]**

**PLEASE NOTE: THE HEARING HAS BEEN CANCELED WITH PERMISSION OF THE COURT AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTER:**

1. Liquidating Trust Board's Second Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 11/11/20] (Docket No. 1588).

    Response Deadline: November 18, 2020 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    a. [Proposed] Fifth Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 9/29/20] (Docket No. 1588, Exhibit A).

    b. Certification of No Objection Regarding Liquidating Trust Board's Second Motion for Entry of an Order (I) Enlarging the Period Within Which the

---

[1] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlinks for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11626 (LSS), or the documents may be obtained for free by accessing the Debtors' restructuring website at https://www.omnimgt.com/PESHoldings2019.

      Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 11/19/20] ([Docket No. 1592](#)).

c.   [Signed] Fifth Order (I) Enlarging The Period Within Which The Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 11/24/20] ([Docket No. 1594](#)).

Status: An order has been entered on this matter.

**CONTINUED MATTERS:**

2. Motion for Allowance and Payment of Administrative Expense Claim [Filed by the City of Philadelphia Department of Public Health, Air Management Services] [Filed: 7/24/20] ([Docket No. 1431](#))

    Response Deadline:  August 18, 2020, at 4:00 p.m. *(extended until December 1, 2020 for the Debtors).*

    Responses Received:  None as of the date of this Notice of Agenda.

    Related Documents:

    a.   [Proposed] Order [Filed: 7/24/20] ([Docket No. 1431](#))

    Status:  This matter is adjourned to the omnibus hearing on January 6, 2021 at 3:00 p.m. (ET).

3. Baker Petrolite LLC's Motion to Allow Late Filed Proof of Claim, Including Its 11 U.S.C. §503(b)(9) Claim to be Treated as Timely Filed [Filed: 9/29/20] ([Docket No. 1543](#))

    Response Deadline:  October 13, 2020 at 4:00 p.m.

    Responses Received:

    a.   Debtors' Objection to Baker Petrolite LLC's Motion to Allow Late Filed Proof of Claim, Including Its 11 U.S.C. §503(b)(9) Claim to be Treated as Timely Filed [Filed: 10/13/20] ([Docket No. 1565](#)).

    b.   GUC Claims Administrator's Reservation of Rights Regarding Baker Petrolite LLC's Motion to Allow Late Filed Proof of Claim, Including Its 11 U.S.C. § 503(b)(9) Claim to Be Treated as Timely Filed [Filed: 10/13/20] ([Docket No. 1566](#)).

    Replies Received:

    a.   Baker Petrolite LLC's Reply to the PES Liquidating Trust's Objection to Motion

to Allow Late Filed Proof of Claim, Including Its 11 U.S.C. §503(b) Claim to Be Treated as Timely Filed [Filed: 11/24/20] (Docket No. 1593).

Related Documents:

a.      [Proposed] Order Allowing Baker Petrolite LLC's Motion to Allow Late Filed Proof of Claim, Including Its 11 U.S.C. §503(b)(9) Claim to be Treated as Timely Filed [Filed: 9/29/20] (Docket No. 1543)

Status: This matter is adjourned to the omnibus hearing on January 6, 2021 at 3:00 p.m. (ET).

| | |
|---|---|
| Dated:  November 25, 2020<br>Wilmington, Delaware | */s/ Peter J. Keane* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
          joneill@pszjlaw.com
          pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C.  (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          steven.serajeddini@kirkland.com
          matthew.fagen@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*