**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.,*[1] | Case No. 19-11626 (LSS) |
| Debtors. | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Richard Gage of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, to represent ICBC Standard Bank Plc in the above-captioned cases and any and all adversary proceedings commenced therein.

Date:   December 9, 2020
       Wilmington, Delaware

*/s/ Zachary I. Shapiro*
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:  shapiro@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

RLF1 24438884v.1

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, am admitted to practice before the United States District Court for the Southern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 9, 2020

                                           */s/ Richard Gage*
                                           Richard Gage
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, NY 10153
                                           Telephone:  (212) 310-8000
                                           Facsimile:  (212) 310-8007
                                           E-mail:  richard.gage@weil.com

**<u>ORDER GRANTING MOTION</u>**

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                           **LAURIE SELBER SILVERSTEIN**
      **Dated: December 11th, 2020**             **UNITED STATES BANKRUPTCY JUDGE**
      **Wilmington, Delaware**
RLF1 24438884v.1