## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, et al.,[1] | Case No. 19-11626 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 4, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via first class mail, postage prepaid, to the parties listed in **Exhibit B** attached hereto:

- **Certification of No Objection Regarding Motion of the PES Liquidating Trust for Entry of an Order Extending the Deadline to File and Serve Objections to Claims or Interests [Docket No. 1627].**

- **Order Granting the Motion of the PES Liquidating Trust for Entry of an Order Extending the Deadline to File and Serve Objections to Claims or Interests [Docket No. 1628].**

Dated: January 6, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 24th day of January, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> CAROLYN K. CASHMAN
> COMM. #2232009
> Notary Public - California
> Los Angeles County
> My Comm. Expires Feb. 23, 2022

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# EXHIBIT A

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID PARHAM<br>DAVID.PARHAM@AKERMAN.COM | AKERMAN LLP<br>JOHN MITCHELL<br>JOHN.MITCHELL@AKERMAN.COM | AKERMAN LLP<br>KATHERINE FACKLER<br>KATHERINE.FACKLER@AKERMAN.COM |
| BAKER BOTTS LLP<br>OMAR ALANIZ<br>OMAR.ALANIZ@BAKERBOTTS.COM | BAKER HUGHES<br>KRISTEN MCLAURIN<br>KRISTIN.MCLAURIN@BHGE.COM | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>KEVIN M. CAPUZZI<br>KCAPUZZI@BENESCHLAW.COM |
| BMC GROUP, INC<br>TINAMARIE FEIL<br>FEIL.BMC@ECFALERTS.COM | BROWN RUDNICK LLP<br>MAX D. SCHLAN<br>MSCHLAN@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>ROBERT STARK<br>RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>STEVEN POHL<br>SPOHL@BROWNRUDNICK.COM | BRYAN CAVE LEIGHTON PAISNER LLP<br>ERIC S. PREZANT<br>ERIC.PREZANT@BCLPLAW.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>BENJAMIN F. JOHNS<br>BFJ@CHIMICLES.COM | CHIPMAN BROWN CICERO & COLE LLP<br>MARK D. OLIVERE<br>OLIVERE@CHIPMANBROWN.COM | CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM CHIPMAN<br>CHIPMAN@CHIPMANBROWN.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV | COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P<br>SALLY J. DAUGHERTY<br>SDAUGHERTY@COHENSEGLIAS.COM | COHEN, WEISS AND SIMON LLP<br>MELISSA WOODS<br>MWOODS@CWSNY.COM |
| COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | CONSTELLATION NEW ENERGY INC<br>DAVID ELLSWORTH<br>DAVID.ELLSWORTH@CONSTELLATION.COM | CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON<br>CSIMON@CROSSLAW.COM |
| CROSS & SIMON, LLC<br>KEVIN S MANN<br>KMANN@CROSSLAW.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH ETHAN FALK<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>DAVID B. TOSCANO<br>DAVID.TOSCANO@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JAMES I. MCCLAMMY<br>JAMES.MCCLAMMY@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERA KANOVA<br>VERKANOVA@PA.GOV | DOSHI LEGAL GROUP, PC<br>AMISH R. DOSHI<br>AMISH@DOSHILEGAL.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| ELLIOTT GREENLEAF, P.C.<br>JONATHAN STEMERMAN<br>JMS@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>RXZA@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>SHELLEY A. KINSELLA<br>SAK@ELLIOTTGREENLEAF.COM |
| EMMET, MARVIN & MARTIN, LLP<br>THOMAS A. PITTA<br>TPITTA@EMMETMARVIN.COM | ENVIRONMENTAL ENFORCEMENT SECTION<br>JOHN BRODERICK<br>JOHN.BRODERICK@USDOJ.GOV | GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT<br>RGELLERT@GSBBLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS, P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | HAYNES AND BOONE, LLP<br>CHARLES M. JONES<br>CHARLIE.JONES@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP<br>J. FRASHER MURPHY<br>FRASHER.MURPHY@HAYNESBOONE.COM | HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HUSCH BLACKWELL, LLP<br>LYNN BUTLER<br>LYNN.BUTLER@HUSCHBLACKWELL.COM |
| ICBC STANDARD BANK PLC<br>DAVID STAAB<br>DAVID.STAAB@HAYNESBOONE.COM | ICBC STANDARD BANK PLC<br>KENRIC KATTNER<br>KENRIC.KATTNER@HAYNESBOONE.COM | JACK SHRUM, PA<br>J JACKSON SHRUM<br>JSHRUM@JSHRUMLAW.COM |

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**

JACKSON WALKER LLP
BRUCE J. RUZINSKY
BRUZINSKY@JW.COM

KIRKLAND & ELLIS LLP
EDWARD SASSOWER
EDWARD.SASSOWER@KIRKLAND.COM

KIRKLAND & ELLIS LLP
MATTHEW FAGEN
MATTHEW.FAGEN@KIRKLAND.COM

KIRKLAND & ELLIS LLP
STEVEN SERAJEDDINI
STEVEN.SERAJEDDINI@KIRKLAND.COM

LATHAM & WATKINS LLP
ERIC MERRILL
ERIC.MERRILL@LW.COM

LATHAM & WATKINS LLP
JONATHAN ROD
JONATHAN.ROD@LW.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
PATRICIA WILLIAMS PREWITT
PWP@PATTIPREWITTLAW.COM

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
SUSAN KAUFMAN
SKAUFMAN@SKAUFMANLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P DILLMAN
HOUSTON_BANKRUPTCY@PUBLICANS.COM

LUXE ENERGY, LLC.
SAM D. PATRANELLA
SPATRANELLA@LUXEENERGY.COM

MANIER & HEROD
MICHAEL E. COLLINS
MCOLLINS@MANIERHEROD.COM

MANIER & HEROD
ROBERT W. MILLER
RMILLER@MANIERHEROD.COM

MANIER & HEROD
SAM H. POTEET
SPOTEET@MANIERHEROD.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
DAVID PRIMACK
DPRIMACK@MDMC-LAW.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
GARY D. BRESSLER
GBRESSLER@MDMC-LAW.COM

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
MICHAEL R. MORANO
MMORANO@MDMC-LAW.COM

MCGUIREWOODS LLP
JOHN MADDOCK
JMADDOCK@MCGUIREWOODS.COM

MCGUIREWOODS LLP
JOSEPH SHEERIN
JSHEERIN@MCGUIREWOODS.COM

MERRILL LYNCH COMMODITIES, INC.
NATALIE LIN
NLIN@STROOCK.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ANDREW R. REMMING
AREMMING@MNAT.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PAIGE N. TOPPER
PTOPPER@MNAT.COM

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
ROBERT DEHNEY
RDEHNEY@MNAT.COM

NGL ENERGY PARTNERS, LP
DENNIS MELORO
MELOROD@GTLAW.COM

NGL ENERGY PARTNERS, LP
ISKENDER CATTO
CATTOI@GTLAW.COM

NIXON PEABODY LLP
CHRISTOPHER J FONG
CFONG@NIXONPEABODY.COM

NIXON PEABODY LLP
RICHARD C. PEDONE
RPEDONE@NIXONPEABODY.COM

NORTON ROSE FULBRIGHT US LLP
DAVID A. ROSENZWEIG
DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO

NORTON ROSE FULBRIGHT US LLP
H. STEPHEN CASTRO
STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM

O'KELLY ERNST & JOYCE, LLC
MICHAEL J. JOYCE
MJOYCE@OELEGAL.COM

OFFICE OF THE ATTORNEY GENERAL
ATTORNEY.GENERAL@DELAWARE.GOV

OFFICE OF THE UNITED STATES TRUSTEE
DAVID L. BUCHBINDER
DAVID.L.BUCHBINDER@USDOJ.GOV

PACHULSKI STANG ZIEHL & JONES LLP
JAMES O'NEILL
JONEILL@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
LAURA DAVIS JONES
LJONES@PSZJLAW.COM

PACHULSKI STANG ZIEHL & JONES LLP
PETER KEANE
PKEANE@PSZJLAW.COM

POST & SCHELL, P.C
BRIAN W. BISIGANI
BBISIGNANI@POSTSCHELL.COM

REED SMITH LLP
KIRSTEN S. POLYANSKY
KPOLYANSKY@REEDSMITH.COM

REED SMITH, LLP
JASON D. ANGELO
JANGELO@REEDSMITH.COM

REED SMITH, LLP
KURT F. GWYNNE
KGWYNNE@REEDSMITH.COM

RICHARDS, LAYTON & FINGER, P.A
BRENDAN J. SCHLAUCH
SCHLAUCH@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
DANIEL J. DEFRANCESCHI
DEFRANCESCHI@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
MARK D. COLLINS
COLLINS@RLF.COM

RICHARDS, LAYTON & FINGER, P.A
ZACHARY I. SHAPIRO
SHAPIRO@RLF.COM

SMITH, KATZENSTEIN & JENKINS LLP
KATHLEEN M. MILLER
KMILLER@SKJLAW.COM

SNOW & GREEN LLP
HOLLY C. HAMM
HOLLY@SNOW-GREEN.COM

STEVENS & LEE, P.C.
JOSEPH H. HUSTON
JHH@STEVENSLEE.COM

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
JIM WRIGHT
JIM.WRIGHT@ENERGYTRANSFER.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
TOM LONG
TOM.LONG@ENERGYTRANSFER.COM

THOMPSON COBURN LLP
FRANCIS X BUCKLEY
FXBUCKLEYJR@THOMPSONCOBURN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
DAVID M. FOURNIER
DAVID.FOURNIER@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
DOUGLAS D. HERRMANN
DOUGLAS.HERRMANN@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
EDWARD C. TOOLE
EDWARD.TOOLE@TROUTMAN.CO

TROUTMAN PEPPER HAMILTON SANDERS LLP
KENNETH LISTWAK
KENNETH.LISTWAK@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
MARCY J. MCLAUGHLIN SMITH
MARCY.SMITH@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MATTHEW INDRISANO
MATTHEW.INDRISANO@USDOJ.GOV

UNITED STATES DEPT OF JUSTICE
ALAN S. TENENBAUM
ALAN.TENENBAUM@USDOJ.GOV

UNITED STEELWORKERS
ANTHONY RESNICK
ARESNICK@USW.ORG

UNITED STEELWORKERS
DAVID JURY
DJURY@USW.ORG

VANE LINE BUNKERING INC
PATRICK POTTER
PPOTTER@VANEBROTHERS.COM

WEBSTER BANK, NA
MARK KORMAN
MKORMAN@WEBSTERBANK.COM

WEIL, GOTHSAL & MANGES, LLP
BRYAN R. PODZIUS
BRYAN.PODZIUS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
DAVID N. GRIFFITHS
DAVID.GRIFFITHS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
RAY C. SCHROCK
RAY.SCHROCK@WEIL.COM

WESTERMAN BALL EDERER MILLER ZUCKER & SHAR
ALISON M. LADD
ALADD@WESTERMANLLP.COM

WESTERMAN BALL EDERER MILLER ZUCKER & SHAR
MICKEE M. HENNESSY
MHENNESSY@WESTERMANLLP.COM

WHITEFORD TAYLOR & PRESTON, LLP
CHIRSTOPHER A. JONES
CAJONES@WTPLAW.COM

WHITEFORD TAYLOR & PRESTON, LLP
RICHARD W. RILEY
RRILEY@WTPLAW.COM

WILMER CUTLER PICKERING HALE & DORR LLP
BENJAMIN W. LOVELAND
BENJAMIN.LOVELAND@WILMERHALE.COM

WILMER CUTLER PICKERING HALE & DORR LLP
CRAIG GOLDBLATT
CRAIG.GOLDBLATT@WILMERHALE.COM

WOMBLE BOND DICKINSON (US) LLP
MATTHEW WARD
MATTHEW.WARD@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
MORGAN L PATTERSON
MORGAN.PATTERSON@WBD-US.COM

Parties Served:  116

**EXHIBIT B**

**PES Holdings, LLC, et al. - U.S. Mail**                                                                    **Served 1/4/2021**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
OFFICE OF CHIEF COUNSEL
ATTN: GINA M. THOMAS
2 EAST MAIN ST.
NORRISTOWN, PA 19401

CONSTELLATION NEW ENERGY INC
ATTN: JIM MCHUGH
100 CONSTELLATION WAY, STE 500
BALTIMORE, MD 21202-6302

CORTLAND CAPITAL MARKET SERVICES
ATTN: KALEIGH ROWE
AND LEGAL DEPARTMENT
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

ICBC STANDARD BANK PLC
AS SOA COLLATERAL AGENT
20 GRESHAM ST
LONDON, EC2V 7JE
UNITED KINGDOM

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KINDER MORGAN LIQUIDS TERMINALS, LLC
1001 LOUISIANA ST, STE 1000
HOUSTON, TX 77002

MERRILL LYNCH COMMODITIES, INC.
AS SOA COLLATERAL AGENT
20 E GREENWAY PLAZA, STE 700
HOUSTON, TX 77046

NGL ENERGY PARTNERS, LP
6120 S YALE AVE, STE 805
TULSA, OK 74136

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

SUNOCO PARTNERS MARKETING & TERMINAL LP
ATTN: JOSEPH COLELLA, SENIOR VP
3801 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

SUNOCO PARTNERS MARKETING & TERMINAL LP
C/O VINSON & ELKINS LLP
ATTN: KAREN SMITH
666 5TH AVE, 6TH FL
NEW YORK, NY 10103

Parties Served: 11