# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 4, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed in **Exhibit A** and (ii) via overnight mail by placing the document in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in **Exhibit B** attached hereto:

- Notice of Agenda for Hearing Scheduled on January 6, 2021 at 3:00 P.M. (Prevailing Eastern Time), Before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 [Docket No. 1629].

Dated: January 6, 2021

/s/ Randy Lowry
Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 6th day of January, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

**EXHIBIT A**

| | | |
|---|---|---|
| AKERMAN LLP<br>DAVID PARHAM<br>DAVID.PARHAM@AKERMAN.COM | AKERMAN LLP<br>JOHN MITCHELL<br>JOHN.MITCHELL@AKERMAN.COM | AKERMAN LLP<br>KATHERINE FACKLER<br>KATHERINE.FACKLER@AKERMAN.COM |
| BAKER BOTTS LLP<br>OMAR ALANIZ<br>OMAR.ALANIZ@BAKERBOTTS.COM | BAKER HUGHES<br>KRISTEN MCLAURIN<br>KRISTIN.MCLAURIN@BHGE.COM | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>KEVIN M. CAPUZZI<br>KCAPUZZI@BENESCHLAW.COM |
| BMC GROUP, INC<br>TINAMARIE FEIL<br>FEIL.BMC@ECFALERTS.COM | BROWN RUDNICK LLP<br>MAX D. SCHLAN<br>MSCHLAN@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>ROBERT STARK<br>RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>STEVEN POHL<br>SPOHL@BROWNRUDNICK.COM | BRYAN CAVE LEIGHTON PAISNER LLP<br>ERIC S. PREZANT<br>ERIC.PREZANT@BCLPLAW.COM | BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M. CHRISTIANSON<br>SCHRISTIANSON@BUCHALTER.COM |
| CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH<br>BENJAMIN F. JOHNS<br>BFJ@CHIMICLES.COM | CHIPMAN BROWN CICERO & COLE LLP<br>MARK D. OLIVERE<br>OLIVERE@CHIPMANBROWN.COM | CHIPMAN BROWN CICERO & COLE LLP<br>WILLIAM CHIPMAN<br>CHIPMAN@CHIPMANBROWN.COM |
| CITY OF PHILADELPHIA LAW DEPARTMENT<br>MEGAN N. HARPER<br>MEGAN.HARPER@PHILA.GOV | COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P<br>SALLY J. DAUGHERTY<br>SDAUGHERTY@COHENSEGLIAS.COM | COHEN, WEISS AND SIMON LLP<br>MELISSA WOODS<br>MWOODS@CWSNY.COM |
| COHEN, WEISS AND SIMON LLP<br>RICHARD SELTZER<br>RSELTZER@CWSNY.COM | CONSTELLATION NEW ENERGY INC<br>DAVID ELLSWORTH<br>DAVID.ELLSWORTH@CONSTELLATION.COM | CROSS & SIMON, LLC<br>CHRISTOPHER P. SIMON<br>CSIMON@CROSSLAW.COM |
| CROSS & SIMON, LLC<br>KEVIN S MANN<br>KMANN@CROSSLAW.COM | DAVIS POLK & WARDWELL LLP<br>ARYEH ETHAN FALK<br>ARYEH.FALK@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>DAMIAN S. SCHAIBLE<br>DAMIAN.SCHAIBLE@DAVISPOLK.COM |
| DAVIS POLK & WARDWELL LLP<br>DAVID B. TOSCANO<br>DAVID.TOSCANO@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JAMES I. MCCLAMMY<br>JAMES.MCCLAMMY@DAVISPOLK.COM | DAVIS POLK & WARDWELL LLP<br>JONAH A. PEPPIATT<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>VERA KANOVA<br>VERKANOVA@PA.GOV | DOSHI LEGAL GROUP, PC<br>AMISH R. DOSHI<br>AMISH@DOSHILEGAL.COM | DUANE MORRIS LLP<br>JARRET HITCHINGS<br>JPHITCHINGS@DUANEMORRIS.COM |
| ELLIOTT GREENLEAF, P.C.<br>JONATHAN STEMERMAN<br>JMS@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>RAFAEL X. ZAHRALDDIN-ARAVENA<br>RXZA@ELLIOTTGREENLEAF.COM | ELLIOTT GREENLEAF, P.C.<br>SHELLEY A. KINSELLA<br>SAK@ELLIOTTGREENLEAF.COM |
| EMMET, MARVIN & MARTIN, LLP<br>THOMAS A. PITTA<br>TPITTA@EMMETMARVIN.COM | ENVIRONMENTAL ENFORCEMENT SECTION<br>JOHN BRODERICK<br>JOHN.BRODERICK@USDOJ.GOV | GELLERT SCALI BUSENKELL & BROWN, LLC<br>RONALD S. GELLERT<br>RGELLERT@GSBBLAW.COM |
| GIBBONS P.C.<br>HOWARD A. COHEN<br>HCOHEN@GIBBONSLAW.COM | GIBBONS, P.C.<br>DALE E. BARNEY<br>DBARNEY@GIBBONSLAW.COM | HAYNES AND BOONE, LLP<br>CHARLES M. JONES<br>CHARLIE.JONES@HAYNESBOONE.COM |
| HAYNES AND BOONE, LLP<br>J. FRASHER MURPHY<br>FRASHER.MURPHY@HAYNESBOONE.COM | HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GFMCDANIEL@DKHOGAN.COM | HUSCH BLACKWELL, LLP<br>LYNN BUTLER<br>LYNN.BUTLER@HUSCHBLACKWELL.COM |
| ICBC STANDARD BANK PLC<br>DAVID STAAB<br>DAVID.STAAB@HAYNESBOONE.COM | ICBC STANDARD BANK PLC<br>KENRIC KATTNER<br>KENRIC.KATTNER@HAYNESBOONE.COM | JACK SHRUM, PA<br>J JACKSON SHRUM<br>JSHRUM@JSHRUMLAW.COM |

| | | |
|---|---|---|
| JACKSON WALKER LLP<br>BRUCE J. RUZINSKY<br>BRUZINSKY@JW.COM | KIRKLAND & ELLIS LLP<br>EDWARD SASSOWER<br>EDWARD.SASSOWER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LATHAM & WATKINS LLP<br>ERIC MERRILL<br>ERIC.MERRILL@LW.COM | LATHAM & WATKINS LLP<br>JONATHAN ROD<br>JONATHAN.ROD@LW.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LUXE ENERGY, LLC.<br>SAM D. PATRANELLA<br>SPATRANELLA@LUXEENERGY.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM | MANIER & HEROD<br>ROBERT W. MILLER<br>RMILLER@MANIERHEROD.COM |
| MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>NATALIE LIN<br>NLIN@STROOCK.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>DENNIS MELORO<br>MELOROD@GTLAW.COM | NGL ENERGY PARTNERS, LP<br>ISKENDER CATTO<br>CATTOI@GTLAW.COM |
| NIXON PEABODY LLP<br>CHRISTOPHER J FONG<br>CFONG@NIXONPEABODY.COM | NIXON PEABODY LLP<br>RICHARD C. PEDONE<br>RPEDONE@NIXONPEABODY.COM | NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO |
| NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHAEL J. JOYCE<br>MJOYCE@OELEGAL.COM | OFFICE OF THE ATTORNEY GENERAL<br>ATTORNEY.GENERAL@DELAWARE.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSCHELL.COM | REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM |
| REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM | RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM |
| SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | SNOW & GREEN LLP<br>HOLLY C. HAMM<br>HOLLY@SNOW-GREEN.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |

| | | |
|---|---|---|
| STEVENS & LEE, P.C.<br>ROBERT LAPOWSKY<br>RL@STEVENSLEE.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>JIM WRIGHT<br>JIM.WRIGHT@ENERGYTRANSFER.COM | SUNOCO LOGISTICS PARTNERS OPERATIONS LP<br>TOM LONG<br>TOM.LONG@ENERGYTRANSFER.COM |
| THOMPSON COBURN LLP<br>FRANCIS X BUCKLEY<br>FXBUCKLEYJR@THOMPSONCOBURN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DAVID M. FOURNIER<br>DAVID.FOURNIER@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>DOUGLAS D. HERRMANN<br>DOUGLAS.HERRMANN@TROUTMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>EDWARD C. TOOLE<br>EDWARD.TOOLE@TROUTMAN.CO | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>KENNETH LISTWAK<br>KENNETH.LISTWAK@TROUTMAN.COM | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>MARCY J. MCLAUGHLIN SMITH<br>MARCY.SMITH@TROUTMAN.COM |
| U.S. DEPARTMENT OF JUSTICE<br>MATTHEW INDRISANO<br>MATTHEW.INDRISANO@USDOJ.GOV | UNITED STATES DEPT OF JUSTICE<br>ALAN S. TENENBAUM<br>ALAN.TENENBAUM@USDOJ.GOV | UNITED STEELWORKERS<br>ANTHONY RESNICK<br>ARESNICK@USW.ORG |
| UNITED STEELWORKERS<br>DAVID JURY<br>DJURY@USW.ORG | VANE LINE BUNKERING INC<br>PATRICK POTTER<br>PPOTTER@VANEBROTHERS.COM | WEBSTER BANK, NA<br>MARK KORMAN<br>MKORMAN@WEBSTERBANK.COM |
| WEIL, GOTHSAL & MANGES, LLP<br>BRYAN R. PODZIUS<br>BRYAN.PODZIUS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>DAVID N. GRIFFITHS<br>DAVID.GRIFFITHS@WEIL.COM | WEIL, GOTHSAL & MANGES, LLP<br>RAY C. SCHROCK<br>RAY.SCHROCK@WEIL.COM |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHAR<br>ALISON M. LADD<br>ALADD@WESTERMANLLP.COM | WESTERMAN BALL EDERER MILLER ZUCKER & SHAR<br>MICKEE M. HENNESSY<br>MHENNESSY@WESTERMANLLP.COM | WHITEFORD TAYLOR & PRESTON, LLP<br>CHIRSTOPHER A. JONES<br>CAJONES@WTPLAW.COM |
| WHITEFORD TAYLOR & PRESTON, LLP<br>RICHARD W. RILEY<br>RRILEY@WTPLAW.COM | WILMER CUTLER PICKERING HALE & DORR LLP<br>BENJAMIN W. LOVELAND<br>BENJAMIN.LOVELAND@WILMERHALE.COM | WILMER CUTLER PICKERING HALE & DORR LLP<br>CRAIG GOLDBLATT<br>CRAIG.GOLDBLATT@WILMERHALE.COM |
| WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>MATTHEW.WARD@WBD-US.COM | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>MORGAN.PATTERSON@WBD-US.COM | |

Parties Served:  116

**EXHIBIT B**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>ATTN: GINA M. THOMAS<br>DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>2 EAST MAIN ST.<br>NORRISTOWN, PA 19401 | CONSTELLATION NEW ENERGY INC<br>JIM MCHUGH<br>100 CONSTELLATION WAY, STE 500<br>BALTIMORE, MD 21202-6302 | CORTLAND CAPITAL MARKET SERVICES<br>KALEIGH ROWE<br>225 W WASHINGTON ST, 9TH FL<br>CHICAGO, IL 60606 |
| ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON, EC2V 7JE<br>UNITED KINGDOM | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30-133<br>PHILADELPHIA, PA 19104-5016 | KINDER MORGAN LIQUIDS TERMINALS, LLC<br>1001 LOUISIANAST, STE 1000<br>HOUSTON, TX 77002 |
| MERRILL LYNCH COMMODITIES, INC.<br>AS SOA COLLATERAL AGENT<br>20 E GREENWAY PLAZA, STE 700<br>HOUSTON, TX 77046 | NGL ENERGY PARTNERS, LP<br>6120 S YALE AVE, STE 805<br>TULSA, OK 74136 | STATE OF DELAWARE<br>DIVISION OF REVENUE<br>820 N FRENCH ST, 8TH FL<br>WILMINGTON, DE 19801-0820 |
| SUNOCO PARTNERS MARKETING & TERMINAL LP<br>JOSEPH COLELLA, SENIOR VP<br>3801 W CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073 | VINSON & ELKINS LLP<br>KAREN SMITH<br>666 5TH AVE, 6TH FL<br>NEW YORK, NY 10103 | |

Parties Served: 11