# OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: PES Holdings, LLC, et al.　　　　　　　　Bank: Schedule Attached

Bankruptcy Number: 19-11626 (LSS)　　　　　　　　　　Account Number: Schedule Attached

Date of Confirmation: February 13, 2020　　　　　　　　Account Type: Schedule Attached

Reporting Period (month/year)*: 10-12/2020

| | | |
|---|---:|---:|
| Beginning Cash Balance ($000's): | $ | 52,874 |
| All receipts received by the debtor: | | |
|     Refunds | $ | 2,500 |
|     Other Receipts | | 21,074 |
|     Total of cash received | $ | 23,574 |
| Total of cash available: | $ | 76,448 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
|     Operating Disbursements | $ | (2,083) |
|     Professional Fees | | (6,570) |
|     Other Disbursements | | (4,804) |
|     Total Disbursements | $ | (13,458) |
| Ending Cash Balance: | $ | 62,991 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/29/2021　　　　　　　　　　　　　　　　　　　　　/s/ Rachel Celiberti
Date　　　　　　　　　　　　　　　　　　　　　　　Name/Title
Debtor: PES Holdings, LLC, et al.　　　　　　　　　　　Rachel Celiberti
Case Number: 19-11626 (LSS)　　　　　　　　　　　　Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (LSS) |
|---|---|
| Debtors | Jointly Administered |

**PES Liquidating Trust**
**Statement of Net Liabilities in Liquidation-(Unaudited) (1) (2)**
**December 31, 2020**
**(in 000's)**

| | | |
|---|---:|---:|
| **Assets** | | |
| Cash | $ | 62,991 |
| Receivables | | 3,920 |
| Prepaid and Other Assets | | 6,549 |
| Precious Metals / Catalyst Receivable | | 5,202 |
| Total Assets | | 78,663 |
| **Liabilities** | | |
| Accrued Liabilities | | 9,620 |
| Term Loans and Interest | | 823,308 |
| ICBCS liability (3) | | 255,707 |
| Total Liabilities | | 1,088,634 |
| Net Liabilities in Liquidation | $ | (1,009,971) |

(1) The PES Liquidating Trust has initiated litigation against certain insurers and believes it may be entitled to additional payments up to $1,144,153,000. While we believe that PES Liquidating Trust is entitled to recovery of insurance proceeds, generally accepted accounting principles do not permit PES Liquidating Trust to record any sum as a gain on its financial statements.

(2) The amounts classified as liabilities may be subject to material future adjustments depending on further developments throughout the claims review process and other events.

(3) The ICBCS claim is currently filed as a wholly unliquidated claim. PESLT continues reconciling the ICBCS claim and, as of December 31, 2020, has accrued a liability in the amount of approximately $256 million. This amount may be subject to material future adjustment on account of the continuing claim reconciliation process and other events, including but not limited to, additional charges being invoiced by ICBCS to PESLT from time to time.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: PES Holdings, LLC, et al. | Case No. 19-11626 (LSS) |
|---|---|
| Debtors | Jointly Administered |

**Post-Confirmation Quarterly Summary Report**
**Bank Account Information**

| Bank/Institution [1] | Account Type | Legal Entity | Last 4 Digits of Account # |
|---|---|---|---|
| Signature Bank | Liquidating Trust Account (Operating) | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 4581 |
| Signature Bank | Holding Account [2] | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 5316 |
| Signature Bank | Segregated BI Insurance Account | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 5308 |
| Signature Bank | Segregated Property Insurance Account | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 5049 |
| Signature Bank | BI Insurance Account | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 5030 |
| Signature Bank | General Reserve | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 4611 |
| Signature Bank | BI Claim Preparation Payment Account [3] | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 2428 |
| Signature Bank | Estate Liquidation Account | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 4786 |
| Signature Bank | SOA Adequate Protection Claim | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 4999 |
| Signature Bank | Insurance Litigation Account | PES Ultimate Holdings, LLC (PES Liquidating Trust) | 4603 |

**Notes:**

[1] For bank accounts related to applicable PES entities closed during the pendency of the 2018 case see docket related to bankruptcy 18-10122 (LSS).

[2] This account was previously the "ICBCS HEEP Extraction Account" which had a nil balance and was no longer being utilized. The account has now been repurposed to be the Holding Account.

[3] This account was previously the "RINs Retirement Obligations Reserve" which had a nil balance and was no longer being utilized. The account has now been repurposed to be the BI Claim Preparation Payment Account.

**PES Holdings, LLC, et. al.**
**Disbursements and Estimate of United States Trustee Fees**

| Disbursements for Calculating U.S. Trustee Fees | Disbursements | | | | UST Fee |
|---|---|---|---|---|---|
| | October | November | December | Total | |
| PES Administrative Services, LLC (19-11629) | - | - | - | - | 325.00 |
| PES Energy Inc. (19-11630) | - | - | - | - | 325.00 |
| PES Ultimate Holdings, LLC (19-11632) | (3,946,208.73) | (3,236,960.50) | (6,274,704.67) | (13,457,873.90) | 134,578.74 |
| **Total Disbursements for Calculating U.S. Trustee Fees** | **$ (3,946,208.73)** | **$ (3,236,960.50)** | **$ (6,274,704.67)** | **$ (13,457,873.90)** | **$ 135,228.74** |