**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 19-11626 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| PES HOLDINGS, LLC, NORTH YARD GP, LLC, NORTH YARD LOGISTICS, L.P., PES ADMINISTRATIVE SERVICES, LLC, PES ENERGY INC., PES INTERMEDIATE, LLC, PES ULTIMATE HOLDINGS, LLC, PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Adversary Proceeding |
| v. | ) ) | Case No. 20-50454 (LSS) |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., et al. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON MARCH 2, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801</u>[1]**

---

[1]  This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11626 (LSS), or the documents may be obtained for free by accessing the Debtors' restructuring website at https://www.omnimgt.com/PESHoldings2019.

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by March 2 at 8:30 a.m. <u>COURTCALL WILL NOT BE USED FOR THIS HEARING</u>.**
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsfuuuqT0iH1P5fL2Oh9JzereUanvr8MU**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**CONTINUED MATTER:**

1. Motion for Allowance and Payment of Administrative Expense Claim [Filed by the City of Philadelphia Department of Public Health, Air Management Services] [Filed: 7/24/20] (Docket No. 1431).

   Response Deadline:  August 18, 2020, at 4:00 p.m. *(extended until February 15, 2021 for the Debtors).*

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   a.    [Proposed] Order [Filed: 7/24/20] (Docket No. 1431).

   Status:  This matter is continued to the omnibus hearing on April 6, 2021 at 10:00 a.m. ET.

**UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:**

2. Liquidating Trust Board's Sixth Motion for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 7/24/20] (Docket No. 1658).

   Response Deadline:  February 22, 2021, at 4:00 p.m.

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   a.    [Proposed] Sixth Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 7/24/20] (Docket No. 1658, Exhibit A).

   b.    Certification of No Objection Regarding Liquidating Trust Board's Sixth Motion

for Entry of an Order (I) Enlarging the Period Within Which the Reorganized Debtors May Remove Actions and (II) Granting Related Relief [Filed: 2/25/21] (Docket No. 1661).

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**STATUS CONFERENCE:**

3.  Defendant's Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 5/1/20] (Adv. Pro. No. 20-50454, Docket No. 51) and Defendants' Motion to Strike ICBCS's Conditional Demand for Jury Trial [Filed: 5/29/20] (Adv. Pro. No. 20-50454, Docket No. 79).

    Response Deadline:  June 12, 2020 at 4:00 p.m.

    Responses Received:

    a.  Plaintiffs' Response to Defendant's Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 5/15/20] (Adv. Pro. No. 20-50454, Docket No. 69).

    b.  Intervenor-Plaintiff's Response to Defendants' Motion to Strike ICBCS's Conditional Demand for Jury Trial [Filed: 6/12/20] (Adv. Pro. No. 20-50454, Docket No. 84).

    Replies Received:

    a.  Reply in Further Support of Defendants' Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 5/22/20] (Adv. Pro. No. 20-50454, Docket No. 73).

    b.  Reply in Further Support of Defendants' Motion to Strike ICBCS's Conditional Demand for Jury Trial [Filed: 6/19/20] (Adv. Pro. No. 20-50454, Docket No. 87).

    Related Documents:

    a.  [Proposed] Order [Filed: 5/29/20] (Adv. Pro. No. 20-50454, Docket No. 79, Exhibit A).

    b.  Complaint [Filed: 2/12/20] (Adv. Pro. No. 20-50454, Docket No. 1).

    c.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 2/12/20] (Adv. Pro. No. 20-50454, Docket No. 2).

    d.  Answer [Filed: 3/27/20] (Adv. Pro. No. 20-50454, Docket No. 20).

    e.  [Signed] Order Granting ICBC Standard Bank PLC's Motion to Intervene [Filed: 4/6/20] (Adv. Pro. No. 20-50454, Docket No. 30).

f.  Intervenor- Complaint [Filed: 4/6/20] (Adv. Pro. No. 20-50454, [Docket No. 31](#)).

g.  Conditional Demand for Jury Trial [Filed: 4/10/20] (Adv. Pro. No. 20-50454, [Docket No. 38](#)).

h.  Memorandum of Law in Support of Defendants' Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 5/1/20] (Adv. Pro. No. 20-50454, [Docket No. 52](#)).

i.  Answer to ICBCS's Intervenor Complaint [Filed: 5/6/20] (Adv. Pro. No. 20-50454, [Docket No. 54](#)).

j.  Conditional Demand for Jury Trial [Filed: 5/19/21] ([Docket No. 70](#)).

k.  Defendants' Request for Oral Argument [Filed: 5/29/20] (Adv. Pro. No. 20-50454, [Docket No. 80](#)).

l.  Notice of Completion of Briefing and Request for Oral Argument with Respect to Defendant's Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 5/29/20] (Adv. Pro. No. 20-50454, [Docket No. 81](#)).

m.  Defendants' Request for Oral Argument [Filed: 6/26/20] (Adv. Pro. No. 20-50454, [Docket No. 90](#)).

n.  Notice of Completion of Briefing and Request for Oral Argument with Respect to Defendant's Motion to Strike Plaintiffs' Conditional Demand for Jury Trial [Filed: 6/29/20] (Adv. Pro. No. 20-50454, [Docket No. 91](#)).

o.  [Signed] Scheduling Order [Filed: 7/6/20] (Adv. Pro. No. 20-50454, [Docket No. 95](#)).

p.  [Signed] Order Approving Supplemental Confidentiality Agreement and Stipulation [Filed: 8/30/20] (Adv. Pro. No. 20-50454, [Docket No. 100](#)).

q.  Defendants' Rule 7007.1 Corporate Disclosure Statement [Filed: 9/29/20] (Adv. Pro. No. 20-50454, [Docket No. 101](#)).

r.  [Signed] First Amended Scheduling Order [Filed: 11/17/20] (Adv. Pro. No. 20-50454, [Docket No. 103](#)).

s.  [Signed] Second Amended Scheduling Order [Filed: 2/11/21] (Adv. Pro. No. 20-50454, [Docket No. 141](#)).

Status:  A status conference will go forward on this matter.

| | |
|---|---|
| Dated:  February 26, 2021<br>Wilmington, Delaware | */s/ Peter J. Keane* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
            joneill@pszjlaw.com
            pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C.  (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
            steven.serajeddini@kirkland.com
            matthew.fagen@kirkland.com

*Co-Counsel to the PES Liquidating Trust*