# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PES HOLDINGS, LLC, *et al.*,[1] | ) Case No. 19-11626 (LSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER APPROVING STIPULATION ALLOWING
## INTERMEDIATION CLAIMS

Upon the *Certification of Counsel Submitting Order Approving Stipulation Allowing Intermediation Claims* (the "Certification of Counsel") and the *Stipulation of Allowing Intermediation Claims* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among The Liquidating Trust, ICBC Standard Bank Plc ("ICBCS"), and Cortland Capital Market Services LLC, as administrative agent (the "Agent" and together with the Liquidating Trust and ICBCS, the "Parties") for and on behalf of itself and each of the lenders under the Term Loan Credit Agreement (each a "Term Loan Lender" and collectively, the "Term Loan Lenders"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Settlement Stipulation.

1

2

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

# **EXHIBIT 1**

## **Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 19-11626 (LSS) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

**STIPULATION ALLOWING INTERMEDIATION CLAIMS**

The Liquidating Trust,[2] ICBC Standard Bank Plc ("ICBCS"), and Cortland Capital Market Services LLC, as administrative agent (the "Agent" and together with the Liquidating Trust and ICBCS, the "Parties") for and on behalf of itself and each of the lenders under the Term Loan Credit Agreement (each a "Term Loan Lender" and collectively, the "Term Loan Lenders"), through their undersigned counsel, hereby enter into this stipulation (this "Stipulation").

**RECITALS**

**WHEREAS**, on July 21, 2019, each of the above-captioned debtors and debtors in possession filed a petition with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code.

**WHEREAS**, pursuant to the terms of the *Order (i) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (ii) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units, (iii) Establishing Amended Schedules Bar Date*

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Reorganized Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

[2] Capitalized terms used but not otherwise defined shall have the meaning ascribed to them in the Plan, DIP Motion or DIP Orders (each as defined herein), as applicable.

*and Rejection Damages Bar Date, (iv) Approving the Form of and Manner for Filing Proofs of Claim, (v) Approving Notice of Bar Dates, and (vi) Granting Related Relief* [Docket No. 218] and the subsequent amendment thereto [Docket No. 255], ICBCS was not required to file proofs of claim in connection with its Intermediation Claims.

**WHEREAS**, on October 21, 2019, ICBCS timely filed the following proofs of claim in connection with its Intermediation Claims:

- Proof of Claim 11 against North Yard GP, LLC;
- Proof of Claim 11 against PES Intermediate, LLC;
- Proof of Claim 11 against PES Ultimate Holdings, LLC;
- Proof of Claim 13 against North Yard Logistics, L.P.;
- Proof of Claim 14 against PES Administrative Services, LLC;
- Proof of Claim 14 against PES Energy Inc.;
- Proof of Claim 87 against PES Holdings, LLC, et al.; and
- Proof of Claim 302 against Philadelphia Energy Solutions Refining and Marketing LLC (collectively, the "Initial Proofs of Claim").

**WHEREAS**, on February 3, 2020, ICBCS timely filed the following proofs of claim supplementing the Initial Proof of Claims in connection with its Intermediation Claims:

- Proof of Claim 12 against North Yard GP, LLC;
- Proof of Claim 13 against PES Intermediate, LLC;
- Proof of Claim 13 against PES Ultimate Holdings, LLC;
- Proof of Claim 16 against North Yard Logistics, L.P.;
- Proof of Claim 16 against PES Administrative Services, LLC;
- Proof of Claim 19 against PES Energy Inc.;
- Proof of Claim 103 against PES Holdings, LLC, et al.; and

2

- Proof of Claim 346 against Philadelphia Energy Solutions Refining and Marketing LLC (collectively, with the Initial Proofs of Claim, the "Proofs of Claim").

**WHEREAS**, on February 13, 2020, the Court entered an order [Docket No. 1004] (the "Confirmation Order") approving the *Fourth Amended Joint Chapter 11 Plan of PES Holdings, LLC and its Debtor Affiliates* (the "Plan"), which was attached to the Confirmation Order as **Exhibit A** thereto, and on June 26, 2020, the effective date of the Plan occurred (the "Effective Date").

**WHEREAS**, the Plan and Confirmation Order provided for the creation of the Liquidating Trust to, among other things, pursue certain post-Effective Date actions as set forth in the Plan and the Confirmation Order.

**WHEREAS**, the Liquidating Trust, ICBCS, and the Agent have engaged in arm's-length discussions in an effort to resolve the Intermediation Claims, and have reached a settlement as set forth below.

**WHEREAS**, pursuant to the terms of the Plan, the Liquidating Trust has the authority to settle, compromise, withdraw, litigate to judgment, or otherwise resolve objections to any and all Claims (other than General Unsecured Claims) and settle, compromise, or resolve any Disputed Claim (other than Disputed General Unsecured Claims), but, out of an abundance of caution, the Parties are seeking entry of an order allowing the claims asserted by ICBCS on the terms set forth herein.

**THEREFORE**, in consideration of the foregoing, the Parties stipulate and agree as follows:

1. Upon the Court's entry of an order approving this Stipulation, each of the Proofs of Claim shall be Allowed in its full asserted amount as Secured Intermediation Claims in Class 4 pursuant to the Plan.

2.  The Liquidating Trust shall direct the Notice and Claims Agent or other responsible party in the Chapter 11 Cases to cause the official claims register to be amended to reflect the allowance of each Proof of Claim on the terms set forth in this Stipulation.

3.  The Parties shall execute, acknowledge, deliver, or cause to be executed, acknowledged, or delivered, all further documents as shall be reasonably necessary or desirable to carry out the provisions of this Stipulation.

4.  This Stipulation may only be amended or modified by a writing signed by all Parties that is approved by an order of the Court.  No waiver of any breach of this Stipulation shall be construed as an implied amendment or agreement to amend or modify any provision of this Stipulation.  The rights and obligations set forth in this Stipulation shall inure to the benefit of the Parties, their heirs, successors and assigns.

5.  Each Party represents and warrants that the signatory to this Stipulation on behalf of such Party has the full power and authority to enter into this Stipulation on behalf of such Party and to bind such Party to the terms of this Stipulation.

6.  This Stipulation may be signed in multiple counterparts, and when each Party or its authorized representative has signed a counterpart hereof, each such counterpart shall be a binding and enforceable agreement as an original.  In addition, this Stipulation may be executed by facsimile or electronic signatures, and such facsimile or electronic signatures will be deemed to be as valid as an original signature whether or not confirmed by delivering the original signatures in person, by courier or by mail.

7.  The Court shall retain exclusive jurisdiction over any and all disputes arising out of, or otherwise relating to, this Stipulation and/or each Proof of Claim.

**AGREED AND SUBMITTED BY:**

Dated: July 1, 2021
Wilmington, Delaware

      */s/ Bryan R. Podzius*
Ray C. Schrock, P.C.
David L. Yohai
David N. Griffiths
Bryan R. Podzius
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
Email:    ray.schrock@weil.com
         david.yohai@weil.com
         david.griffiths@weil.com
         bryan.podzius@weil.com

- and -

Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    shapiro@rlf.com

Co-Counsel to ICBCS

**AGREED AND SUBMITTED BY:**

Dated: July 1, 2021
Wilmington, Delaware

    */s/ Aryeh Ethan Falk*
Damian S. Schaible
James I. McClammy
David B. Toscano
Aryeh Ethan Falk
Jonah A. Peppiatt
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone:	(212) 450-4000
Facsimile:	(212) 701-5800
Email:	damian.schaible@davispolk.com
	james.mcclammy@davispolk.com
	david.toscano@davispolk.com
	aryeh.falk@davispolk.com
	jonah.peppiatt@davispolk.com

Counsel to the Agent

**AGREED AND SUBMITTED BY:**

Dated: July 1, 2021
Wilmington, Delaware

 */s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:	(302) 652-4100
Facsimile:	(302) 652-4400
Email:	ljones@pszjlaw.com
	pkeane@pszjlaw.com
	joneill@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted pro hac vice)
Matthew C. Fagen (admitted pro hac vice)
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	edward.sassower@kirkland.com
	steven.serajeddini@kirkland.com
	matthew.fagen@kirkland.com

Co-Counsel to the Liquidating Trust