UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Delaware

In re:  PES Ultimate Holdings, LLC

Debtor(s)

Case No.  19-11632

Lead Case No.  19-11626

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021

Petition Date: 07/21/2019

Plan Confirmed Date: 02/13/2020

Plan Effective Date: 06/26/2020

This Post-confirmation Report relates to:  ○ Reorganized Debtor
                                           ● Other Authorized Party or Entity: PES Liquidating Trust
                                             Name of Authorized Party or Entity

/s/ Peter J. Keane

Signature of Responsible Party

07/30/2021

Date

Peter J. Keane

Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PES Ultimate Holdings, LLC                                                         Case No. 19-11632

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $5,437,057 | $93,692,363 |
| b. Non-cash securities transferred |  |  |
| c. Other non-cash property transferred |  |  |
| d. Total transferred (a+b+c) | $5,437,057 | $93,692,363 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
|   |   |   | $0 | $0 | $0 | $59,581,769 |

*Itemized Breakdown by Firm*

|   |   | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| Delete | i | Kirkland and Ellis LLC | Lead Counsel |  | $0 | $0 | $23,169,694 |
| Delete | ii | Pachulski Stang Ziehl & Jones | Local Counsel |  |  | $0 | $848,419 |
| Delete | iii | Alvarez & Marsal | Financial Professional |  | $0 | $0 | $7,644,147 |
| Delete | iv | PJT Partners | Financial Professional |  |  | $0 | $6,074,994 |
| Delete | v | Farley & Partners LLP | Special Counsel |  |  | $0 | $2,416,530 |
| Delete | vi | Omni Management Group, Inc. | Other |  |  | $0 | $371,288 |
| Delete | vii | Tax Advisory Services Group | Other | $0 |  | $0 | $48,738 |
| Delete | viii | Miller Advertising Agency, Inc. | Other |  |  | $0 | $60,436 |
| Delete | ix | Houlihan Lokey Capital, Inc. | Financial Professional |  |  | $0 | $3,018,702 |
| Delete | x | Morris, Nichols, Arsht & Tunnell | Local Counsel |  |  | $0 | $156,890 |
| Delete | xi | Norton Rose Fulbright LLP | Special Counsel |  |  | $0 | $582,357 |
| Delete | xii | Cortland Capital Markets Services | Other |  |  | $0 | $118,738 |
| Delete | xiii | Brown Rudnick LLP | Special Counsel |  |  | $0 | $4,801,340 |
| Delete | xiv | Elliott Greenleaf, P.C. | Financial Professional |  |  | $0 | $988,181 |
| Delete | xv | Davis Polk & Wardwell LLP | Special Counsel |  |  | $0 | $5,792,448 |
| Delete | xvi | Conway MacKenzie, Inc. | Financial Professional |  |  | $0 | $3,488,867 |

| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
|   |   |   | $0 | $0 | $0 | $5,557,481 |

*Itemized Breakdown by Firm*

|   |   | Firm Name | Role | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| Delete | i | Baker Engineering and Risk Consultants | Other | $0 | $0 | $0 | $519,143 |
| Delete | ii | BDO USA, LLP | Financial Professional |  |  | $0 | $1,353,022 |
| Delete | iii | Buchanan Ingersoll & Rooney | Special Counsel |  |  | $0 | $82,425 |
| Delete | iv | Covington & Burling LLP | Special Counsel |  |  | $0 | $335,882 |
| Delete | v | Cozen O'Connor | Special Counsel |  |  | $0 | $223,782 |
| Delete | vi | Faegre Drinker Bindle & Reath | Special Counsel |  |  | $0 | $701,048 |
| Delete | vii | Exponent, Inc. | Other |  |  | $0 | $41,282 |
| Delete | viii | Fluor Enterprises, Inc. | Other |  |  | $0 | $615,000 |

UST Form 11-PCR (06/07/2021)                                     2

Debtor's Name PES Ultimate Holdings, LLC                                    Case No. 19-11632

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Delete | ix | Hazzouri & Associates | Other | | | $0 | $180,000 |
| Delete | x | Intertek Moody | Other | | | $0 | $99,071 |
| Delete | xi | KPMG | Financial Professional | | | $0 | $223,866 |
| Delete | xii | McKool Smith | Special Counsel | | | $0 | $383,904 |
| Delete | xiii | McNees Wallace & Nurick LLC | Special Counsel | | | $0 | $5,970 |
| Delete | xiv | Skadden Arps, Slade, Meagher | Special Counsel | | | $0 | $568,425 |
| Delete | xv | Stradley Ronon Stevens & You | Special Counsel | | | $0 | $175,707 |
| Delete | xvi | WEAVER & TIDWELL LLP | Financial Professional | | | $0 | $48,954 |
| c. | | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $65,139,250 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $15,374,964 | $66,000 | $15,374,964 | $15,374,964 | 100% |
| b. Secured claims | Undetermined | $81,582 | $50,988,590 | $1,076,127,333 | 5% |
| c. Priority claims | $128,212 | $118,125 | $128,212 | $128,212 | 100% |
| d. General unsecured claims | Undetermined | $0 | $0 | Undetermined | 0% |
| e. Equity interests | Undetermined | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    ○ Yes  ● No

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

Debtor's Name PES Ultimate Holdings, LLC

Case No. 19-11632

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Rachel Celiberti
Signature of Responsible Party

Chief Financial Officer
Title

Rachel Celiberti
Printed Name of Responsible Party

07/30/2021
Date

[ Save ]

[ Generate PDF for Court Filing and Remove Watermark ]

**PES Ultimate Holdings, LLC**

**Case No. 19-11632**

**Lead Case No. 19-11626**

**Part 3**

**Note:** The claim amounts may be subject to material future adjustments depending on further development throughout the claims review process and other events.

**Total Anticipated Payments Under Plan for Secured Claims, General Unsecured Claims and Equity Interests** are undeterminable at this time.

**Allowed Claims** are undeterminable at this time.