## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 24, 2021, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via overnight mail by placing the documents in a sealed envelope, affixing a pre-paid air bill, and delivering envelopes to an overnight courier location in Los Angeles, California to the parties listed in the Service List in **Exhibit B** attached hereto:

- **Notice of Agenda for Hearing Scheduled on September 28, 2021 at 11:30 A.M. (Prevailing Eastern Time), Before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 [Docket No. 1745]**

Dated: September 29, 2021

Randy Lowry
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            }ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 29th day of September, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

> CAROLYN K. CASHMAN
> COMM. #2232009
> Notary Public - California
> Los Angeles County
> My Comm. Expires Feb. 23, 2022

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574). The Debtors' service address is: 1735 Market Street, Philadelphia, Pennsylvania 19103.

# **EXHIBIT A**

**PES Holdings, LLC, et al. - Service List to e-mail Recipients**

AKERMAN LLP
DAVID PARHAM
DAVID.PARHAM@AKERMAN.COM

AKERMAN LLP
JOHN MITCHELL
JOHN.MITCHELL@AKERMAN.COM

AKERMAN LLP
KATHERINE FACKLER
KATHERINE.FACKLER@AKERMAN.COM

ARMSTRONG TEASDALE LLP
JONATHAN M. STEMERMAN
JSTEMERMAN@ATLLP.COM

ARMSTRONG TEASDALE LLP
RAFAEL X. ZAHRALDDIN-ARAVENA
RZAHRALDDIN@ATLLP.COM

ARMSTRONG TEASDALE LLP
SHELLEY A. KINSELLA
SKINSELLA@ATLLP.COM

BAKER BOTTS LLP
OMAR ALANIZ
OMAR.ALANIZ@BAKERBOTTS.COM

BAKER HUGHES
KRISTEN MCLAURIN
KRISTIN.MCLAURIN@BHGE.COM

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
KEVIN M. CAPUZZI
KCAPUZZI@BENESCHLAW.COM

BMC GROUP, INC
TINAMARIE FEIL
FEIL.BMC@ECFALERTS.COM

BROWN RUDNICK LLP
MAX D. SCHLAN
MSCHLAN@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ROBERT STARK
RSTARK@BROWNRUDNICK.COM

BROWN RUDNICK LLP
STEVEN POHL
SPOHL@BROWNRUDNICK.COM

BRYAN CAVE LEIGHTON PAISNER LLP
ERIC S. PREZANT
ERIC.PREZANT@BCLPLAW.COM

BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M. CHRISTIANSON
SCHRISTIANSON@BUCHALTER.COM

CHIMICLES SCHWARTZ KRINER & DONALDSON-SMIT
BENJAMIN F. JOHNS
BFJ@CHIMICLES.COM

CHIPMAN BROWN CICERO & COLE LLP
MARK D. OLIVERE
OLIVERE@CHIPMANBROWN.COM

CHIPMAN BROWN CICERO & COLE LLP
WILLIAM CHIPMAN
CHIPMAN@CHIPMANBROWN.COM

CITY OF PHILADELPHIA LAW DEPARTMENT
MEGAN N. HARPER
MEGAN.HARPER@PHILA.GOV

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P
SALLY J. DAUGHERTY
SDAUGHERTY@COHENSEGLIAS.COM

COHEN, WEISS AND SIMON LLP
MELISSA WOODS
MWOODS@CWSNY.COM

COHEN, WEISS AND SIMON LLP
RICHARD SELTZER
RSELTZER@CWSNY.COM

CONSTELLATION NEW ENERGY INC
DAVID ELLSWORTH
DAVID.ELLSWORTH@CONSTELLATION.COM

CROSS & SIMON, LLC
CHRISTOPHER P. SIMON
CSIMON@CROSSLAW.COM

CROSS & SIMON, LLC
KEVIN S MANN
KMANN@CROSSLAW.COM

DAVIS POLK & WARDWELL LLP
ARYEH ETHAN FALK
ARYEH.FALK@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAMIAN S. SCHAIBLE
DAMIAN.SCHAIBLE@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
DAVID B. TOSCANO
DAVID.TOSCANO@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JAMES I. MCCLAMMY
JAMES.MCCLAMMY@DAVISPOLK.COM

DAVIS POLK & WARDWELL LLP
JONAH A. PEPPIATT
JONAH.PEPPIATT@DAVISPOLK.COM

DEPARTMENT OF ENVIRONMENTAL PROTECTION
VERA KANOVA
VERKANOVA@PA.GOV

DOSHI LEGAL GROUP, PC
AMISH R. DOSHI
AMISH@DOSHILEGAL.COM

DUANE MORRIS LLP
JARRET HITCHINGS
JPHITCHINGS@DUANEMORRIS.COM

EMMET, MARVIN & MARTIN, LLP
THOMAS A. PITTA
TPITTA@EMMETMARVIN.COM

ENVIRONMENTAL ENFORCEMENT SECTION
JOHN BRODERICK
JOHN.BRODERICK@USDOJ.GOV

GELLERT SCALI BUSENKELL & BROWN, LLC
RONALD S. GELLERT
RGELLERT@GSBBLAW.COM

GIBBONS P.C.
HOWARD A. COHEN
HCOHEN@GIBBONSLAW.COM

GIBBONS, P.C.
DALE E. BARNEY
DBARNEY@GIBBONSLAW.COM

HAYNES AND BOONE, LLP
CHARLES M. JONES
CHARLIE.JONES@HAYNESBOONE.COM

HAYNES AND BOONE, LLP
J. FRASHER MURPHY
FRASHER.MURPHY@HAYNESBOONE.COM

HOGAN MCDANIEL
GARVAN F. MCDANIEL
GFMCDANIEL@DKHOGAN.COM

HUSCH BLACKWELL, LLP
LYNN BUTLER
LYNN.BUTLER@HUSCHBLACKWELL.COM

ICBC STANDARD BANK PLC
DAVID STAAB
DAVID.STAAB@HAYNESBOONE.COM

ICBC STANDARD BANK PLC
KENRIC KATTNER
KENRIC.KATTNER@HAYNESBOONE.COM

JACK SHRUM, PA
J JACKSON SHRUM
JSHRUM@JSHRUMLAW.COM

**PES Holdings, LLC, et al. -  Service List to e-mail Recipients**                                                     Served 9/24/2021

| | | |
|---|---|---|
| JACKSON WALKER LLP<br>BRUCE J. RUZINSKY<br>BRUZINSKY@JW.COM | KIRKLAND & ELLIS LLP<br>EDWARD SASSOWER<br>EDWARD.SASSOWER@KIRKLAND.COM | KIRKLAND & ELLIS LLP<br>MATTHEW FAGEN<br>MATTHEW.FAGEN@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP<br>STEVEN SERAJEDDINI<br>STEVEN.SERAJEDDINI@KIRKLAND.COM | LATHAM & WATKINS LLP<br>ERIC MERRILL<br>ERIC.MERRILL@LW.COM | LATHAM & WATKINS LLP<br>JONATHAN ROD<br>JONATHAN.ROD@LW.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>PATRICIA WILLIAMS PREWITT<br>PWP@PATTIPREWITTLAW.COM | LAW OFFICE OF SUSAN E. KAUFMAN, LLC<br>SUSAN KAUFMAN<br>SKAUFMAN@SKAUFMANLAW.COM | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN P DILLMAN<br>HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| LUXE ENERGY, LLC.<br>SAM D. PATRANELLA<br>SPATRANELLA@LUXEENERGY.COM | MANIER & HEROD<br>MICHAEL E. COLLINS<br>MCOLLINS@MANIERHEROD.COM | MANIER & HEROD<br>ROBERT W. MILLER<br>RMILLER@MANIERHEROD.COM |
| MANIER & HEROD<br>SAM H. POTEET<br>SPOTEET@MANIERHEROD.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>DAVID PRIMACK<br>DPRIMACK@MDMC-LAW.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>GARY D. BRESSLER<br>GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>MICHAEL R. MORANO<br>MMORANO@MDMC-LAW.COM | MCGUIREWOODS LLP<br>JOHN MADDOCK<br>JMADDOCK@MCGUIREWOODS.COM | MCGUIREWOODS LLP<br>JOSEPH SHEERIN<br>JSHEERIN@MCGUIREWOODS.COM |
| MERRILL LYNCH COMMODITIES, INC.<br>NATALIE LIN<br>NLIN@STROOCK.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ANDREW R. REMMING<br>AREMMING@MNAT.COM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>PAIGE N. TOPPER<br>PTOPPER@MNAT.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>ROBERT DEHNEY<br>RDEHNEY@MNAT.COM | NGL ENERGY PARTNERS, LP<br>DENNIS MELORO<br>MELOROD@GTLAW.COM | NGL ENERGY PARTNERS, LP<br>ISKENDER CATTO<br>CATTOI@GTLAW.COM |
| NIXON PEABODY LLP<br>CHRISTOPHER J FONG<br>CFONG@NIXONPEABODY.COM | NIXON PEABODY LLP<br>RICHARD C. PEDONE<br>RPEDONE@NIXONPEABODY.COM | NORTON ROSE FULBRIGHT US LLP<br>DAVID A. ROSENZWEIG<br>DAVID.ROSENZWEIG@NORTONROSEFULBRIGHT.CO |
| NORTON ROSE FULBRIGHT US LLP<br>H. STEPHEN CASTRO<br>STEPHEN.CASTRO@NORTONROSEFULBRIGHT.COM | O'KELLY ERNST & JOYCE, LLC<br>MICHAEL J. JOYCE<br>MJOYCE@OELEGAL.COM | OFFICE OF THE ATTORNEY GENERAL<br><br>ATTORNEY.GENERAL@DELAWARE.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>DAVID L. BUCHBINDER<br>DAVID.L.BUCHBINDER@USDOJ.GOV | PACHULSKI STANG ZIEHL & JONES LLP<br>JAMES O'NEILL<br>JONEILL@PSZJLAW.COM | PACHULSKI STANG ZIEHL & JONES LLP<br>LAURA DAVIS JONES<br>LJONES@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>PETER KEANE<br>PKEANE@PSZJLAW.COM | POST & SCHELL, P.C<br>BRIAN W. BISIGANI<br>BBISIGNANI@POSTSCHELL.COM | REED SMITH LLP<br>KIRSTEN S. POLYANSKY<br>KPOLYANSKY@REEDSMITH.COM |
| REED SMITH, LLP<br>JASON D. ANGELO<br>JANGELO@REEDSMITH.COM | REED SMITH, LLP<br>KURT F. GWYNNE<br>KGWYNNE@REEDSMITH.COM | RICHARDS, LAYTON & FINGER, P.A<br>BRENDAN J. SCHLAUCH<br>SCHLAUCH@RLF.COM |
| RICHARDS, LAYTON & FINGER, P.A<br>DANIEL J. DEFRANCESCHI<br>DEFRANCESCHI@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>MARK D. COLLINS<br>COLLINS@RLF.COM | RICHARDS, LAYTON & FINGER, P.A<br>ZACHARY I. SHAPIRO<br>SHAPIRO@RLF.COM |
| SMITH, KATZENSTEIN & JENKINS LLP<br>KATHLEEN M. MILLER<br>KMILLER@SKJLAW.COM | SNOW & GREEN LLP<br>HOLLY C. HAMM<br>HOLLY@SNOW-GREEN.COM | STEVENS & LEE, P.C.<br>JOSEPH H. HUSTON<br>JHH@STEVENSLEE.COM |

STEVENS & LEE, P.C.
ROBERT LAPOWSKY
RL@STEVENSLEE.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
JIM WRIGHT
JIM.WRIGHT@ENERGYTRANSFER.COM

SUNOCO LOGISTICS PARTNERS OPERATIONS LP
TOM LONG
TOM.LONG@ENERGYTRANSFER.COM

THOMPSON COBURN LLP
FRANCIS X BUCKLEY
FXBUCKLEYJR@THOMPSONCOBURN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
DAVID M. FOURNIER
DAVID.FOURNIER@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
DOUGLAS D. HERRMANN
DOUGLAS.HERRMANN@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
EDWARD C. TOOLE
EDWARD.TOOLE@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
KENNETH LISTWAK
KENNETH.LISTWAK@TROUTMAN.COM

TROUTMAN PEPPER HAMILTON SANDERS LLP
MARCY J. MCLAUGHLIN SMITH
MARCY.SMITH@TROUTMAN.COM

U.S. DEPARTMENT OF JUSTICE
MATTHEW INDRISANO
MATTHEW.INDRISANO@USDOJ.GOV

UNITED STATES DEPT OF JUSTICE
ALAN S. TENENBAUM
ALAN.TENENBAUM@USDOJ.GOV

UNITED STEELWORKERS
ANTHONY RESNICK
ARESNICK@USW.ORG

UNITED STEELWORKERS
DAVID JURY
DJURY@USW.ORG

VANE LINE BUNKERING INC
PATRICK POTTER
PPOTTER@VANEBROTHERS.COM

WEBSTER BANK, NA
MARK KORMAN
MKORMAN@WEBSTERBANK.COM

WEIL, GOTHSAL & MANGES, LLP
BRYAN R. PODZIUS
BRYAN.PODZIUS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
DAVID N. GRIFFITHS
DAVID.GRIFFITHS@WEIL.COM

WEIL, GOTHSAL & MANGES, LLP
RAY C. SCHROCK
RAY.SCHROCK@WEIL.COM

WESTERMAN BALL EDERER MILLER ZUCKER & SHAR
ALISON M. LADD
ALADD@WESTERMANLLP.COM

WESTERMAN BALL EDERER MILLER ZUCKER & SHAR
MICKEE M. HENNESSY
MHENNESSY@WESTERMANLLP.COM

WHITEFORD TAYLOR & PRESTON, LLP
CHIRSTOPHER A. JONES
CAJONES@WTPLAW.COM

WHITEFORD TAYLOR & PRESTON, LLP
RICHARD W. RILEY
RRILEY@WTPLAW.COM

WILMER CUTLER PICKERING HALE & DORR LLP
BENJAMIN W. LOVELAND
BENJAMIN.LOVELAND@WILMERHALE.COM

WOMBLE BOND DICKINSON (US) LLP
MATTHEW WARD
MATTHEW.WARD@WBD-US.COM

WOMBLE BOND DICKINSON (US) LLP
MORGAN L PATTERSON
MORGAN.PATTERSON@WBD-US.COM

Parties Served:  115

# EXHIBIT B

**PES Holdings, LLC, et al. - Overnight Mail**                                         **Served 9/24/2021**

COMMONWEALTH OF PENNSYLVANIA
GINA M. THOMAS
2 EAST MAIN ST.
DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORRISTOWN, PA 19401

CONSTELLATION NEW ENERGY INC
JIM MCHUGH
100 CONSTELLATION WAY, STE 500
BALTIMORE, MD 21202-6302

CORTLAND CAPITAL MARKET SERVICES
KALEIGH ROWE
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

ICBC STANDARD BANK PLC
20 GRESHAM ST
LONDON, EC2V 7JE
UNITED KINGDOM

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
2970 MARKET ST
MAIL STOP 5-Q30-133
PHILADELPHIA, PA 19104-5016

KINDER MORGAN LIQUIDS TERMINALS, LLC
1001 LOUISIANAST, STE 1000
HOUSTON, TX 77002

MERRILL LYNCH COMMODITIES, INC.
AS SOA COLLATERAL AGENT
20 E GREENWAY PLAZA, STE 700
HOUSTON, TX 77046

NGL ENERGY PARTNERS, LP
6120 S YALE AVE, STE 805
TULSA, OK 74136

STATE OF DELAWARE
DIVISION OF REVENUE
820 N FRENCH ST, 8TH FL
WILMINGTON, DE 19801-0820

SUNOCO PARTNERS MARKETING & TERMINAL LP
JOSEPH COLELLA, SENIOR VP
3801 W CHESTER PIKE
NEWTOWN SQUARE, PA 19073

VINSON & ELKINS LLP
KAREN SMITH
666 5TH AVE, 6TH FL
NEW YORK, NY 10103

Parties Served: 11