**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PES HOLDINGS, LLC, *et al.*,[1] | : | Case No. 19-11626 (LSS) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **RE: D.I. 1769** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE GUC CLAIMS ADMINISTRATOR'S SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN CLAIMS**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on November 5, 2021 , the GUC Claims Administrator filed the *GUC Claims Administrator's Seventh Omnibus (Non-Substantive) Objection to Certain Claims* (the "Seventh Omnibus Objection") [D.I. 1769] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. The Seventh First Omnibus Objection is scheduled for a hearing on December 7, 2021 at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") were delivered to the Chambers of the Honorable Laurie Selber Silverstein (with all attachments) together with a copy of the Seventh Omnibus Objection on November 23, 2021. Copies of any Proof of Claim can be requested from the undersigned counsel to the GUC Claims Administrator.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

2

Dated:  November 23, 2021 **ARMSTRONG TEASDALE LLP**

*/s/ Shelley A. Kinsella*
Shelley A. Kinsella (No. 4023)
Jonathan M. Stemerman (No. 4510)
300 Delaware Ave., Suite 210
Wilmington, DE  19801
Telephone: (302) 824-7089
Email:  skinsella@atllp.com
jstemerman@atllp.com

*Counsel to the GUC Claims Administrator*