# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*, | ) | Case No. 19-11626 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 7, 2021 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[1]**

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by December 7 at 8:00 a.m. <u>COURTCALL WILL NOT BE USED FOR THIS HEARING</u>.**

**Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-ivqD8rGacU4dgtu7RfFu4L6HWCI9M**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

## MATTERS FOR WHICH A COC/CNO HAS BEEN FILED:

1. The GUC Claims Administrator's Seventh Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1769).

   Response Deadline:  November 30, 2021, at 4:00 p.m.

   Responses Received:

   a. Informal Response of ARI Leasing

   b. Informal Response of NGL Energy

---

[1] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlinks for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11626 (LSS), or the documents may be obtained for free by accessing the Debtors' restructuring website at https://www.omnimgt.com/PESHoldings2019.

Related Documents:

    a.    [Proposed] Order Granting the GUC Claims Administrator's Seventh Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1769, Exhibit A).

    b.    Notice of Submission of Proofs of Claim in Connection with the GUC Claims Administrator's Seventh Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/23/21] (Docket No. 1791).

    c.    Certification of Counsel Submitting Revised Form of Order Sustaining the GUC Claims Administrator's Seventh Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 12/2/21] (Docket No. 1801).

Status: This matter is continued to December 20, 2021 at 2:00 p.m. with respect to the claims of ARI Leasing and NGL Energy. The GUC Claims Administrator has filed a certification of counsel submitting a proposed order resolving the remaining claims.

2.    The GUC Claims Administrator's Amended Second Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1770).

Response Deadline: November 30, 2021, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

    a.    [Proposed] Order Granting the GUC Claims Administrator's Amended Second Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1770, Exhibit A).

    b.    Notice of Submission of Proofs of Claim in Connection with the GUC Claims Administrator's Amended Second Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/23/21] (Docket No. 1790).

    c.    Certification of No Objection [Filed: 12/2/21] (Docket No. 1800).

Status: No parties have objected to the relief requested in the Claim Objection. Accordingly, the GUC Claims Administrator has filed a certification of no objection and respectfully requests the entry of the order attached to the Claim Objection.

3.    The GUC Claims Administrator's Amended First Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1771).

Response Deadline: November 30, 2021, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting the GUC Claims Administrator's Amended First Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/5/21] (Docket No. 1771, Exhibit A).

b. Notice of Submission of Proofs of Claim in Connection with the GUC Claims Administrator's Amended First Omnibus Objection (Non-Substantive) to Certain Claims [Filed: 11/23/21] (Docket No. 1789).

c. Certification of No Objection [Filed: 12/2/21] (Docket No. 1799).

Status:  No parties have objected to the relief requested in the Claim Objection. Accordingly, the GUC Claims Administrator has filed a certification of no objection and respectfully requests the entry of the order attached to the Claim Objection.

4. Motion of GUC Claims Administrator for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Between the GUC Claims Administrator and Point Breeze Renewable Energy, LLC General Unsecured Claims [Filed: 11/8/21] (Docket No. 1773).

Response Deadline:  November 30, 2021, at 4:00 p.m.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

a. [Proposed] Order Granting the Motion of GUC Claims Administrator for Entry of an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement By and Between the GUC Claims Administrator and Point Breeze Renewable Energy, LLC General Unsecured Claims [Filed: 11/8/21] (Docket No. 1773).

b. Certification of No Objection [Filed: 12/2/21] (Docket No. 1798).

*[Remainder of Page Intentionally Left Blank]*

Status: No parties have objected to the relief requested in the Motion.  Accordingly, the GUC Claims Administrator has filed a certification of no objection and respectfully requests the entry of the order attached to the Motion.

Dated:  December 3, 2021  
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:     (302) 652-4400
Email:           ljones@pszjlaw.com
                     joneill@pszjlaw.com
                     pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C.  (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:           edward.sassower@kirkland.com
                     steven.serajeddini@kirkland.com
                     matthew.fagen@kirkland.com

*Co-Counsel to the PES Liquidating Trust*