# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF Delaware

In re: PES Ultimate Holdings, LLC

Debtor(s)

Case No. 19-11632

Lead Case No. 19-11626

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2021

Petition Date: 07/21/2019

Plan Confirmed Date: 02/13/2020

Plan Effective Date: 06/26/2020

This Post-confirmation Report relates to:   ○ Reorganized Debtor

● Other Authorized Party or Entity: PES Liquidating Trust

Name of Authorized Party or Entity

/s/ Peter J. Keane
Signature of Responsible Party

01/19/2022
Date

Peter J Keane
Printed Name of Responsible Party

Pachulski Stang Ziehl & Jones LLP
919 North Market St #1700
Wilmington DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name PES Ultimate Holdings, LLC               Case No. 19-11632

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $29,491,491 | $139,702,636 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $29,491,491 | $139,702,636 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $0 | $0 | $59,581,769 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kirkland and Ellis LLC | Lead Counsel | $0 | $0 | $0 | $23,169,694 |
| ii | Pachulski Stang Ziehl & Jones | Lead Counsel | $0 | $0 | $0 | $848,419 |
| iii | Alvarez & Marsal | Financial Professional | $0 | $0 | $0 | $7,644,147 |
| iv | PJT Partners | Financial Professional | $0 | $0 | $0 | $6,074,994 |
| v | Farley & Partners LLP | Special Counsel | $0 | $0 | $0 | $2,416,530 |
| vi | Omni Management Groups, Inc | Other | $0 | $0 | $0 | $371,288 |
| vii | Tax Advisory Services Group L | Other | $0 | $0 | $0 | $48,738 |
| viii | Miller Advertising Agency, Inc | Other | $0 | $0 | $0 | $60,436 |
| ix | Houlihan Lokey Capital, Inc. | Financial Professional | $0 | $0 | $0 | $3,018,702 |
| x | Morris, Nichols, Arsht & Tunne | Local Counsel | $0 | $0 | $0 | $156,890 |
| xi | Norton Rose Fulbright LLP | Special Counsel | $0 | $0 | $0 | $582,357 |
| xii | Cortland Capital Markets Servic | Other | $0 | $0 | $0 | $118,738 |
| xiii | Brown Rudnick LLP | Special Counsel | $0 | $0 | $0 | $4,801,340 |
| xiv | Elliott Greenleaf, P.C. | Financial Professional | $0 | $0 | $0 | $988,181 |
| xv | Davis Polk & Wardwell LLP | Special Counsel | $0 | $0 | $0 | $5,792,448 |
| xvi | Conway MacKenzie, Inc. | Financial Professional | $0 | $0 | $0 | $3,488,867 |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name PES Ultimate Holdings, LLC                                           Case No.  19-11632

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxvii |  |  |  |  |  |  |
| xxxix |  |  |  |  |  |  |
| xl |  |  |  |  |  |  |
| xli |  |  |  |  |  |  |
| xlii |  |  |  |  |  |  |
| xliii |  |  |  |  |  |  |
| xliv |  |  |  |  |  |  |
| xlv |  |  |  |  |  |  |
| xlvi |  |  |  |  |  |  |
| xlvii |  |  |  |  |  |  |
| xlviii |  |  |  |  |  |  |
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |
| lvii |  |  |  |  |  |  |
| lviii |  |  |  |  |  |  |
| lix |  |  |  |  |  |  |
| lx |  |  |  |  |  |  |
| lxi |  |  |  |  |  |  |
| lxii |  |  |  |  |  |  |
| lxiii |  |  |  |  |  |  |
| lxiv |  |  |  |  |  |  |
| lxv |  |  |  |  |  |  |
| lxvi |  |  |  |  |  |  |
| lxvii |  |  |  |  |  |  |
| lxviii |  |  |  |  |  |  |
| lxix |  |  |  |  |  |  |
| lxx |  |  |  |  |  |  |
| lxxi |  |  |  |  |  |  |

Debtor's Name PES Ultimate Holdings, LLC            Case No. 19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | | $0 | $0 | $0 | $5,557,481 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Baker Engineering and Risk Co | Other | $0 | $0 | $0 | $519,143 |
| | ii | BDO USA, LLP | Special Counsel | $0 | $0 | $0 | $1,353,022 |
| | iii | Buchanan Ingersoll & Rooney P | Special Counsel | $0 | $0 | $0 | $82,425 |
| | iv | Covington & Burling LLP | Special Counsel | $0 | $0 | $0 | $335,882 |
| | v | Cozen O'Connor | Special Counsel | $0 | $0 | $0 | $223,782 |
| | vi | Faegre Drinker Biddle & Reath | Special Counsel | $0 | $0 | $0 | $701,048 |

Debtor's Name PES Ultimate Holdings, LLC                                     Case No. 19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | Exponent, Inc. | Other | $0 | $0 | $0 | $41,282 |
| viii | Fluor Enterprises, Inc. | Other | $0 | $0 | $0 | $615,000 |
| ix | Hazzouri & Associates | Other | $0 | $0 | $0 | $180,000 |
| x | Intertek Moody | Other | $0 | $0 | $0 | $99,071 |
| xi | KPMG | Financial Professional | $0 | $0 | $0 | $223,866 |
| xii | McKool Smith | Special Counsel | $0 | $0 | $0 | $383,904 |
| xiii | McNees Wallace & Nurick LLC | Special Counsel | $0 | $0 | $0 | $5,970 |
| xiv | Skadden Arps, Slade, Mea & Fl | Special Counsel | $0 | $0 | $0 | $568,425 |
| xv | Stradley Ronon Stevens & Youn | Special Counsel | $0 | $0 | $0 | $175,707 |
| xvi | Weaver & Tidwell LLP | Financial Professional | $0 | $0 | $0 | $48,954 |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name PES Ultimate Holdings, LLC                                          Case No. 19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name PES Ultimate Holdings, LLC                                                                 Case No.  19-11632

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $65,139,250 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $15,374,964 | $0 | $15,374,964 | $15,374,964 | 100% |
| b. Secured claims | $0 | $34,484,316 | $85,472,906 | $1,072,371,724 | 8% |
| c. Priority claims | $141,862 | $13,650 | $141,862 | $141,862 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                          Yes ◯   No ⦿

    If yes, give date Final Decree was entered:  _____

    If no, give date when the application for Final Decree is anticipated:  _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

Debtor's Name PES Ultimate Holdings, LLC                                    Case No.  19-11632

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Rachel Celiberti | Rachel Celiberti |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 01/19/2022 |
| Title | Date |

Debtor's Name PES Ultimate Holdings, LLC                                                                  Case No.  19-11632


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name PES Ultimate Holdings, LLC                                              Case No. 19-11632


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021) - Mac                               10